Property To Be Posted As Security for Bond

| Property | Location | Beneficial Owner (Corporate Owner) | Approximate Value |
|---|---|---|---|
| ▅▅▅▅▅ | Knox, NY | Clare Bronfman (House of Equus LLC) | $ 1,400,000 |
| ▅▅▅▅▅ | Ketchum, ID | 50% Clare Bronfman, 50% Sara Bronfman (Papa Tree jointly) | $ 4,000,000 |
| ▅▅▅▅▅ | Clifton Park, NY | Sara Bronfman (Alousch LLC) | $ 1,900,000 |
| ▅▅▅▅▅ | New York, NY | Sara Bronfman (7 Seven LLC) | $ 4,200,000 |
| ▅▅▅▅▅ | Waterford, NY | Sara Bronfman (Veinte Siez LLC) | $ 450,000 |
| ▅▅▅▅▅ | Clifton Park, NY | Clare Bronfman (Whare LLC) | $ 795,000 |
| UCC-secured interest in ACK Wakaya Holdings LLC | Wakaya, Fiji | Clare Bronfman (ACK Wakaya Holdings LLC)* | $ 13,000,000 |
| **Total Value of Property** | | | **$ 25,745,000** |
| Total Value of Sara Bronfman Interest in Real Estate | | | $ 8,550,000 |
| Total Value of Clare Bronfman Interest in Real Estate | | | $ 4,195,000 |

*A UCC filing for $13,000,000 will be filed against the Delaware LLC that holds the Fijian entities that own the assets in Fiji.