# Hafetz & Necheles LLP
ATTORNEYS AT LAW

10 East 40th Street, 48th Floor
New York, N.Y. 10016
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

July 30, 2018

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *United States v. Raniere, et al.*, 18-cr-204 (NGG)

Dear Judge Garaufis:

     Per the Court's instructions on Friday, July 27, attached please find a copy of the letter from Joseph Weilgus and Leslie Geller, trust advisors, to Goldman Sachs signed by both of them.

                                     Respectfully submitted,

                                                      /s/

                                         Kathleen E. Cassidy

cc:    AUSA Moira Kim Penza
        AUSA Tanya Hajjar
        AUSA Karin Orenstein