c/o Leslie Geller and Joseph Weilgus
Clare W. Bronfman 2018 Trust
275 Madison Avenue
New York, New York

Michael D. Fox, CFP
Vice President
Trust Officer
The Goldman Sachs Trust Company
200 Bellevue Parkway, Suite 250
Wilmington, DE 19809

July 26, 2018

Dear Mr. Fox:

As the sole distribution advisors on the Clare W. Bronfman 2018 Trust, we hereby authorize and direct that an immediate distribution of $25,000,000 to the Clerk, United States District Court, Eastern District of New York, be made in the event that Clare Bronfman's bail is revoked as a result of a failure to appear as required in the criminal case pending against her in the Eastern District of New York.

Sincerely,

Leslie Geller

Joe Weilgus