

U.S. Department of Justice

United States Attorney
Eastern District of New York

TH/MKP
F.#2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

July 31, 2018

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Keith Raniere, et al.
                  Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Garaufis:

       The government respectfully submits this letter to request that the enclosed stipulation and order concerning discovery materials be so-ordered by the Court. The proposed stipulation and order has been signed by counsel for defendants Keith Raniere, Clare Bronfman, Allison Mack, Lauren Salzman, and Nancy Salzman, in counterparts, for the Court's consideration.

                                 Respectfully submitted,

                                   RICHARD P. DONOGHUE
                                 United States Attorney

                     By:   /s/ Tanya Hajjar
                                 Moira Kim Penza
                                 Tanya Hajjar
                                 Assistant U.S. Attorneys
                                 (718) 254-7000

cc:    Clerk of the Court (NGG) (by ECF)
       Defense Counsel (By ECF)