**DOCKET NUMBER:** CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR BAIL APPLICATION

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JULY 27, 2018  **TIME IN COURT** 1 **HRS**  30 **MINS**
@ 10:30 AM

**1. DEFENDANT:** CLARE BRONFMAN

Present X   Not Present   Custody   Not Custody X

  **DEFENSE COUNSEL:** SUSAN NECHELES / KATHLEEN CASSIDY
  FEDERAL DEFENDER:   CJA:   RETAINED: X

**2. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:   CJA:   RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:   CJA:   RETAINED:

**A.U.S.A.:** MOIRA KIM PENZA / TANYA HAJJAR / KARIN ORENSTEIN

**COURT REPORTER:** SOPHIE NOLAN
**INTERPRETER:**   **LANGUAGE:**

- ☐ Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment   ☐ Sentencing on a violation
- X Bail Application   ☐ Motion Hearing
- ☐ Violation   ☐ Hearing
- ☐ Status Conference   ☐ Sentencing
- ☐ Bail Violation Hearing   ☐ Motion for sentence reduction
- ☐ Curcio Hearing   ☐ Oral Argument
- ☐ Voir Dire Held   ☐ Jury selection   ☐ Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

Speedy Trial Start :   Speedy Trial Stop:   CODE TYPE:
Do these minutes contain ruling(s) on motion(s)?   YES   NO

BAIL HEARING HELD WITH JOE WEILGUS AND LESLIE GELLER (BY PHONE) APPEARING AS ADVISORS ON THE CLARE BRONFMAN 2018 TRUST. THE TRUST ADVISORS WILL AUTHORIZE AND OUTLINE IN A LETTER IMMEDIATE DISTRIBUTION OF $25,000,000 MADE OUT TO THE CLERK OF COURT, IN THE EVENT THE DEFENDANT'S BAIL IS REVOKED AS A RESULT OF A FAILURE TO APPEAR. ANY ADDITIONAL PAPERWORK NEEDED TO SECURE THE BOND SHALL BE FILED BEFORE OUR NEXT HEARING SCHEDULED ON TUESDAY, AUGUST 21, 2018 AT 2:00 PM.