# Hafetz & Necheles LLP

ATTORNEYS AT LAW

---

10 East 40th Street, 48th Floor
New York, N.Y. 10016
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

August 10, 2018

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Raniere, et al.*, 18-cr-204 (NGG)

Dear Judge Garaufis:

  Per the Court's instructions at the July 27 bail hearing for Ms. Bronfman, attached is a letter from Goldman Sachs, as Trustee, acknowledging the instructions it received from the Trust Advisors to distribute funds from the Trust in the event of a revocation of Ms. Bronfman's bail.

       Respectfully submitted,

         /s/

        Kathleen E. Cassidy

cc: AUSAs Moira Kim Penza, Tanya Hajjar, and Karin Orenstein (via ECF)

Attachment