The Goldman Sachs Trust Company of Delaware
200 Bellevue Parkway | Suite 250
Wilmington, DE 19809
Tel: 302-793-3281
Fax: 646-769-5289
mike.fox@gs.com



Trust Company

The Goldman Sachs Trust Company of Delaware

Michael Fox
Vice President

August 9, 2018

Leslie Geller and Joseph Weilgus
Clare W. Bronfman 2018 Trust
275 Madison Avenue
Floor 39
New York, NY 10016

Dear Ms. Geller and Mr. Weilgus:

As the directed trustee on the Clare W. Bronfman 2018 Trust, as successor in interest to the Clare W. Bronfman 2016 Trust, (the "Trust"), we confirm that pursuant to the terms of the Trust, we shall follow any authorized written directions from you, the sole distribution advisors, to make distributions as required from the Trust, and to liquidate assets as necessary for the benefit of the beneficiary, Clare Bronfman ("Clare").

Further to the foregoing, we acknowledge receipt of your letter dated July 26, 2018 (the "Letter") relating to a distribution of $25,000,000 from the Trust on Clare's behalf in the event that Clare's bail is revoked as a result of a failure to appear as required in the criminal case pending against her in the Eastern District of New York. Upon your written confirmation that Clare's bail has been revoked in the manner described, in our capacity as directed trustee of the Trust, we shall distribute the funds from the Trust as directed.

Sincerely,

Michael D. Fox