# EXHIBIT A

| Property | Location | Assets Posted as Security for Bond Beneficial Owner (Corporate Owner) | Judgment or Lien Entered | Appraisal Value | Outstanding Mortgage |
|---|---|---|---|---|---|
| ███ | Knox, NY | Clare Bronfman ███ | $ 1,400,000 | $ 2,600,000 | $ 1,200,000 |
| ███ | Ketchum, ID | 50% Clare Bronfman, 50% Sara Bronfman | $ 3,950,000 | $ 3,950,000 | $ - |
| ███ | Clifton Park, NY | Sara Bronfman ███ | $ 1,900,000 | $ 1,900,000 | $ - |
| ███ | New York, NY | Sara Bronfman ███ | $ 3,750,000 | $ 3,750,000 | $ - |
| ███ | Halfmoon, NY | Sara Bronfman ███ | $ 510,000 | $ 510,000 | $ - |
| ███ | Colonie, NY | Clare Bronfman ███ | $ 1,140,000 | $ 1,400,000 | $ 260,000 |
| Total Value of Sara Bronfman Interest in Real Estate | | | $ 8,135,000 | | |
| Total Value of Clare Bronfman Interest in Real Estate | | | $ 4,515,000 | | |
| **Total Value of Real Estate** | | | $ 12,650,000 | | |
| ACK Wakaya Holdings LLC | | Clare Bronfman | $ 12,350,000 | | |
| **Total Value of Secured Assets** | | | **$ 25,000,000** | | |