

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/MKP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 24, 2018

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, et al.
               Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Scanlon:

      On September 18, 2018, the Court ordered the government to provide a letter with its best estimates of the discovery production process, including a list of electronic and non-electronic discovery in its possession and a description of technical and labor constraints, by noon today, September 24, 2018. The government respectfully requests an extension to provide its letter until no later than 3:00 p.m. today, in order to include updated information regarding certain sources of discovery from the Federal Bureau of Investigation.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Moira Kim Penza
      Tanya Hajjar
      Assistant U.S. Attorneys
      (718) 254-7000