**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NS:MKP/TH                                   *271 Cadman Plaza East*
                                            *Brooklyn, New York 11201*

December 7, 2018

<u>By Hand and ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Keith Raniere et al.
                 <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Scanlon:

        The government respectfully writes to amend its December 4, 2018 motion for a protective order to defer disclosure of three partially sealed warrants and accompanying affidavits (the "Warrants") until one month prior to the date set for suppression motions. See Dkt. No. 216, dated December 4, 2018 (the "Prior Motion"). At the time of filing the Prior Motion, the Court had not set a date by which any suppression motions should be filed, but yesterday that date was set for January 7, 2018—which would make today the date for disclosure per the Prior Motion.

        For the reasons set forth in the Prior Motion and in the government's accompanying <u>ex parte</u> filing, both of which are incorporated herein by reference, the government now respectfully requests that (1) disclosure of the unredacted Warrants be deferred until December 21, 2018 to enable the government to mitigate certain concerns set forth in its <u>ex parte</u> filing prior to any disclosure, and (2) on December 21, 2018, the Warrants be disclosed to the relevant defendants pursuant to a limited unsealing order

unsealing the unredacted Warrants only for the purpose of the defendants' raising any legal challenges. A proposed order is enclosed for the Court's consideration.

                                            Respectfully submitted,

                                            RICHARD P. DONOGHUE
                                            United States Attorney

                      By:      /s/
                                              Moira Kim Penza
                                              Tanya Hajjar
                                              Assistant U.S. Attorneys
                                              (718) 254-7000

Enclosure

cc:     Counsel of record (by ECF)
         Clerk of Court (NGG) (by ECF)