

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

MKP/TH

*271 Cadman Plaza East
Brooklyn, New York 11201*

December 7, 2018

By Hand and ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere et al.
               Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Scanlon:

      The government respectfully writes in response to the Court's request that the government state its position regarding release for attorneys' eyes only of the unredacted Warrants discussed in its previous public filings (Dkt. Nos. 216, 228).  The government has no objection to making such disclosure once a protective order to that effect is entered by the Court.  An amended proposed order is enclosed for the Court's consideration.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

         By:      /s/
                  Moira Kim Penza
                  Tanya Hajjar
                  Assistant U.S. Attorneys
                  (718) 254-7000

Enclosure

cc:    Counsel of record (by ECF)
       Clerk of Court (NGG) (by ECF)