

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:TH/MKP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2018

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, et al.
               Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Garaufis:

      In advance of the anticipated hearings pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982), the government respectfully submits the enclosed proposed examination. The examination was adapted in part from that recently given in United States v. Karen Auer, 18-M-4886 (SN) (S.D.N.Y. 2018).

                                 Respectfully submitted,

                                   RICHARD P. DONOGHUE
                                   United States Attorney

                By:   /s/ Tanya Hajjar
                      Moira Kim Penza
                      Tanya Hajjar
                      Assistant U.S. Attorneys
                      (718) 254-7000

cc:    Counsel of Record (by ECF)