## Fabien Thayamballi

| | |
|---|---|
| **From:** | Neil L.Glazer <nglazer@kohnswift.com> |
| **Sent:** | Monday, April 16, 2018 9:42 PM |
| **To:** | Burke, Dennis K. |
| **Subject:** | Clifton Park Storage Unit |

Dennis, I am still encountering frustrations gaining access to the unit we discussed. Indeed, I'm being met with silence after the issue was allegedly kicked up a couple of levels. Couple of questions. First, is there something I'm not aware of from your end that may be slowing things down? If so, let's please work out out. Second, if there is no issue on your end, will you work with me to clear this up? For instance, if there is a concern that we are taking custody and will be making copies in our offices (all of which, for your reference, will be done in light of the necessity that I execute a chain-of-custody affidavit and/or testify should the time come), we can process things and provide courtesy copies upstate if that gives comfort. Our plan was to photograph the entire unit from every angle, index all containers, and then review the documents, etc. We are ok having an observer, and we are ok using an Albany area copying service, provided someone on my team can observe, again for chain of custody.

I am meeting all day at the EDNY with the AUSAs and lead FBI case agents. They are going to ask. Neither your clients nor mine benefit if FBI takes everything. They trust me enough to handle this, but if I cannot get it done they will obtain a warrant and neither of us will obtain courtesy copies for a long time.

Please let me know at your earliest convenience what you think. More than happy to entertain any reasonable idea.

Neil L.Glazer
Attorney
T: 215.238.1700
F: 215.238.1968
nglazer@kohnswift.com
www.kohnswift.com



One South Broad Street, Suite 2100
Philadelphia, PA 19107

***Privilege and Confidentiality Notice***

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
Thank you.