## Fabien Thayamballi

| | |
|---|---|
| **From:** | Neil L.Glazer <nglazer@kohnswift.com> |
| **Sent:** | Monday, April 23, 2018 4:55 PM |
| **To:** | Burke, Dennis K. |
| **Subject:** | RE: Clifton Park Storage Unit |

I do have access.

Neil L.Glazer
Attorney
T: 215.238.1700
F: 215.238.1968
nglazer@kohnswift.com
www.kohnswift.com


We've Moved!
1600 Market Street, Suite 2500
Philadelphia, PA 19103

-----Original Message-----
From: Burke, Dennis K. <BurkeD@ballardspahr.com>
Sent: Monday, April 23, 2018 4:49 PM
To: Neil L.Glazer <nglazer@kohnswift.com>
Subject: RE: Clifton Park Storage Unit

You don't have access to the unit, do you?   I was going to reach out to the AUSA today after speaking to my client.



-----Original Message-----
From: Neil L.Glazer [mailto:nglazer@kohnswift.com]
Sent: Monday, April 23, 2018 1:48 PM
To: Burke, Dennis K. (PHX)
Subject: Re: Clifton Park Storage Unit

No, the return date is still April 26.

Neil L. Glazer
Attorney
T: 215.238.1700
F: 215.238.1968
nglazer@kohnswift.com
www.kohnswift.com <http://www.kohnswift.com/>


1600 Market Street, Suite 2500
Philadelphia, PA 19103
On 4/23/18, 4:46 PM, "Burke, Dennis K." <BurkeD@ballardspahr.com> wrote:

1

Was this report date of the 26th extended?

_____
***Privilege and Confidentiality Notice***

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
Thank you.

_____
***Privilege and Confidentiality Notice***

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
Thank you.