**Fabien Thayamballi**
___

| | |
|---|---|
| **From:** | Neil L.Glazer <nglazer@kohnswift.com> |
| **Sent:** | Monday, April 23, 2018 8:34 PM |
| **To:** | Burke, Dennis K. |
| **Subject:** | Re: Clifton Park Storage Unit |

You assume no preexisting obligation. This investigation has been going on for a long time. Many months prior to Raniere's arrest. There are a lot of reasons why a general investigative demand would be followed up by something specific. You had nothing to do with it.

I think I'm done with the questioning. I've been 100% honest and above-board with you. There are no improprieties here. Not by my client, not by me, not by the EDNY or FBI.

I've made you a number of offers, out of fairness if nothing else. I take it they don't interest you. I'm sure Ms. Penza will let me know if you persuade her to withdraw the subpoena. Otherwise, I guess you and your clients are on your own.

Neil L.Glazer
Attorney
T: 215.238.1700
F: 215.238.1968
nglazer@kohnswift.com
www.kohnswift.com

We've Moved!
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
_____
From: Burke, Dennis K.
Sent: Monday, April 23, 2018 6:22 PM
Subject: Re: Clifton Park Storage Unit
To: Neil L.Glazer


If you weren't doing it pursuant to a subpoena, then why were you attempting to access and turn over our documents?


Sent from my iPhone

> On Apr 23, 2018, at 3:07 PM, Neil L.Glazer wrote:
>
> We were having trouble with the storage facility for at least a week prior to your call to them. The subpoena has nothing to do with that call.
>
> Neil L.Glazer
> Attorney
> T: 215.238.1700
> F: 215.238.1968

1

> nglazer@kohnswift.com
> www.kohnswift.com
>
>
> We've Moved!
> 1600 Market Street, Suite 2500
> Philadelphia, PA 19103
>
> -----Original Message-----
> From: Burke, Dennis K.
> Sent: Monday, April 23, 2018 5:17 PM
> To: Neil L.Glazer
> Subject: RE: Clifton Park Storage Unit
>
> Interestingly, I just noticed that I called the Storage Facility on April 9th to identify myself and the Penza subpoena to you is on the 11th, two days later. I was always assuming that it predated my inquiry to the Facility. Seems my call precipitated the subpoena.
>
>
>
> -----Original Message-----
> From: Neil L.Glazer [mailto:nglazer@kohnswift.com]
> Sent: Monday, April 23, 2018 1:48 PM
> To: Burke, Dennis K. (PHX)
> Subject: Re: Clifton Park Storage Unit
>
> No, the return date is still April 26.
>
> Neil L. Glazer
> Attorney
> T: 215.238.1700
> F: 215.238.1968
> nglazer@kohnswift.com
> www.kohnswift.com
>
>
> 1600 Market Street, Suite 2500
> Philadelphia, PA 19103
> On 4/23/18, 4:46 PM, "Burke, Dennis K." wrote:
>
> Was this report date of the 26th extended?
>
>
>
>
> _____
> ***Privilege and Confidentiality Notice***
>
> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.

2

> Thank you.
> _____
> ***Privilege and Confidentiality Notice***
>
> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
> Thank you.

---

**\*\*\*Privilege and Confidentiality Notice\*\*\***

**The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
Thank you.**