F. # 2017R01840

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Adrienne Stiles

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East, 5th Floor, Room N547<br>Brooklyn, New York 11201 | Date and Time:<br>April 26, 2018 at 10:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all records related to Keith Raniere, Nxivm or any Nxivm-related entities, including any records located in Unit #B379, at Prime Group Storage, 1772 Route 9, Clifton Park, NY 12065, to the extent within your custody and control.

Date: April 11, 2018

**DOUGLAS C. PALMER**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Assistant U.S. Attorney Moira Kim Penza, U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, New York 11201
moira.penza@usdoj.gov
(718) 254-6454

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: