# Ballard Spahr LLP

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
TEL 602.798.5400
FAX 602.798.5595
www.ballardspahr.com

Dennis K. Burke
Tel: 602.798.5484
Fax: 602.798.5595
burked@ballardspahr.com

April 24, 2018

*Via E-mail (Moira.Penza@usdoj.gov)*

Moira Kim Penza
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   Adrienne Stiles Subpoena for Records

Dear Ms. Penza:

We represent the Ethical Science Foundation, a non-profit organization in the State of New York. We write, also with consent of attorneys for Clare Bronfman, regarding a subpoena you directed at Adrienne Stiles for records, including those located in Unit #B379, at Prime Group Storage, 1771 Route 9, Clifton Park, New York 12065 (the "Storage Unit").

Documents in that storage unit are owned by the Ethical Science Foundation, as well as the Bronfmans. These documents are personal and contain privileged documents. None of the documents are owned by Ms. Stiles. We have been in contact with Ms. Stiles' attorney, Neil Glazer, who mistakenly and repeatedly contends that he has possession, custody, and control of the documents in the Storage Unit and that he intends to "index all containers, and then review the documents" before producing them to you.

Ms. Stiles has no rightful possession, no custody, and no control. Neither she nor her attorney should be opening, sifting through, or indexing these documents. Possession is being artificially manufactured by Ms. Stiles' attorney. It doesn't exist in the law and it would be a miscarriage of justice for him to attempt to produce these documents in response to your subpoena. These documents contain personal and privileged information, and Mr. Glazer has been directly informed of that fact on more than one occasion.

Ms. Stiles' menial and limited role was to place boxes into the unit. She never possessed authority to view any of these documents, let alone index and categorize them.

We intend to vigorously challenge Ms. Stiles' and her attorney's viewing and production of these documents in every respect and at every stage. These documents can be produced without being

DMWEST #17679638 v1

Moira Kim Penza
April 24, 2018
Page 2

tainted. We are requesting that the subpoena be withdrawn and that we be provided the legally-grounded opportunity to review these documents and to produce documents pursuant to an agreement or revised subpoena.

Very truly yours,

*[signature: Dennis Burke]*

Dennis K. Burke

DKB/cmw