# Kohn, Swift & Graf, P.C.

1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103-7225

(215) 238-1700
Telecopier (215) 238-1968
Firm E-mail: info@kohnswift.com
Web Site: www.kohnswift.com

Email: nglazer@kohnswift.com

September 13, 2018

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
JONATHAN SHUB †♦✢
NEIL L. GLAZER †
KEVIN LAUKAITIS
PATRICK C. CULLEN
ZAHRA R. DSOUZA ✻

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
GEORGE W. CRONER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN CALIFORNIA
✢ ALSO ADMITTED IN WASHINGTON, D.C.
✻ ONLY ADMITTED IN NEW YORK

**Via Email**

Dennis K. Burke
Ballard Spahr, LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555

Dear Dennis:

We are writing to inform you that we now have in our custody some contents of the storage unit in our client's possession that you and I discussed earlier this year. We removed all boxes containing files, documents and electronic and data storage devices without reviewing the materials. We left in the unit numerous boxes of NXIVM and NXIVM-related merchandise (largely t-shirts), promotional materials, commercial DVDs of a Dalai Lama event, and several boxes containing what appear to be personal effects of one or both Bronfman sisters.

The boxes in our custody are locked in a secure file room. We have not reviewed the contents. Two secretaries at our firm prepared an index of box and file labels and descriptions of contents of several boxes containing items other than documents that they noticed in the course of preparing the index. The small amount of currency they came across is locked in a safe.

We do not at this time plan to review the documents. If and when we do, we will do so in a way, consistent with our obligations under the federal rules, that insulates our attorneys, paralegals and other staff who may work on any matter related to or concerning your clients from exposure to potentially privileged documents. We will thoroughly document those procedures.

I have previously offered to make copies available to your client. Your client has never accepted that offer. Nevertheless, the offer remains. Accompanying this letter is the index prepared by our secretaries. If you wish, you can identify boxes and/or files or other materials and we can

{00188757 }

arrange for them to be copied for you. We can also arrange for the entirety of the collection to be copied for you. Your firm or another law firm representing your clients will have to agree to pay or promptly reimburse us for all related expenses, including storage devices for anything produced in electronic form. We can provide scans and/or hard copies of documents, and mirrors of electronic and storage devices. If you wish to first review originals, we are happy to make them available under appropriate security protocols.

We have absolutely no desire to deprive your client of access to the unit's contents. Nor do we have any interest in compromising or jeopardizing your client's right to protect the confidentiality of legitimately privileged communications, and we will not take it upon ourselves to be the arbiters of any claims of privilege asserted by the party to whom such privilege may belong. For chain of custody purposes we will not allow any originals to be removed from our offices unless accompanied by an employee of or person designated by our firm.

We are still paying the monthly fees for the unit but we do not wish to continue to incur that expense, so we will be canceling that contract shortly. Subject to any objections or requests from the U.S. Attorney's Office, we are happy to arrange for delivery of some or all of the remaining contents to a location designated by your clients, provided they pay or reimburse us for the costs. We would like to have this done by the end of the month so please let us know by September 20 what your clients would like us to do with those boxes.

Feel free to let me know if you have any questions.

Sincerely,

Neil L. Glazer

{00188757 }