# EXHIBIT B



**CDMX**
CIUDAD DE MÉXICO

"Año del Centenario de la Promulgación de la Constitución Política de los Estados Unidos Mexicanos"

Ciudad de México, a 11 de octubre de 2017
Carpeta: CI-FSP/B/UI-B-1 C/D/03510/10-2017
Delitos: Extorsión.

Por medio del presente y con fundamento en lo dispuesto por los artículos 1, 8, 14, 16, 20, 21 y 133 de la Constitución Política de los Estados Unidos Mexicanos; 108, 109, 127,129, 131 y **137** del Código Nacional de Procedimientos Penales, y los Acuerdos A/002/2015 y A/013/2015 emitidos por el C. Procurador General de Justicia de la Ciudad de México, solicito a usted de cumplimiento a las siguientes **medidas de protección**:

Se abstengan de realizar conductas de intimidación o molestias a **ALEJANDRO BETANCOURT LEDESMA** quien tiene el carácter de Apoderado Legall de la persona moral, **"NXIVN MÉXICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, así como a los clientes o personas que se relacionan con la sociedad anónima en comento.

En razón a la denuncia presentada por **ALEJANDRO BETANCOURT LEDESMA** Apoderado Legal de la persona Moral **"NXIVN MÉXICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE** y por usted encontrarse relacionado en la carpeta de investigación citada al rubro como imputado por hechos aparentemente constitutivos del delito de extorsión.

Así mismo se le informa que caso de incumplimiento de lo anterior se le impondrán las medidas de apremio estipuladas en el artículo 104 fracción I del Código Nacional de Procedimientos Penales, que comprende desde una amonestación hasta el arresto por 36 horas, independientemente de alguna responsabilidad penal.

Sin otro particular, hago propicia la ocasión para enviarle un cordial saludo.

RESPETUOSAMENTE.
"SUFRAGIO EFECTIVO, NO REELECCIÓN".
EL C. AGENTE DEL MINISTERIO PÚBLICO.

LIC. FERNANDO JOSÉ GÓMEZ.

PROCURADURÍA GENERAL DE JUSTICIA DEL DISTRITO FEDERAL
PGJ DF
FISCALIA PARA LA INVESTIGACIÓN DE DELITOS COMETIDOS POR SERVIDORES PÚBLICOS
UNIDAD DE INVESTIGACIÓN
SIN DETENIDO B-1

PGJ

Procuraduría General de Justicia del Distrito Federal
Fiscalía para la Investigación de los Delitos
Cometidos por Servidores Públicos
Calzada de la Viga, núm. 1174, 1er piso, Col.El Triunfo
C.P. 09430 Del. Iztapalapa.
Tel. 52009015



**CDMX**
MEXICO CITY

"Centennial Anniversary of the Promulgation of the Political Constitution of the United Mexican States"

Mexico City, October 11, 2017
**File: CI-FSP/B/UI-B-1 C/D/03510/10-2017**
Crimes: Extorsion.



By means of this letter, pursuant to the provisions of Articles 1, 8, 14, 16, 20, 21 and 133 of the Political Constitution of the United Mexican States; Articles 108, 109, 127, 129, 131 and **137** of the National Code of Criminal Procedure, and Agreements A/002/2015 and A/013/2015 issued by the Prosecutor General of Justice for Mexico City, I request you comply with the following protection measures:

Refrain from intimidating or bothering **ALEJANDRO BETANCOURT LEDESMA**, who is the legal representative of the corporation called **"NXIVN MEXICO", Variable Capital Corporation**, as well as the clients or persons related to said company.

This is due to the complaint filed by **ALEJANDRO BETANCOURT LEDESMA**, legal representative of the corporation called **"NXIVN MEXICO", Variable Capital Corporation**, and your involvement in the above-referenced investigation file where you stand accused of actions that appear to constitute the crime of extorsion.

You are further informed that if you fail to comply with the above, this office will impose on you the enforcement measures listed in Article 104 paragraph 1 of the National Code of Criminal Procedure, which range from a warning to detention for 36 hours, irrespective of any criminal liability.

With nothing further, I take this opportunity to convey to you my cordial regards.

**RESPECTFULLY.**
**"EFFECTIVE SUFFRAGE. NO RE-ELECTION."**
**REPRESENTATIVE FOR THE PROSECUTOR'S OFFICE**
[illegible signature]
**FERNANDO JOSÉ GÓMEZ.**

Office of the Prosecutor General of Justice for the Federal District

Prosecutor's Office for the Investigation of Crimes Committed by Public Servants
Investigations Unit
Not under arrest B-1



Office of the Prosecutor General of Justice for the Federal District
Prosecutor's Office for the Investigation of Crimes Committed by Public Servants
Calzada de la Viga No. 1174, 1st Floor, El Triunfo Subdivision
Postal Code 09430, Borough of Iztapalapa
Telephone: 52009015 [?]



## TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client. The original document(s) was translated from Spanish into English by a professional translator fluent in both the source and target languages and at completion delivered to the client on February 22, 2019.

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.
Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: February 22, 2019

Signature: _____
David Brinkmann, Project Manager
Language Innovations, LLC

Subscribed and sworn before me this __22nd__ day of __February__ 20__19__, at Washington, DC.

My Commission expires: BRIAN FRIEDMAN
Notary Public District of Columbia
My Commission Expires July 14, 2023

1725 I Street, NW ♦ Suite 300 ♦ Washington, DC 20006 | 3600 Chain Bridge Road ♦ Suite 14 ♦ Fairfax, VA 22030
202.349.4180 tel ♦ 888.349.4180 toll free ♦ 202.349.4182 fax ♦ translate@languageinnovations.com ♦ www.languageinnovations.com