**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, LAUREN SALZMAN, and NANCY SALZMAN,<br><br>      Defendants. | Case No. 1:18 Cr. 00204-NGG<br><br>**MOTION OF MARK J. GERAGOS FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark J. Geragos, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant Clare Bronfman in the above-captioned action.

      I am a member in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Los Angeles, California
       February 27, 2019

                             /s/ Mark J. Geragos
                              Mark J. Geragos
                              GERAGOS & GERAGOS, APC
                              644 S. Figueroa St.
                              Los Angeles, CA 90017
                              Tel: (213) 625-3900
                              geragos@geragos.com
                              *Pro Hac Vice Admission Pending*

**CERTIFICATE OF SERVICE**

      I, Kathleen E. Cassidy, certify that on February 27th, 2019, I electronically filed the foregoing motion and accompanying affidavit, Certificates of Good Standing, and proposed Order for Admission Pro Hac Vice of Mark J. Geragos with the Clerk of Court using the CM/ECF system. Service of this filing will be made via operation of the Court's electronic filing system on the following:

    Assistant U.S. Attorney Moira Kim Penza
    Assistant U.S. Attorney Tanya Hajjar
    Assistant U.S. Attorney Karin K. Orenstein
    Assistant U.S. Attorney Kevin M. Trowel
    Assistant U.S. Attorney Mark J. Lesko
    United States Attorney's Office
    Eastern District of New York
    271 Cadman Plaza East, 7th Floor
    Brooklyn, New York 11201
    moira.penza@usdoj.gov
    tanya.hajjar@usdoj.gov
    karin.orenstein@usdoj.gov
    kevin.trowel@usdoj.gov
    mark.lesko@usdoj.gov
    Attorneys for USA

    Marc A. Agnifilo
    Jacob Kaplan
    Teny Rose Geragos Brafman & Associates  767 Third Avenue  New York, New York 10017
    magnifilo@braflaw.com
    jkaplan@braflaw.com
    tgeragos@braflaw.com
    Attorneys for Keith Raniere

    Paul DerOhannesian , II
    Danielle Renee Smith
    DerOhannesian & DerOhannesian
    677 Broadway, Suite 707
    Albany, New York 12207 paul@derolaw.com
    danielle@derolaw.com
    Attorneys for Keith Raniere

    Susan R. Necheles
    Gedalia Moshe Stern
    Kathleen Elizabeth Cassidy
    Hafetz & Neches LLP
    60 East 42nd Street, 36th Floor
    New York, New York 10165
    srn@hafetznecheles.com
    gstern@hafetznecheles.com

kcassidy@hafetznecheles.com
Attorneys for Clare Bronfman

Alexandra A.E. Shapiro
Fabien Manohar Thayamballi
Shapiro Arato LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
ashapiro@shapiroarato.com
fthayamballi@shapiroarato.com
Attorneys for Clare Bronfman

Justine A. Harris
Amanda Ravich
Sher Tremonte LLP
90 Broad Street, 23rd floor
New York, New York 10004
jharris@shertremonte.com
aravich@shertremonte.com
Attorneys for Kathy Russell

Hector Diaz
Andrea S. Tazioli
Quarles & Brady LLP
Two North Central Avenue
Phoenix, Arizona 85004
hector.diaz@quarles.com
andrea.tazioli@quarles.com
Attorneys for Lauren Salzman

David Stern
Robert Soloway
Rothman, Schneider, Soloway & Stern, P.C.
100 Lafayette Street, Suite 501
New York, New York 10013
dstern@rssslaw.com
rsoloway@rssslaw.com

/s/ Kathleen E. Cassidy
Kathleen E. Cassidy