UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. —

KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, LAUREN SALZMAN, and NANCY SALZMAN,

Defendants.

Case No. 1:18 Cr. 00204-NGG

**AFFIDAVIT OF MARK J. GERAGOS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Mark J. Geragos, having been first duly sworn and pursuant to Local Rule 1.3(c), state and certify as follows:

1. I am the Principal of the law firm of Geragos & Geragos APC.
2. I submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the State Bar of California.
4. I have never been convicted of a felony.
5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
6. There are no pending disciplinary proceedings against me in any State or Federal court.
7. I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this case for Defendant Clare Bronfman.

Dated: February 25, 2019

                                                                        Mark J. Geragos

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Sworn to and subscribed before me this 25th day of February 2019, by Mark J. Geragos.

*See attached*

                                                                        Jayne Lubensky

[notary seal]

Personally Known _____ OR Produced Identification _____.
Type of Identification:
Produced:

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th day of February, 20 19, by Mark J. Geragos
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JAYNE LUBENSKY
Notary Public - California
Los Angeles County
Commission # 2151347
My Comm. Expires May 27, 2020

(Seal)                    Signature _Jayne L_

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 12, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK JOHN GERAGOS, #108325 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MARK JOHN GERAGOS

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **MARK JOHN GERAGOS, #108325**, was on the **3rd day of JUNE, 1983**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **13th day of FEBRUARY 2019.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: *Margarita Arroyo*
Margarita Arroyo, Assistant Deputy Clerk