**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, LAUREN SALZMAN, and NANCY SALZMAN,<br><br>             Defendants. | Case No. 1:18 Cr. 00204-NGG<br><br>**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE** |

The motion of Mark J. Geragos for admission pro hac vice in the above captioned action is granted. The admitted attorney MARK J. GERAGOS is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Clare Bronfman.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms Mark Geragos' appearance as counsel in this case. A notation of his admission pro hac vice in the above listed case will be made on the roll of attorneys.

_____
United States District Judge

Dated:_____, 2019

cc: Pro Hac Vice Attorney
    Court File