# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
256 5TH AVENUE
NEW YORK, NEW YORK 10001
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

March 6, 2019

**By ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *United States v. Raniere, et al.*
           **Criminal Docket No. 18-204 (NGG) (S-1)**

Dear Judge Garaufis:

Attached please find as Exhibit A the Stipulation & Order as to Discovery Materials previously entered by this Court, signed by newly retained counsel for Defendant Clare Bronfman, Mark Geragos and Tina Glandian.

                              Truly yours,

                             */s/ Tina Glandian*

                              Tina Glandian
                            GERAGOS & GERAGOS

cc:    All Counsel (by ECF)
        Clerk of Court (by ECF)