# EXHIBIT A
# SEALED PURSUANT TO PROTECTIVE ORDER