| | |
|---|---|
| DATE: | February 29, 2012 09:01:42 +00:00 |
| SUBJECT: | |
| FROM: | |
| REPLY-TO: | |
| TO (5): | |

Date: Wed, 29 Feb 2012 09:01:42 UTC

Has Attachment: No

Hi All - Here is the final email. Everyone is in agreement and has reviewed it including L & K. I think this should come from the family.



The family no longer has the heart to keep calling you out on your destructiveness and playing your games. Please send a book report and all the email accounts and passwords you had access to in the last year to me within 48 hours. This report needs to be based on a book that is 250 pages or more, and must be a minimum of 10,000 words. Thereafter, you will need to send 1 new book report by midnight EST every 7 days. If you do not complete these tasks, without exception or excuse, it will demonstrate to us a lack of care for the family and therefor we can not support such difference in values. Additionally, you need to legitimately return to Clifton Park by Wednesday, April 4th 2012. Unfortunately, we cannot consider sending you any of your requested documents.

Hi All - Here is the final email. Everyone is in agreement and has reviewed it including L & K. I think this should come from the family.



The family no longer has the heart to keep calling you out on your destructiveness and playing your games. Please send a book report and all the email accounts and passwords you had access to in the last year to me within 48 hours. This report needs to be based on a book that is 250 pages or more, and must be a minimum of 10,000 words. Thereafter, you will need to send 1 new book report by midnight EST every 7 days. If you do not complete these tasks, without exception or excuse, it will demonstrate to us a lack of care for the family and therefor we can not support such difference in values. Additionally, you need to legitimately return to Clifton Park by Wednesday, April 4th 2012.

Unfortunately, we cannot consider sending you any of your requested documents.