

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT                    *271 Cadman Plaza East*
F. #2017R01840                        *Brooklyn, New York 11201*

March 15, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Keith Raniere, et al.
            Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Garaufis:

        Pursuant to the Court's order and in advance of the anticipated hearings pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982), the government respectfully submits the enclosed proposed examination. Where a proposed question is only relevant to either Clare Bronfman or Keith Raniere, the relevant defendant's initials are noted in parentheses.

        The proposed questions also address one additional aspect of the potential conflict regarding Teny Geragos and Mark Geragos's familial relationship that the government did not previously raise. Namely, Mark Geragos may be incentivized to advise Bronfman to remain in this case, even if it is not in her best interests, so that Raniere and Raniere's counsel (including Mark Geragos daughter, Teny Geragos) can continue to benefit from fees Bronfman is presumably paying for joint defense efforts. As the Court is aware, Raniere's legal fees have been paid thus far by a defense trust primarily funded by Bronfman, which is almost depleted. Based on an inquiry by the Court, Raniere's attorneys have represented that once the fund is depleted they will continue to represent Raniere at no cost. As long as Bronfman remains in the case, Raniere and Raniere's counsel (including Mark Geragos's daughter), continue to benefit from Bronfman's payment of expenses related to a joint defense without Raniere's counsel having to deplete the defense fund or incur the cost themselves as counsel. Therefore, Mark Geragos would have an incentive to advise Bronfman to remain in the case even if it were not in Bronfman's best interest for the benefit of his daughter and his daughter's client, Raniere.

The government respectfully requests that the Court advise the government of the nature of defendant Bronfman's ex parte submission on March 12, 2019, which the government understands related to the potential conflict raised by the government so that the government may respond, if appropriate.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

By:   /s/ Moira Kim Penza
       Moira Kim Penza
       Tanya Hajjar
       Mark J. Lesko
       Kevin M. Trowel
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Counsel of Record (by ECF)