UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, and LAUREN SALZMAN,

Defendants.

No. 18-cr-204 (NGG) (VMS)

**NOTICE OF MOTION TO SEVER**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, dated March 21, 2019, Defendant Clare Bronfman moves this Court, before the Honorable Nicholas G. Garaufis, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order severing her trial from the trial of Defendants Keith Raniere, Allison Mack, and Lauren Salzman, and for such further relief as the Court may deem proper.

Dated: March 21, 2019
       New York, New York

| | |
|---|---|
| Mark J. Geragos<br>Geragos & Geragos, APC<br>644 S. Figueroa St.<br>Los Angeles, CA 90017<br>(213) 625-3900<br><br>Tina Glandian<br>Geragos & Geragos, APC<br>256 5th Avenue<br>New York, New York 10001<br>(213) 625-3900 | /s/ Alexandra A.E. Shapiro<br>Alexandra A.E. Shapiro<br>Fabien M. Thayamballi<br>Shapiro Arato Bach LLP<br>500 Fifth Avenue, 40th Floor<br>New York, New York 10110<br>(212) 257-4880<br><br>Kathleen E. Cassidy<br>Caroline M. Grosshans<br>Hafetz & Necheles LLP<br>10 East 40th Street, 48th Floor<br>New York, New York 10016<br>(212) 997-7400<br><br>*Attorneys for Defendant Clare Bronfman* |