

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 29, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Keith Raniere, et al.
             Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

      Pursuant to Rule III of the Court's Individual Rules, the government respectfully requests permission nunc pro tunc to file a single omnibus oversized memorandum of law in opposition to defendants' pretrial motions as to the second superseding indictment. The government's brief was 34 pages.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:   /s/_____
       Moira Kim Penza
       Tanya Hajjar
       Mark J. Lesko
       Kevin Trowel
       Assistant U.S. Attorneys
       (718) 254-7000

cc:   Counsel of record (by ECF)
      Clerk of Court (NGG) (by ECF)