UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA,  TO BE FILED UNDER SEAL[1]

-against-  ORDER

KEITH RANIERE, also known as Vanguard,  18 Crim. 204 (NGG) (VMS)
CLARE BRONFMAN, ALLISON MACK,
KATHY RUSSELL, LAUREN SALZMAN,
and NANCY SALZMAN, also known as Prefect,

Defendants.

------------------------------------------------------------ x

**VERA M. SCANLON, United States Magistrate Judge:**

The Court has reviewed Defendant Bronfman's April 8, 2019 submission with regard to ███████████████ [ECF No. 513] as well as the Government's April 9, 2019 response [ECF No. 516]. The communications involving ██████████ (Bates Nos. AAB0023177 and AAAB0030841), annexed as Exhibit A to the Government's February 27, 2019 Opposition [ECF No. 448] to Defendant Bronfman's privilege motion [ECF No. 363], are protected by the attorney-client privilege.

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████

---

[1] The Court, the privilege review team and Defendant Bronfman only may access this Order. The Court is simultaneously filing publicly a redacted copy of this Order.



Consistent with the Court's prior rulings, the emails ▮▮ exchanged for the purpose of seeking legal advice and are privileged.

▮▮ The Court already determined in its April 4 Order that an attorney's initial communications with a prospective client can be privileged. See ECF No. 502 at 17 (citing Newmarkets Partners, LLC v. Sal. Oppenheim Jr. & Cie. S.C.A., 258 F.R.D. 95, 100 (S.D.N.Y. 2009)). Moreover, there need not

be a formal retainer agreement in order for an attorney-client relationship to exist. Id. (citing Newmarkets Partners, 258 F.R.D. at 100.). ███████████████████

███████████████████████████████████████
████████

████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████
████████

For the reasons set forth above, the Court finds that AAB0023177 and AAAB0030841, annexed in Exhibit A to the Government's Opposition to Defendant Bronfman's privilege motion, are protected by attorney-client privilege.

Dated: April 12, 2019
       Brooklyn, New York

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge

3