

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP/TH/MJL/KMT
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 12, 2019

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, et al.
                 Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Scanlon:

      Per the Court's order, please find attached a copy of the search warrant for 8 Hale Drive, Halfmoon, NY, issued on March 26, 2018, and unsealed in redacted form on April 11, 2018 (18-MJ-164 (DJS) (NDNY), Dkt. No. 15.).

                                   Respectfully submitted,

                                     RICHARD P. DONOGHUE
                                   United States Attorney

                 By:   /s/_____
                          Moira Kim Penza
                          Tanya Hajjar
                          Mark J. Lesko
                          Kevin Trowel
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc:    Counsel of Record (by ECF)
       Michael J. Sullivan, Esq. (by email)