DIF



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 19 2019 ★

BROOKLYN OFFICE

April 17, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, et al.
Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

With consent of the defendants, the government respectfully requests an extension until tomorrow for the time to identify which questions the parties wish the Court to follow-up on during voir dire. The parties also intend to inform the Court tomorrow of their position on agreed-upon cause challenges for juror numbers 101-200.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Moira Kim Penza
Tanya Hajjar
Mark J. Lesko
Kevin Trowel
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (NGG) (by ECF)
Counsel of Record (by ECF)

*Application granted.*
*So ordered.*
s/Nicholas Garaufis
4/19/19