

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 14, 2019

<u>By ECF and Courtesy Copy by Interoffice Mail</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Clare Bronfman</u>
      <u>Criminal Docket No. 18-204 (S-3) (NGG)</u>

Dear Judge Garaufis:

  Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Clare Bronfman, has agreed to. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By: /s/ Karin Orenstein
        Karin Orenstein
        Assistant U.S. Attorney
        (718) 254-6188

Encl.: Order of Forfeiture
cc:  Counsel of Record (by ECF)