

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 14, 2019

By ECF and Courtesy Copy by Interoffice Mail

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Clare Bronfman
                Criminal Docket No. 18-204 (S-3) (NGG)

Dear Judge Garaufis:

      Enclosed please find a redacted copy of the proposed Order of Forfeiture (the "Order") filed under Docket number 715 in the above-captioned case. The first page of the attached copy of the Order has been redacted to omit residential addresses connected to Ms. Bronfman and/or her family members. The attachment is otherwise identical to the Order, which is viewable by case participants only. The government respectfully requests that the Court "so order" and enter the original Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The government and counsel for Ms. Bronfman respectfully request that upon so-ordering the Order, the Court file a similarly redacted version on the public docket.

      Thank you for Your Honor's consideration of this submission.

                          Respectfully submitted,

                          RICHARD P. DONOGHUE
                          United States Attorney

            By:   /s/ Karin Orenstein
                    Karin Orenstein
                    Assistant U.S. Attorney
                    (718) 254-6188

Encl.: Order of Forfeiture

cc: Counsel of Record (by ECF)