U.S. Department of Justice

United States Attorney
Eastern District of New York

BDM:KKO
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

December 20, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
           Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      Enclosed please find a stipulation executed by the United States and Sara Bronfman in the above-referenced criminal case (the "Stipulation"). Pursuant to the terms of the Amended Preliminary Orders of Forfeiture entered as to Nancy Salzman, Lauren Salzman and Allison Mack on or about July 17, 2019, the United States was instructed to send direct notice to all persons known to have an interest in any of the assets listed therein. The United States sent notice to Sara Bronfman, *inter alia*, that the government was seeking to forfeit these assets, including the real properties located at 447, 455 and 457 New Karner Road, Albany, New York (the "New Karner Road Properties"). The enclosed Stipulation, resolves Sara Bronfman's claim to the New Karner Road Properties. The government respectfully requests that the Court "so-order" the enclosed Stipulation.

      Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

cc:   Counsel of Record (by ECF)