

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KDE:TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Clare Bronfman, et al.
>        Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

The government respectfully submits this letter in response to the defendant Clare Bronfman's request for an adjournment of the sentencing date currently scheduled for February 14, 2020. The government was not consulted prior to the defendant's filing but takes no position on the request for an adjournment of the sentencing hearing in this case.

If the Court is inclined to grant the defendant's request to adjourn the sentencing hearing, the government respectfully requests that the proceeding be adjourned to a date after March, as the undersigned is scheduled to begin a trial before the Honorable Allyne R. Ross on March 2, 2020.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Tanya Hajjar
Tanya Hajjar
Assistant U.S. Attorney
(718) 254-6109

cc:       Counsel of Record (by ECF)