U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KDE:TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 7, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Clare Bronfman, et al.
       Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

  The government and counsel for the defendant Clare Bronfman respectfully request that the deadline for Bronfman's sentencing submission be set for April 3, 2020, with the government's response due on or before April 13, 2020.

  As directed, the parties will provide the Court with the names of any individuals who may wish to be heard at Bronfman's April 23, 2020 sentencing no later than 10 a.m. on April 21, 2020.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By: /s/ Tanya Hajjar
         Tanya Hajjar
         Assistant U.S. Attorney
         (718) 254-6109

cc:  Counsel of Record (by ECF)