UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
                                                                 :   1:18-cv-00204 (NGG)
        v.                                                       :
                                                                 :   **NOTICE OF MOTION TO
CLARE BRONFMAN                                                   :   ADMIT COUNSEL
                                                                 :   *PRO HAC VICE***
        Defendant.                                               :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

To:

    Tanya Hajjar
    Shannon Cassandra Jones
    Mark Joseph Lesko
    United States Attorneys Office
    Criminal Division
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, NY 11201-1820

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Ronald S. Sullivan, Jr., respectfully move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of movant, a member of the firm Ronald Sullivan Law and a member in good standing of the bars of the District of Columbia and Georgia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Clare Bronfman. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 29, 2020	Respectfully submitted,

*[signature]*

_____
Ronald S. Sullivan, Jr.
712 H Street NE, Suite 1354
Washington DC 20002
Tel: (202) 873-9120
Fax: (202) 863-1459
rsullivan@ronaldsullivanlaw.com

***Counsel for Defendant Clare Bronfman***