UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA

                Plaintiff(s),

v.

CLARE BRONFMAN

                Defendant(s).
--------------------------------------------------------

1:18-cr-00204 (NGG

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

I, Ronald S. Sullivan Jr._____, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner_____ with the law firm of Ronald Sullivan Law.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of District of Columbia / Georgia_____.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:18-cr-00: for Clare Bronfman_____.

Date June 28, 2020
Newton_____, MA

**NOTARIZED**

Signature of Movant
Firm Name Ronald Sullivan Law
Address 1300 I Street NW
Suite 400 E
Washington, DC
Email rsullivan@ronaldsullivanlaw.com
Phone (202) 935-4347

Notarial Certificate

Commonwealth of Massachusetts

County of __Middlesex__

On this __28__ day of __June__, __2020__, before me, the undersigned notary public, personally appeared __Ronald S. Sullivan Jr.__ (name of document signer), proved to me through satisfactory evidence of identification, which were __personally known__, to be the person whose name is signed on the preceding or attached document in my presence.

_____
Notary Public Signature

(seal)