

*Lawyers Serving the Public and the Justice System*

**Mr. Ronald Sylvester Sullivan, Jr.**
**Harvard Law School**
**Griswold 450**
**1563 Massachusetts Avenue**
**Cambridge, MA 02138**

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 07/24/1995 |
| **BAR NUMBER:** | 691575 |
| **TODAY'S DATE:** | 06/19/2020 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

| **HEADQUARTERS** | **COASTAL GEORGIA OFFICE** | **SOUTH GEORGIA OFFICE** |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-9910 | P.O. Box 1390 |
| 404-527-8700 · 800-334-6865 | 912-239-9910 · 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 · 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |