UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUBSTITUTION OF COUNSEL** |
| - against - | |
| | Criminal Action No. 18-204 (S-2)(NGG)(VMS) |
| CLARE BRONFMAN, | |
| Defendant. | |

_____

      **IT IS HEREBY CONSENTED** that Ronald S. Sullivan, Jr., Esq., 1300 I Street NW, Suite 400 E, Washington, D.C. 20005, be substituted as attorney of record for defendant Clare Bronfman in the above-captioned action, in place and stead of Mark J. Geragos, Geragos & Geragos, Historic Engine Company No. 28, 644 South Figueroa Street, Los Angeles, CA 90071 as of the date hereof, and that all future papers in this action to be served on defendant be served at the office of incoming counsel.

Dated:  New York, New York
        June 29, 2020

| | |
|---|---|
| Geragos & Geragos, P.C. | Law Office of Ronald S. Sullivan, Jr. |
| Outgoing Counsel for Defendant | Incoming Counsel for Defendant |
| Historic Engine Company No. 28 | 1300 I Street NW, Suite 400 E |
| 644 South Figueroa Street | Washington, D.C. 20005 |
| Los Angeles, CA 90071 | |
| | *[signature]* |
| By: _____ | By: _____ |