# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

July 10, 2020

Clerk
Criminal Division
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re: USA v CLARE BRONFMAN, 18-CR-00204 (NGG)(VMS)*

Dear Clerk:

I represent Clare Bronfman.

It has come to my attention that one of the signatures on the Substitution of Counsel motion [*ECF #892*] is not legible after having been scanned. Please accept the attachment as a replacement for ECF #892, with both signatures visible.

      Sincerely,

      */s/ Ronald S. Sullivan Jr.*

      Ronald S. Sullivan Jr.