UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

CLARE BRONFMAN,

           Defendant.

**SUBSTITUTION OF COUNSEL**

Criminal Action No. 18-204 (S-2)(NGG)(VMS)

---

    **IT IS HEREBY CONSENTED** that Ronald S. Sullivan, Jr., Esq., 1300 I Street NW, Suite 400 E, Washington, D.C. 20005, be substituted as attorney of record for defendant Clare Bronfman in the above-captioned action, in place and stead of Mark J. Geragos, Geragos & Geragos, Historic Engine Company No. 28, 644 South Figueroa Street, Los Angeles, CA 90071 as of the date hereof, and that all future papers in this action to be served on defendant be served at the office of incoming counsel.

Dated: New York, New York
         June 29, 2020

Geragos & Geragos, P.C.
Outgoing Counsel for Defendant
Historic Engine Company No. 28
644 South Figueroa Street
Los Angeles, CA 90071

By: _____

Law Office of Ronald S. Sullivan, Jr.
Incoming Counsel for Defendant
1300 I Street NW, Suite 400 E
Washington, D.C. 20005

By: _____