UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| - against - | 18-Crim.-204 (NGG) |
| KEITH RANIERE, *et al.,* | |
| Defendants. | |

_____

TO: The Clerk of the Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as co-counsel for defendant Clare Bronfman.


Dated: New York, New York
       July 18, 2020

                                                                /s Duncan Levin
                                                            Duncan P. Levin, Esq. (DL1577)
                                                            Tucker Levin, PLLC
                                                            230 Park Avenue, Suite 440
                                                           New York, New York 10169
                                                           (212) 330-7626