**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
    v.                                                       :
                                                             :    CRIMINAL ACTION NO. 18-204
CLARE BRONFMAN,                                              :    (S-2)(NGG)(VMS)
                                                             :
        Defendant.                                           :
                                                             :
                                                             :
------------------------------------------------------------ x
```

**NOTICE OF APPEARANCE OF COUNSEL**

**PLEASE TAKE NOTICE** that the undersigned has been duly admitted to practice in the above-captioned litigation *pro hac vice* and enters his appearance for Defendant Clare Bronfman.

Dated: July 18, 2020                           Respectfully submitted,

_____
Ronald S. Sullivan, Jr.
1300 I Street NW, Suite 400 E
Washington DC 20002
Tel:  (202) 935-4347
rsullivan@ronaldsullivanlaw.com

*Counsel for Defendant Clare Bronfman*

- 2 -

## CERTIFICATE OF SERVICE

    I, Ronald S. Sullivan, Jr., hereby certify that on July 18, 2020, the foregoing Notice of Appearance of Counsel was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

_____
Ronald S. Sullivan, Jr.