

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F.#2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 24, 2020

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>United States v. Clare Bronfman, et al.</u>
             <u>Criminal Docket No. 18-204 (NGG) (S-2)</u>

Dear Judge Garaufis:

      The government respectfully submits this letter to request that the enclosed stipulation and order concerning discovery materials be so-ordered by the Court. The proposed stipulation and order has been signed by counsel for defendant Clare Bronfman.

                       Respectfully submitted,

                       RICHARD P. DONOGHUE
                       United States Attorney

            By:   /s/ Tanya Hajjar
                    Tanya Hajjar
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of the Court (NGG) (by ECF)
       Defense Counsel (By ECF)