Hon. Nicholas G. Garaufis
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis,

Thank you for the opportunity to speak with you directly and for taking the time to read this. First, and most importantly, I want to apologize.  I never meant hurt anyone, however I have and for this I am deeply sorry. I would like to apologize in particular to              . Although I wanted to make her life better, I made it worse. I imagine my actions and the last several years have been enormously difficult financially as well as painful for her emotionally, and I am truly sorry for everything she has had to go through. Additionally, I wish to apologize to the Court, to my family and to others who have suffered as a result of my actions. I wish I could turn back the clock or take away the pain, but I can't. Instead, I will honor the consequences this Court gives me, learn from the many lessons the last several years have taught me, and commit to leading a law-abiding life committed to helping others.

Your Honor, I wanted to take the time to answer some of the questions I am sure you have of me, however, please know I am doing so in order to share with you the world from my eyes, rather than to gain any leniency. Thank you in advance for being willing to read this and I am sorry you are even in the position where you have to determine a punishment for me.

For much of my life I was ashamed of my wealth, I felt it made me different, when all I wanted was to be accepted. Over the years the way I have tried to honor what was gifted to me is by working as hard as I can, and by trying to help others have opportunities, such as my hope with              . Sadly, I failed in getting outside of my own struggle, to be able to think of               and how different she is from me, how different her life experience is and how unfair it was to burden her with my struggles and solutions to them. In the process I hurt her instead of helping her, for which I am very sorry.

One of the hardest times of my life was my father dying. Of the many gifts my father gave me, the most meaningful to me was our relationship, in particular the last two years of his life. Taking care of him was both painful and beautiful and when he died the void and pain was beyond anything I have ever experienced, a feeling which still haunts me today. Shortly afterwards, I learned one of my closest friend's cancer had grown to stage 4. Over the next two years I did everything I could to find medicine to help her, however, the inevitable day came. Honestly, I still have not been able to feel the pain of her death. After my father, I didn't think I could handle it. Pam was also Keith's life partner of 20 years, as well as ███████'s closest friend. As our office was handling all of Pam's personal finances, we continued to do so. I avoided dealing with the Estate or discussing it with Keith as I imagined the pain he was going through and didn't want to interfere. Looking back, there were other options. I could have

asked someone else to handle it, I could have put my feelings aside and been responsible, but I didn't. I failed Pam and I failed this Court.

Your Honor, I am truly sorry. I have spent numerous hours of self-reflection, and while I cannot change the fact that I made these choices and acted as such, I hope to remedy the effects of them.

I also want to take this opportunity to answer some of the other questions people may have of me, again, with the hope to share things from my eyes in order for others to understand me and some of my choices.

Many people, including most of my own family, believe I should disavow Keith and NXIVM, and that I have not is hard for them to understand or accept. However, for me, NXIVM and Keith greatly changed my life for the better. Most of my teenage years and early 20s, I was ashamed of who I was, constantly focused on my shortcomings and ridden with self-hate. NXIVM changed that.  I learned a sense of who I am beyond my faults and the tools of how to transform things I didn't like about myself into traits and behaviors I do. I started to embrace myself and turn outwardly to care for and help others.

One of the most important aspects of NXIVM for me was the people and the community. For the first time in my life I wasn't afraid to be with people. I built meaningful friendships and I was surrounded by people who were seeking to improve their lives. They supported and helped me to overcome patterns of self-loathing, insecurities, shame and fears. I found the things I felt most passionate about, fulfilled by and deeply cared about and I also found areas I was able to excel at outside of horses.

Additionally, I had a deep desire to learn about being a responsible leader and about business so I could honor the wealth and position my father and grandfather gifted me with, and through Keith's guidance, I was able to stop feeling ashamed of my wealth, and accept and embrace the responsibility of it. I was given opportunities to build myself and my new-found love of business within the various companies, and, Keith encouraged and supported me building businesses outside of NXIVM.

Through my many years with NXIVM, I started to enjoy life, to feel accepted, loved and happy. Subsequently, many members of the community became like family to me and I cannot find it in me to now turn my back on those friendships, nor deny how profoundly Keith and NXIVM impacted my life. Even though some of them have now been labeled as bad for remaining friends, I experience them as some of the most kind hearted and well intentioned people I know. I am also deeply grateful as many people and family members have submitted letters of support, which may lead to further financial, reputational and social damage. I believe family does that, they stand behind those they love despite negative consequences, and I am immensely privileged to have that not only with my blood relatives, but also my friends. However, while I am deeply grateful for all of the support I have received, I am also very sorry that it has caused them all so much grief and hardship.

People also believe I should have disavowed DOS, but from the information I had, it did not make sense for me to do so. When I found out about DOS, and with the blog reporting many accusations, there were certainly things I was scared by and questions I had about it, however I never assumed bad intent so I asked a few of my friends to help me to understand it. I was never told about anything sexual or damaging of any nature, and I was assured by them and by professionals that: there was no harm being done; no one was being forced to do anything; and to the contrary, people were experiencing improvements in their life through their membership in DOS.

I also understand when people question how I could not have known about DOS, I even asked myself the same question. While some of my closest friends were members of DOS, it was never unusual for them to be doing projects that I was not involved in. In fact, there were many companies within NXIVM I was not involved in let alone social settings. I was also traveling a lot and when I was home in Albany, I was usually busy working, and when I was with my friends, no one talked about anything unusual and I had no reason to suspect a secret society existed. I am a private person, and I am always respectful believing that if people don't share their private lives with me, they probably don't want me to ask, so I don't. I truly didn't know about it, and that is my solemn word before this Court.

Your Honor, I saw things unfold very differently than has been presented by the media and the Court. I never believed I was supporting anything bad or wrong, I never wanted to shield anyone from criminal behavior, I never intended to intimidate people. I did not and do not support anyone abusing or using violence towards anyone. I just tried to do what I thought was best to honor my role as a leader in NXIVM and a good friend.

The last two years have been immensely painful, many people's lives have been upended, a community where many of us thrived, felt purposeful, and really enjoyed our lives in has fallen apart and it has all caused tremendous pain for many people and their families.

In these last two years, I have spent my time reflecting on how all of this happened, and where I participated and why. I have tried to understand the bad choices I have made, and overcome the struggles driving me to choose them. I read each of the victim statements relating to me and become aware of many blind spots. Reading these letters, some from people I still care deeply about, has been immensely painful, however it has also been helpful to my understanding how my actions are perceived, and how some people have experienced me, and felt affected by me. As a result I believe I stand here a better person, a person with a deeper understanding of humanity, of the differences between people and the gravity of how I affect others.

I have also taken the opportunity to honor a promise I made to my father yet had not fulfilled; getting my GED. In the process, I fell in love with education and have taken many online college courses on many subjects, studied bar exam courses, and read many books by a wide range of authors on many topics. Additionally, I have reconnected with my maternal

family, engaged in their lives and tried to be a good friend, sister, daughter, aunt, cousin, and niece as everyone has navigated the recent pandemic and subsequent lockdowns and effects.

Your honor, I deeply regret the decisions I made that lead me to being before you, and I am truly sorry for the harm it has caused others,                in particular, and for the trouble, time and expense it has cost the Court. I take full responsibility for my actions and I will respect and honor whatever punishment you feel is just.

Thank you for taking the time to read this.

Most sincerely,

Clare Bronfman
08.28.2020

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court, Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Garaufis,

My name is Sara Bronfman and I am Clare Bronfman's elder sister, the only full sibling she has, and possibly the closest person to her throughout her life. I write to give my solemn testimony of my sister's character, and hopefully give some insight and perspective as to who she is and why she may have made the choices that led her to this point. Please forgive me in advance for the length of my letter, but I have known Clare her entire life and have a lot to share.

Clare and I grew up together with our mother, mostly between the UK and Africa. Despite the fact that our father was an incredibly wealthy and powerful man, we grew up in another world, far from any knowledge or understanding of this or what it meant. This was our mother's intent. She wanted us to be raised as she had been: in the countryside, connected to the cycle of life, resilient, adaptive, responsible, sensible, independent, courageous and hard working.

We did not go on holidays to the Hamptons, nor the many European equivalents. We went on working holidays and educational adventures, we did volunteer work, helped people in need, and spent time with our mother's friends and people she thought we could learn from.

We dipped in and out of our father's world. He sometimes picked us up in the corporate plane, or we were flown as unaccompanied minors or with a nanny to wherever he was so we could visit him - and while we certainly saw and experienced indications of wealth, we didn't understand them and they weren't the reality of our daily lives. In our daily lives we lived on a farm, took care of our animals before and after school, visited our grandparents and attended local pony club events on weekends, and on holidays we traveled with our mum, or to see our dad.

Our childhood prepared us to be charity workers, small or medium entrepreneurs, equestrians or farmers like the rest of our mother's family. We were not raised to be heiresses, nor did we understand we would be. In the same vein, we did not grow up to be suspicious of other people, to protect ourselves, to assume people would steal from us or take advantage of us. We learned to trust people and take them at face value, to welcome strangers into our home - as our mother regularly did and as we had so often been welcomed into the homes of strangers around the world. We did not understand that we were very different than anyone else, or that our lives would pan out any differently than our friends and peers. We were just like everyone else… but then we weren't. Unbeknownst to us we had millions of dollars awaiting us on our 18th birthdays. We didn't have to do anything to earn it - not a college degree or even a high school diploma - let alone develop any financial, accounting, leadership or management skills. One day we were normal teenagers and the next, we had an enormous responsibility to manage, not just in terms of wealth but of the esteem and responsibility that comes with it, to which we were completely blind. Our upbringing had not prepared us for this and there was no support,

educational or otherwise, to help us bridge the enormous gap between the world we had grown up in and the one we entered into as adults: I think I could safely say that the situation Clare is in today is, in part, an accumulation of the effects of this ridiculous dilemma.

Besides being sweet, caring, a little clumsy and incredibly sensitive, Clare was also known in our family (by which I mean she, our mother, father and me) from an early age to be concerned with fairness: If we were making choices that she perceived were damaging to ourselves or each other, you could be sure Clare was on our case. We often disliked the way she expressed it or brought it to our attention, as her interpersonal skills have not always been her strong point, but we could never fault her for her intent. Our father used to say she should be a lawyer or litigator because she had such a keen sense of justice and would not let an issue go until she felt it was truly resolved. I know Clare holds herself to an even higher standard than she holds others - often unreasonably high - which has led her to be incredibly hard on herself and self-critical to the point of self-loathing and self-destructive behavioural choices.

Taking the long or hard road to maintain her personal integrity is another of Clare's attributes, which she formed while she was still a child. At around 9 years old Clare when realized that the meat we ate was dead animals, she chose to be vegetarian. At around 16, she chose to omit all animal products from her diet and wardrobe where possible - long before such a choice was popular. Our mother who, having grown up hunting and shooting with her father, couldn't understand Clare's choice. She feared she might not be providing the correct nutrition for her growing child and thus gave Clare a hard time and refused to cater to her chosen diet. However, Clare loved animals and would not participate in something that was harming them, so she stuck to it regardless. Similarly in her equestrian career Clare refused to do any sort of illegal, unnatural or violent techniques to enhance her horse's performance. At the level she was competing, while only some competitors were known to be using illegal techniques, there were few that used no artificial - or what Clare would have deemed cruel or violent means - to get the best performance out of their horses. Clare eventually gave up riding, in large part because of this dilemma. She loved riding, but she found it hard to draw a line between what was natural and un-natural violence in her sport.

Clare's sense of responsibility and personal integrity are also evident in how she has handled herself in this case. Clare, perhaps to an extreme as I have said before, doesn't believe anyone else is responsible for her choices and refuses to blame anyone for her circumstances. She has strictly adhered to every condition of her bail, and has done so with humility - looking for what she can learn and how she can better herself through the process. She has used her time in solitude to earn her high school equivalency and study law. This is not because she is trying to earn brownie points or escape some kind of consequence, this is because this is who she is - not just in this situation but always.

Clare has a personality and a set of beliefs that are hard to match with the esteem and position she holds in life. Clare is not interested in material things. She lives a rather ascetic life - she would probably be well suited to being a nun - in every sense of what that implies: Clare has

always sought out a teacher or mentor, and been a dedicated and loyal student; she has always sought out a group or community to be a part of, and for beings (people or animals) to care for and protect; and she has always spent time in quiet reflection thinking about her choices, especially those that affect others. As an example - Clare was asked by a family friend to be her daughter's (and Clare's name sake) god-mother. Clare reflected on it and responded that while she was flattered by the request, she did not feel it would be in integrity to accept because their lives were too far apart (physically they lived on different continents and she hadn't seen the mother in over a decade) and she felt that given this she wouldn't be able to fulfill the role adequately. As you may imagine, this was not a socially popular decision - but social popularity isn't what drives Clare, and that is very hard for most people to understand.

I'd like to finish with a paragraph from an email correspondence I had with her in February of last year: I wrote; "If your question was whether I trust you. Of course I do. I trust you to always do your best, to be as careful, mindful and responsible as possible and to try to please, care for and protect the people you love. However, this doesn't mean you don't have blind spots and won't make mistakes... you may even have blind spots and make mistakes because of your desire to be so good."

Your Honor, I have known Clare Bronfman her entire life. The woman you are judging is not a criminal, she is a person who doesn't fit the mold. If you met her on the street, you would think she were a very bright nurse or social worker - not a multi-million-dollar heiress and certainly not a criminal. Clare has made errors in judgement, yet rather than blame the people or circumstances she misjudged, seeks to learn from and correct her mistakes. Furthermore, knowing her as I do, she will likely go on to dedicate the rest of her life to helping others not make the same mistakes she has.

Yours sincerely,


Sara Bronfman

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

August 27, 2020

Dear Judge Garaufis,

I am the mother of Clare Bronfman. Having known her since birth I was shocked and amazed at all the allegations made against her by the prosecution and the press. It breaks my heart to hear that they all think of her in this villainous way. Of course a mother will always love her children unconditionally, but in this case my love goes well beyond that and I beg you to allow me to tell you a little about her.

She was a loving and caring child, kind to everyone and everything. She loved making people happy and could always bring out a smile in young and old alike. My father lived to 97 years and all through his later years she still could make him howl with laughter. I still have visions of them holding hands, feeding the ducks, and breaking out into laughter.

She has always worked hard at everything she puts her mind to, be it working in the stables, helping with children in Kenya, or studying as is she is doing now. At home as a child she did her chores without ever moaning. I would also like to add that she was an exemplary school girl and very popular with pupils and teachers.

In the last two years of his life, Clare took over caring for her father after realizing that his wife was struggling. She hadn't always seen eye to eye with him, mainly because of NXIVM, but they made their peace and she was, according to his sister "an amazing daughter, kind and caring beyond belief". He and I were friends and he was always singing her praises whenever we spoke.

It is completely out of character for Clare to be involved with a man like Raniere. She would never dream of hurting anyone, on the contrary, she has spent her life trying to help people and to make this world a better place. She is passionate about doing the right thing, honestly and truthfully. Since her arrest she has accepted her situation, obeying the rules while serving her confinement with dignity, learning all she can from it. I have learned a lot from her!

Yours sincerely,

Georgiana Havers

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

August 24, 2020

Dear Judge Garaufis,

In 2019 when I signed the bail for my sister-in-law Clare Bronfman, I did not do it out of family duty, but because I have deep faith in Clare. I have known Clare for 9 years, from the time I first met (and later married) her sister Sara in 2012. The sisters were and still are very close, and the traits and characteristics I found and loved in Sara, Clare also possessed.

Clare Bronfman is the kind of person who cares deeply for her friends, family and even strangers, as demonstrated by her words and deeds. She has always respected others and others' opinions. She is a wonderful aunt to my two daughters who she loves, and until the present situation, would visit often. She has always been a woman of her word who others could rely upon.

Based on her training as a competitive show jumper, Clare has the mindset of an athlete. Her mindset is clear and strong, and it is through sharing our athletic passions that we developed our relationship and became friends beyond our family ties. I used to participate in long distance running with Clare, where we would run side by side. She would keep a steady pace (where I was often struggling to keep up with her), never show that she was suffering (which I normally was), and keep her head up until the end, carrying all the pain without complaining. It is this inner strength that allowed her to demonstrate a strong empathy for others and their problems.

Although Clare Bronfman is a strong person, she is also a trusting person, sometimes to a fault. In Clare's world, the Nxivm leadership replaced the role of her former riding coaches. She took Nxivm's promise of helping others and making the world a better place as her "faith" and she worked extremely hard to try to achieve greater results. Clare did with Nxivm as she did with her show jumping -- she committed herself fully as a humble student who worked hard in her training and practice.

Despite the circumstances she currently finds herself in, I am proud to have Clare Bronfman in my life as a friend, a sister-in-law, and aunt to my daughters ███████ I want my daughters to be close to their aunt and to learn from her humanity, commitment and discipline - as well as from her mistakes of trusting blindly. I hope Clare will be seen for her intentions and the motivation behind her actions – not just the actions themselves.

Someone like Clare Bronfman should be out in our community helping and supporting others to be their best -- because helping others is what she is all about. I therefore ask Your Honor to be lenient in the sentence imposed on her so that Clare can restore herself and redirect her champion-like qualities to help society.

Sincerely,

Basit Igtet



Alejandro A. Imbach

███████████

November 5th, 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Alejandro A. Imbach, I was born in Argentina, grew up in Costa Rica and currently live in Colombia with my loving wife and two daughters. I work as an independent consultant providing monitoring and evaluation services to projects and civil society organizations (CSO) across Latin America. My clients are mainly cooperation agencies, foundations and non-governmental organizations from Europe and the United States, who finance and support these initiatives in Latin America. My fields of expertise are environmental and social issues, focusing mainly in women's rights and environmental justice. The purpose of my job is to help projects and CSO that are trying to make this world a better place (socially and environmentally), to be more efficient and effective in what they do and thus have a greater impact.

Due to the nature of my endeavors and the type of services I provide for my clients, I've dedicated time and efforts to research and test different methods and tools for helping groups and individuals to maximize their potential. It is through these investigations that I came across NXIVM education, particularly ESP (Executive Success Programs) program. I took the program myself and was so impressed by the positive results that I experienced and also what I saw in others (i.e. disappearance of verbal and physical ticks in people that I know who were diagnosed with Tourette's syndrome), that I chose to sign up for the coaching program in order to learn how to use these tools and be able to help other people.

While being in the ESP coaching program I got the chance to meet Clare Bronfman. I worked and learnt under her supervision in multiple occasions. The first time I met her was during ESP yearly congress (also known as VWeek) in 2015. It was my first year attending VWeek and I had joined the coaching program just a few months before that. To be honest I felt a little lost at the time in a context which was completely new to me. Clare was in charge of planning and running the whole thing, which in my opinion was a quite complex task. I remember seeing her working tirelessly every day, from early in the morning until late at night. She was always moving between places, checking on people and making sure things were running smoothly.

Despite being so busy, and honestly to my surprise, one morning Clare came up to me and asked me how I was doing and if there was something that I needed help with. I shyly mentioned that I was interested in learning more about live audio, that I had some basic skills in that field but that I would like to learn to operate the sophisticated equipment that was been used in VWeek (particularly the mixer in the main auditorium). Almost immediately Clare talked to a few people, right there, using her walkie talkie. After some consultations she asked me if I wanted to join the audio team. I did and spent the next 7-8 days learning as much as I could from the team leader and my colleagues. Every day at some point, Clare would come by and check on me again, just to see how I was doing. Slowly I started to notice that she was doing

Scanned with CamScanner

that with other people as well. Even if it was for just a couple of minutes every day, I always felt I had her undivided attention, listening to me and giving me advice. I felt truly supported by her. I remember at the time being very impressed by her generosity of time and how present and caring she was with me on those interactions.

Later on, and through many more interactions I had with her, I came to the conclusion that my experience of her was very consistent: a caring person always trying to help others grow and discover their unknown talents and capacities, sometimes by gently pushing people, other times by compassionately listening and supporting them.

The purpose of this letter is simply to share with you my experience of Clare Bronfman and to honor her name and reputation based on the data and perception that I have of her. Thank you for taking the time to read these lines.

Respectfully,
Alejandro A. Imbach

Scanned with CamScanner

Amanda Auspelmyer



January 1, 2020

Honorable Nicholas G. Garaufis

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Garaufis,

    I have known Clare for 6 years, we met in early 2014. A mutual friend (who knew my background in bookkeeping) told me that she knew someone looking for a bookkeeper. I met Clare for an interview and we just clicked. She was so kind, soft spoken and genuinely interested in getting to know me. I have been working for/with her ever since. I take care of her personal accounts and those of her closely held businesses.

    I was 29 when I met Clare, a single mom with a 10 year old son. I had worked for a few different companies in the 10 years prior to meeting her. The longest was for Trustco Bank Corporation, making about $21,000 per year (after 7 years) as a Staff Accountant and a new hire trainer for tellers and managers. I was emotionally and financially struggling, being underappreciated and felt highly replaceable. Working for Clare is so different, I am appreciated as an employee.

    As an employer, Clare is very understanding and very generous. We have a yearly meeting to discuss my benefits (insurance, vacation, sick time, bonus, retirement, etc.). She pays 100% of my health insurance. I receive a very generous amount of vacation and sick time. She has always been extremely understanding when it comes to family emergencies or my children being sick. My oldest son, ▮▮▮▮ has had a lot of medical issues (due to a birth defect) which has landed us in the hospital for a few week-long stays. The last time was in March of 2015. We spent over a week in the Children's Wing at Albany Medical Center. Clare made sure that I was financially able to cover all of my bills (even with missing over a week of work). She also checked up on us to make sure we were doing okay.

    In May of 2016, I had my youngest son, ▮▮▮▮ My maternity leave had no set 'return to the office' date, it was completely up to me. I stayed home for 7 weeks. During this time, Clare made sure that I was able to cover all of my bills. We also decided together that my son would come to the office with me until it was time to find alternate childcare. ▮▮▮▮ came to work with me every day for 7

months! I am so thankful for that time, this is one of the best gifts she has given me. Once it was time to find childcare, I wanted to continue breastfeeding. We came up with an amazing plan. I was given a private office to pump, and was able to leave for extended lunch breaks to breastfeed my son at his daycare. This is the kind of support all working mothers should receive, although it is rarely the case.

In November of 2018, I was struggling a lot with my oldest son. He was having a very hard time at school with being bullied and not doing well academically. Clare helped me through this hard time by being there as a friend to me, always asking how we were doing and if there was anything she could do to help. I decided to pull him from public school for the remainder of his Middle School years (7-8th grade). Clare was 100% supportive in our 'homeschooling' journey. ████ came to the office with me everyday to do his school work. He immediately began doing better emotionally and academically. This was the best decision I could have made for him, and it would not have been possible without Clare's support and friendship. He is now excelling in our local public high school!

In October 2019, ████ became extremely depressed and anxious, and was having suicidal thoughts and ideations. I received a call from the school psychologist that he had a plan to commit suicide while at school. Thankfully, his good friends found out and told a teacher. I rushed out of work to pick him up from school. I brought him to the emergency room, where he was held until a bed opened up at an Inpatient Mental Health Facility in New York State. During this time, Clare was checking in on us multiple times day. When a bed finally opened up, it was in Katonah, NY (3.5 hours from home). I didn't know what to do, I didn't want to send ████ by himself, so far away from me. I needed to be able to visit with him every day. But I also had a 3 year old at home. And I was worried about the financial impact it would have. As soon as Clare found out, she searched for and found an Airbnb (house rental) in Bedford (5 minutes from the hospital) for my 3 year old and I. She paid for the Airbnb(with no expectation of payment back) until ████ was discharged, 3 weeks. And she made sure I was paid 40 hours per week for those 3 weeks.

Throughout my time working with Clare, I have seen her help out many of her close friends, not just me and my family. There is a family (husband, wife and 2 children) who fell on really tough financial times. They were worried about where they were going to live and how they were going to make ends meet. Clare offered up her home to this family, completely rent free. The only 'condition' being that they love on her 13 year old little French Bulldog, Taz, who lives there too. There is a woman who is a very close family friend who was diagnosed with cancer. Clare has sent her monetary support on a monthly basis for many years. This is in addition to paying for any large additional testing or procedures. I have seen her loan money (many times), interest free, to friends who are financially struggling. She has loaned me money, interest free, when I have needed it.

I am so extremely grateful to Clare as my employer and my friend. She has offered nothing but love and support the entire time I have known her. She has supported me as a woman, a mother, and an employee. I have only seen her trying to do good in the world, and to help those close to her.


Sincerely,

*Amanda Auspelmyer*

Amanda Auspelmyer

████████████

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

August 27, 2020

Dear Judge Garaufis,

My name is Anna Boyce, I am a 42 year old British national and currently resident in France. I have a BSc in Chemistry and a Masters in Languages. I previously worked for Eurocontrol, The European Organisation for the Safety of Air Navigation, Morgan Stanley, Barclays Capital and Goldman Sachs. I am now the full time mother of two little girls, aged 5 and 7. I am proud to be writing this because I know Clare to be a truly exceptional person and I am even more proud to call her my friend.

I first met Clare in 2004 when I was training with another equestrian in San Diego. I wasn't being treated very nicely by this other rider's employees. Clare took notice, perhaps because she recognized another English girl of her own age, I don't know. We hadn't even really spoken but in the quiet way she has, she asked her barn manager to reach out to me and see if I was ok and if she could help. I said yes please and within a matter of days she had removed me from a situation of bullying and verbal abuse and I was training with her instead. What struck me was the sensitivity and compassion with which she dealt with the situation so efficiently. At no point was it exacerbated. At no point did I feel unsupported. I then trained with Clare for the remainder of the summer of 2004 in San Diego and at Spruce Meadows. Clare had just become involved with NXIVM but she had been in Europe until April and had not yet moved to the Albany area.

I had, like Clare, come from the rather sequestered environment of an all girls English boarding school and had always ridden. But unlike Clare, I had gone to University, obtained two degrees and then worked for two years at Eurocontrol. Although she is only one year younger than me, I always felt she had missed out on an invaluable experience by not attending university.

My experience when training with Clare was that she was shy, earnest, incredibly hard working, diligent, and extremely anxious to please. She was unfailingly kind, would never ask anyone to do anything that she wouldn't do herself, and had a really wonderful dry sense of humour. A true leader in many ways but one that didn't quite have the courage of her convictions. She was unusually cautious at first, until you gained her trust, but once that had happened she relaxed and trusted implicitly.

The biggest thing she gave me that summer was confidence and responsibility. She had such faith in my abilities that she enabled me to exceed my own expectations. She taught me to perform calmly under pressure, to multitask, to really pull my weight as a team member, and encouraged me to develop leadership skills for when I needed them. All of these skills I learnt from her and was able to put to good use later on the trading floor.

She allowed me to ride exceptional horses and encouraged me to move beyond my limitations in all aspects of my life. These were horses she was competing at the same time so the generosity of this was outstanding. In fact, her generosity in general and how she looked after all of us was exceptional. The thoughtfulness and duty of care she had for everyone was truly democratic and made us a team. Typing this I remember Clare would book us massages when she knew we were tired. It seems, in hindsight, so privileged, but I mention it to illustrate how Clare took notice of all aspects of our wellbeing. It made me feel valued and appreciated, but perhaps more importantly illustrates how she felt a duty of care to all of us. Clare takes her responsibilities seriously and I have always known that if I needed help in any aspect of my life she would help me. As life goes on, you realize if you can count the people who would do that for you on one hand you are blessed.

I returned to Europe at the end of the summer when Clare competed there and she relocated to Albany from New Hope in the fall. I proceeded to ride for the U21 European Championship and then for one of the largest horse dealers in Europe. These opportunities were offered to me as a result of Clare's help.

In the Summer of 2005, I asked if I could return to train with Clare once again. She said I could but asked if I would consider completing the 5 day NXIVM course. She offered to pay, as she thought I would get a lot of benefits from it. This I duly did. I could expand on the details here but I'm not sure it has much relevance as Clare had no further involvement.

I then trained with Clare that summer and also completed the remaining 10 day course in August 2005. By then, Clare rode less and was much less present at the barn, as she spent more and more time at the centre in Albany. Her focus had shifted from her competitive career to NXIVM. It was sad to see because Clare is an exceptional rider. Poetry in motion on a horse and she rode with an astounding sensitivity. The best way I can describe the delicacy of it is that she rode in milligrams as opposed to grams like most riders. Nonetheless we were still a family and a team and exceptionally well looked after by her. There was never any unkindness to anyone, never a harsh word. Normally with a collection of competitive young people there are shifting sands of loyalty, allegiance, etc. but that never happened. With hindsight the supportiveness of the environment was exceptional. This was fostered by Clare.

At the end of the summer when my three month visa was due to expire I returned to London. Clare had spoken to me and asked me why I wasn't using my intellectual capacity to its fullest. Essentially why was I hiding in a horse barn from what I could achieve. I took this on board. At this time, since Clare had decided to stop riding competitively, I took a job on the trading floor of Glg Partners, which was Europe's largest hedge fund at the time. From there I went to Morgan Stanley where I ran the fx settlements and derivatives businesses for several years both in London and briefly in New York, and managed a team of 9 -12 people. From there I moved to

trading and from there to structured notes sales at Barclays Capital and setting up Exchange traded funds. I would never have had the confidence, not to mention the management skill set, to do this if it were not for all the time and help Clare had given me but most significantly that she put my well-being and best interests ahead of her own convenience. It would have been easier for her to pressure me to keep training with her especially after all the time she had given me, however she refused to let me undersell myself and encouraged me, to her personal detriment, to do what was in my best interests. This exceptional altruism is what sticks out in my mind about Clare.

I was asked the other day why I never continued my involvement with NXIVM, essentially my career took off and I worked very long hours in a job I loved for many years before becoming a mother. This combined with the geographical distance made further involvement so impractical it was never something I considered an option. It is testament to Clare that there was never any hard feeling. I cannot emphasize strongly enough her generosity of spirit, her desire to help people if she possibly can and her profoundly good and noble intentions. Clare is someone who superficially has many things we are taught to aspire to in our society and would be very easy to envy her, somehow she manages to rise above this and all I have only ever seen her try to do is help others. Clare is a truly exceptional person who has not had an easy life and very dear to me. My own youngest daughter is named ▮▮▮ in tribute her because she has been such an amazing influence in my own life. I will be very proud if ▮▮▮ lives up to her namesake.


Yours faithfully,


Anna Boyce

August 20th 2019

Hon. Judge Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

I respectfully write this letter to share some of my experiences with Clare Bronfman and how she has positively impacted me and the life of many people in Fiji.

I met Clare on May 2016. She was in the process of buying the Wakaya Club and Spa and she interviewed me for the role of Resort Manager. We met in Fiji and on that trip I also met her mother, experiencing first hand the warm and loving relationship the two of them have as well as the kindness and warmth the two of them showed towards me and everyone else we came accross in Fiji.

A few months later, Clare took over the resort and hired me and my wife to run the business and beautiful Island. In doing so, I have had the enormous privilege of working hand in hand with someone I've grown to admire in many ways. A smart, reflective, compassionate, generous and conscious leader. Through these years, Clare's main and absolute priority has been the wellbeing of her staff and the community of people she helps to support on Wakaya Island.

One good example of her compassionate, and loving nature is when in the summer of 2017 I needed to have an operation, out of pure goodness, Clare was the first person to jump on a plane to Mexico City and look after me druring my entire recuperation.

Another example, is how on the few ocassions that I have had to dismiss members of our staff , Clare wants to know if I have given them enough opportunities and warnings before letting them go, making sure my decision is just and fair.

When we speak on the phone, Clare often asks about the well being of the people she knows, showing honest interest in their lives, their families and their progress. Its important to mention, that Wakaya Island's subsistence is in great part thanks to Clare's generosity and leadership.

During this unprecedented year of hardship, Clare has made an enormous financial effort to maintain all the staff on payroll, despite having the legal opportunity to dismiss them due to the collapse of the tourism sector in Fiji. A clear example of her integrity and commitment to her beliefs.

When it comes to leadership, Clare has always led by example. I personally value and admire her discipline, honesty, hard work ethic, attention to detail and the enthusiasm shown to helping the island and business thrive. I know that the last two years have been hard for Clare, not only because of the direct implications her current situation has had on her life (financially, emotionally and socially), but for the sorrow she feels seeing many people, including many of her friends and family, suffer.

I kindly ask you to consider the good in Clare and the fact that this good in her is bigger than any mistakes she may have made. I have no doubt that your sense of justice will prevail and I am of the opinion, Clare's good nature will continue to postively impact the lives of many people in the future.

Thank you for your time in reading these paragraphs Your Honor.

Sincerely,

Antonio Aja
General Manager
Wakaya Club and Spa
FIJI

Barbara J. Gottlieb, CPA

████████████████████

June 17, 2019

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis:

I am a CPA licensed in California since 1979.  My practice consists primarily of performing forensic accounting services in civil and white collar criminal matters.  Although I have represented dozens of individuals charged in criminal matters over the years, this is only the second time in my career I have felt compelled to write a letter to the court offering my support and insight for a client.

I first met Clare Bronfman in 2009 when I was retained by Latham & Watkins as an expert witness in a real estate fraud litigation matter.  In 2005, Clare and her sister invested in Precision Development, a California real estate venture. (Clare was just 25 years old at the time.)  In 2008, after the venture's funds had been depleted it became readily apparent that the venture partner had taken advantage of Clare's and Sara's youth and wealth, diverting funds from their projects to partner's personal projects. The case went to trial and Precision Development recovered the remaining real estate and a judgment for $10.2 million against the fraudsters.  Since the trial I have represent Precision Development as a consultant overseeing their California real estate development projects.

When I met Clare Bronfman she was only 28 years old.   I was struck by her intelligence and her down to earth quality.  I came to learn that although she clearly had access to wealth, it surprised me to learn that she had been on her own since she was a teenager, never graduated high school and did not have a strong family support system. Clare remains close with her sister, Sara, who is a couple years older than Clare.

During all of my dealings with Clare I found her to be caring, honest and a very hard worker.  What stands out in my mind with Clare is that she acts very thoughtfully always trying to weigh the impact of her decisions on others. This demonstrates to me that she

is very conscious of her life's fortunate financial position and in my dealings with her, demonstrates a sincere concern for the responsibility that comes with it.

When visiting LA to observe the real estate construction underway she always makes a point to stop and introduce herself to the construction crew and let them know she appreciates their work. The crew has often commented back to me that normally the owner of the property never even acknowledges them, yet alone talks to them.

During the course of our work, a situation arose where we needed to fire a contractor on one of our projects. Clare was very concerned about the impact of the situation, not on our project, but moreover how it would impact the contractor. The contractor had a small operation and she was very concerned about the financial hardship it would bring to him. She chose to give him numerous opportunities to turn his work around, but ultimately we had to let him go. Clare chose a path of empathy and kindness that I must say I have rarely if ever seen in business. Where Clare could have filed a legal action against the contractor and sue him to return some of the money already paid to him, she chose instead to pay him for questionable work that most businessmen would have withheld payment on. Although this was going to contribute to project overruns Clare wanted to make sure that the contractor was not going to be in financial jeopardy.

My relationship with Clare has evolved over the past decade and I have a very deep motherly concern for her. Although one might be envious of Clare growing up with wealth, it also has presented monumental challenges for her. It is my understanding that her parents were not very present in her childhood and were not available to her emotionally. Clare never finished high school and was living on her own as a teenager. I can only imagine the void it must have left in her life.

In the past year, in addition to my business dealings with Clare I have spent considerable personal time with Clare. I have visited her on numerous occasions while she has been under house arrest. I have watched her evolve and process the gravity of her actions. Clare has accepted full responsibility for her actions and is looking forward to the future where she can have the opportunity to use her resources in a meaningful way to impact society. Clare is currently working on her GED to better herself. I have complete faith in Clare that she will go on to a lawful life and put tremendous effort to the good of society.

Sincerely,

Barbara J. Gottlieb

Honorable Nicholas G. Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 14, 2020

Dear Judge Garaufis:

I am Baron Stewart, a 72-year-old, mathematics teacher from Jamaica. I have lived in the United
States for over fifty years, where I enjoyed a 25-year career at IBM as an executive instructor to
IBM's top customers, including CEOs, CFOs, and CIOs. I also managed IBM consultants, and
early in my career, I was an enterprise-wide architect of information systems. During these years,
I worked at Columbia University for two years under the auspices of IBM's Faculty Loan
Program, where I administered programs in New York City to improve the performance of high
school students in science and mathematics. After retiring from IBM at age fifty-five, I spent the
next fourteen years teaching mathematics at The University of Phoenix. I am now a retired
teacher focused on introducing mathematics and science to young children in a holistic fashion
where children can have all of their questions about mathematics (who, what, why, how, when,
where, and use) answered. It was this commitment to bring joy to the learning process of young
children that brought Clare's and my paths together

I have known Clare for over sixteen years, and I welcome this opportunity to comment on her
character and her positive contributions to her community. I first met Clare at a party in Saratoga
Springs, New York, during the Spring of 2004. We talked extensively about her love for horses,
her experiences in show jumping, and my life. Never once in our lengthy conversation did I
realize that this humble girl, dressed in modest clothing, was an heir to the Seagrams fortune.
Instead, I saw her desire to raise her self-esteem, discover her core values, strive to live an ethical
life, and share her beautiful essence with the world. It was later that summer during a walk, Clare
shared with me that her father was the famous Edgar Bronfman. I was speechless because the
humble, thoughtful, kind Clare I knew was so different from my conception of what an heiress
would be like. During this conversation, Clare mentioned that she intended to use her resources
to help make the world a better place. As she spoke, I thought then, and I still do now that Clare
was an idealistic, honest, and moral woman who wanted to make a difference.

Clare kept her word about making a positive difference in the world by being a significant
supporter of the education of others. In particular, Clare supported an educational project that I
led, called the Whole Mind Development. The goal of this project was to demonstrate that if we
enhanced the foundational skills of the minds of children, they would perform better in all
subjects in school. By essential skills, I mean their memory, mental processing speed, capacity to
stay focused, ability to be mentally flexible, aptitude to recognize patterns, and talent to solve
problems. Clare also believed that this approach would make learning fun and build self-
confidence. Clare supported this educational project by purchasing educational games like chess,
Rubik cubes, dominoes, and many other games for children whenever I asked for her support.
Clare's support of the Whole Mind Development project continued for over ten years. She
bought new games and replaced old games when they were lost or destroyed. I still use this

approach today when I teach mathematics and science to children. And recently, an alumni group from Kingston College in Jamaica asked me to use these ideas to improve educational outcomes for students in Jamaica.

Clare believes in learning and striving to be a better person. She just recently passed her GED examination and has also taken additional online courses to improve herself while under house arrest. Many people would think that Clare does not need a GED certificate, given her life knowledge and financial position. Still, Clare is very proud of this accomplishment because it shows that she is willing to learn and grow under any circumstance. Clare is very human with reasonable emotions. Recently, in conversation with Clare about my support for her during these difficult times, I told her that I believed in her, and I was a friend who would always support her. She cried as she thanked me. In that vulnerable moment, I could see aspects of Clare's humanity and how much she appreciated the support from people who loved her. During all the pain that has surrounded her legal troubles, Clare has been hopeful, positive, and caring about others.

Clare respects the rule of law. I know she regrets the mistakes she has made and has deep remorse for any damages she had caused. I saw her respect when I was fortunate to be one of the people who was permitted to visit Clare while she was under house arrest. I was able to observe her under these restrictive conditions. Clare was very mindful of the rules of her confinement. If she had a fixed time limit for grocery shopping or a run, she would always make sure she was back within the allotted time. If she were not allowed to leave an area, Clare would not leave it. She would exercise by walking around her apartment or in her building, but never exceed the permitted rules. During this long period of mostly solitary exclusion from many of her friends, Clare has been sad, thoughtful, regretful, hopeful, and looking for ways to make herself a constructive member of society. She has kept herself physically healthy by eating well and running or walking whenever she is allowed. She also has worked to improve her education.

I respectfully request leniency and understanding for Clare because others may have taken advantage of her trust and good intentions. I know that Clare has learned from her mistakes and feels deep remorse for any damages her actions have caused. Clare is someone who wants to make our community a better place and has repeatedly demonstrated these values to me over the last sixteen years. She has given her money to causes that she believed would bring people more joy and reduce suffering, such as supporting projects that help those who struggle with Tourette's syndrome and funding initiatives that attempt to decrease the violence in Mexico. Even now, Clare helps to educate two children of her employees in Fiji. Clare is not a Saint, but she is a good woman. She is the kind of humble human being we need more of in this world. I would trust Clare with my children and she is someone I would trust with my life. Please take the time to see Clare through my eyes and factor this in your decision. Thank you for taking the time to read this letter.

Sincerely,

Baron A. Stewart

Honorable Nicholas G. Garaufis
United States District Judge
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

June 16, 2019

Dear Judge Garaufis:

I'm Bibiana Huber, im 34 years old, i'm the CEO and Creative Director of B-Huber, an international architecture and design studio based in Mexico. I founded the company when i was in college doing small jobs here and there, now the company has 30 talented employees and we design for firms like Four Seasons, Marriott, Hilton, among others.

A few years ago, I met Clare because of friends in common, when she saw my portafolio she asked me to design a project for her, and as we developed this project for almost a year, we became very good friends. I consider Clare one of my closest friends, she's the type of person that will be there for you no matter what. Takes it on the chin and is honest and loyal.

My experience of Clare as a client has been amazing, the very fist thing that got my attention was that she never asked me for a discount or pushed the deal of my design fees, she understood the quality of work that we needed to do in order to succeed, so she agreed that the amount was fair as she valued the work of the people behind the job. This is something that almost never happens, people are always looking to hustle the price, even if it's not fair. Clare is always looking to evaluate what is fair and considers the efforts and work of the other party, she believes that deals based on honesty and where both parts win, are the key to long therm relationships and the bases for caring, she helped me and I learn a lot from this experiences with her!

When we use to negotiate with any supplier, she was always looking for a fair deal with everyone, as she was always looking beyond the business or deal, i understood that she isn't the type of person that goes for the money, she works for giving opportunities to people, she really wants a better world and works on it with how she deals and relates with people.

The way she treated me, my team and the whole people that worked for her is as if you where part of her family, it doesn't matter how wealthy or poor you are. I remember the first time she arrived into my office, no one thought she was Clare Bronfman, as she was wearing an old pair of tennis shoes, jeans and a sports t-shirt, she's one of the most humble people I know in my life, we all know she could be the fanciest woman, and she's extremely conscious, she's a person who lives focused on what's important in this world, she doesn't shine from the way she dresses or lives, she focuses on how she can be better and how what she does can affect others in a positive way.

I always give thanks to life when i met people like Clare, there's just a few people with that type of values, who inspire others and help you grow just with her example. You can see the consistency in her lifestyle, she's vegan, she doesn't spend in stuff that is vanal or shallow, she spends her time and resources in people's growth, i've been inspired by her to be the type of woman that cares more for people.

Something else that was very emotional for me was how she spend the last months of her dads life, she made sure he knew that she loved him and she decided to leave all aside and spend quality time with him, being by his side and taking care of him, this made me realize how important it is to be close and kind to the people we love.

She has touched hundreds of people in a positive way, I consider myself very fortunate of knowing her closely and being her friend

I hope that the people who have not had the opportunity to experience her, can see the kindness of her soul.

Sincerely,

Bibiana Huber



1900 Bausch and Lomb Place
Rochester, New York 14604
P 585-987-2800  F 585.454.3968

**WOODS OVIATT GILMAN** LLP

www.woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202
P 716.248.3200  F 716-854-5100

*Writer's Direct Dial Number: 716.248.3210*
*Writer's Direct Fax Number: 716.248.3310*
*Email:  wsavino@woodsoviatt.com*

August 28, 2020

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York

**RE:    Clare Bronfman**

Dear Judge Garaufis:

I have known Clare Bronfman for roughly 12 years and have found her to be arguably the most selfless person with whom I have ever dealt. Even though I was engaged by her at the outset as her civil litigator, she was always insistent that our position be ethical, that we were entitled to the relief being sought, and that the remedy is not being pursued via improper means. I cannot say that about the individual who I initially worked with at NXIVM.

Over the years I have also developed a social relationship with Clare, dining with her repeatedly and even visiting her horse farm. She has shared meals with not only my wife but my children as well. All of us admired her soft and gentle manner, concern for others, and placing the interests of other people ahead of her own.

The primary reason I have been repeatedly called on to represent Clare is the history of those around her taking advantage of her wealth. The first matter I undertook involved an attorney who convinced Clare and her sister Sara to lend him personally $2 million for development near Saratoga, New York. After refusing to pay back the loan, Clare filed a civil suit for recovery. In discovery we learned the lawyer actually spent the money on himself, squandering large sums for offshore gambling, and flat out lied about the assets he claimed to have to secure the loan. I obtained a $2 million plus interest judgement against him. He proceeded to bankruptcy where he continued to lie, causing the Bankruptcy Judge to deny his discharge in bankruptcy due to the bankrupt's fraudulent behavior. This attorney had breached his ethical obligation as a lawyer, his fiduciary duty to his clients, his contractual agreement as a borrower and his bond of friendship with people he purportedly liked. Sadly, this is not the only one.

I was also engaged to prevent the wrongful and unauthorized dissemination of Clare's personal and financial records of over three years by her former financial planner, who also oversaw her accounting and bookkeeping. The individual tried to evade a restraining order in State Court by filing for bankruptcy, however the bankruptcy judge further enforced and broadened the injunction. The individual was dismissed from bankruptcy for lying to the Judge about her assets. Sadly, the damage had already been done and the individual had already released Clare's documents, including bank account numbers and codes, her and her family member's Social Security numbers, and years of financial records, to the press, and others who sought to disparage Clare.

Although I, individually, am not very spiritual, I admire the high-mindedness and spirituality visible in Clare. Clare would never intentionally hurt anyone – she is universally compassionate and empathetic.

From my dozen years as one of her counselors, I can state from experience that Clare wants to help others. From talking with her about her activities at NXIVM, it is evident everything she did there was based on her belief that it was helping others. Much of this belief was based on her own experience with NXIVM (and Keith Raniere) and her belief that NXIVM had dramatically helped her personally.

I am confident Clare was unaware of many of the facts that came out during the trial and believe she was intentionally kept in the dark (by Keith and others) regarding DOS. For example, knowing Clare as well as I do, it is unimaginable that she would've remained involved with NXIVM if she had any knowledge of anyone being harmed or abused sexually or otherwise.

Respectfully Submitted,

WOODS OVIATT GILMAN LLP

William F. Savino
Please direct responses to Buffalo Office

WFS/dms



**Robert D. Crockett**
23929 Valencia Boulevard No. 303
Valencia, California 91355
323-487-1101 | 323-843-9711 fax
bob@bobcrockettlaw.com

August 25, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Sentencing of Clare Bronfman

Dear Judge Garaufis:

      I have known Clare Bronfman since 2009. I was then a partner at Latham & Watkins and have since left to form my own firm.

      My heart was deeply saddened to hear of the publicity surrounding Clare's legal problems in your courtroom.

      Clare is one of the sweetest and most compassionate persons I have ever met. She has the great intelligence that comes with her family. She has used her intelligence almost entirely for philanthropic purposes or to improve the human condition. I was pleased to meet the Dalai Lama in Los Angeles at an event Clare financed at Universal Studios in Los Angeles.

      When she was an accomplished equestrian with Olympic aspirations, she decided that the sport was cruel to horses. She purchased a farm in New York. I have seen the farm. Her horses were retired to that farm.

      Clare is an intelligent ethicist and humanist. Clare considers the ways people can improve themselves. She is articulate about her beliefs. Her humanism consumes her conversations and thoughts. She has established various organizations, including those apart from Keith Raniere and NXIVM to pursue her objectives.

      I have never known Clare to consider or discuss unlawful behavior. She seeks the counsel of lawyers before engaging in activities that affect the lives of other persons. Clare had some of the best lawyers in the country advising her about matters pertaining to intellectual property and education.

Hon. Nicholas G Garaufis
United States District Judge
United States District Court
271 Cadman Plaza East
Brooklyn, New York 11201


August 28, 2020

My name is Brenda Clyne. I am a retired secondary school teacher and taught in both the public and private school systems in British Columbia and Ontario, Canada, for 43 years. I am the mother of Nicki Clyne and have come to know Clare through her friendship with my daughter.

I attended one 16 Day ESP Intensive and have also attended V-Week once. I first noticed Clare when she was introducing herself/telling her story at the beginning of the Intensive. She was so soft-spoken and so humble as she shared her background and how she had come to join the program herself.

My observation of Clare at V-Week, when I hadn't really spent personal time with her yet, was that she was "everywhere." She was working the entire time to make sure that every event went smoothly and that everyone had a good time at Silver Bay.

Since then, I have visited Clare in her home in NYC when I have been there to visit my daughter. I have experienced, in those visits, a quiet, caring, sensitive, compassionate, curious woman. She has always greeted me with a long hug and an open heart. I have never seen her be anything but thoughtful of everyone around her.

I have never heard Clare speak unfavourably about anyone, even when others might have been tempted to, with what she has endured. In our conversations, I learned about Clare's formative years, and can understand, how Albany and ESP/NXIVM became her family and her community. She has lived a privileged lifestyle, but all I can say, from my life and teaching experience, sometimes that isn't the warmest environment to grow up in.


Clare absolutely put her heart into helping people and all her energy into that goal.


That Clare has been portrayed as "evil" is beyond my understanding.


Sincerely,

brenda clyne

Clare is a mild-mannered and soft-spoken businesswoman. She never seeks attention and does not seek to stand out in a crowd. I have never heard her express a desire to be vengeful or vindictive. She is focused and determined in her objective to help others. She is not the kind of person to talk about herself.

Not once have I ever heard Clare discuss or mention a desire to further the lifestyle excesses of others or to engage in slavery or anything else of that nature. That is just not Clare. I have met many people she has influenced and helped, and have never seen anything like the sort of things I have seen alleged. I certainly had the opportunity to observe her closely. Her approach with her lawyers is businesslike with compassion for the lives of others.

I would be pleased to appear in Your Honor's courtroom and testify in person on Clare's behalf.

Very truly yours,

Robert D. Crockett
of Crockett & Associates

Brett Diamond

█████████████████

December 22, 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

My name is Brett Diamond. I'm currently living in Clifton Park and I work in the financial services industry. I am writing this letter on behalf of Clare Bronfman. Clare and I were first introduced 4 years ago when I was considering taking my first ESP intensive. Clare was on the Executive Board of ESP and I was in a unique situation coming to ESP as a leader in another personal development program. Given the potential conflict of interest and my desire to 'try out' ESP, Clare wrote an extremely thoughtful email to the person who introduced me to ESP, which was forwarded to me. In this email, Clare took the time to understand my position coming into ESP. Although I was a stranger to her, I remember receiving a warm and genuine email from Clare in which she wished me a happy holiday season and expressed her desire to meet me.

This warmth and genuineness have been demonstrated time and time again in my interactions with Clare. For the sake of brevity, I will highlight two of these examples. The first one was when I had relocated from Manhattan to Clifton Park to participate in NXIVM University. I was nervous and scared making this change as it was my first time moving out of the NY Metropolitan area since attending college, but I was excited for the opportunity to learn and grow myself. The classes I had taken prior to NXIVM University had already made a profound impact on me and NXIVM University was a chance to deepen my personal growth and development. The evening before NXIVM University started, the participants had gathered for a meet and greet. I remember Clare seeking me out and we had a conversation that was both welcoming and understanding of my situation. I can't recall exactly what we spoke about, but I remember Clare relating with me about family, which is important to me, specifically about my dad, who like Clare's father, is an outspoken and successful businessman. It was good to have a friendly conversation with someone who I could relate with and I experienced Clare to be both empathetic and compassionate which helped me feel less fearful and better about my decision to move.

The other experience I want to highlight is when Clare proactively reached out to me when I was going through a career transition. Clare reached out to me to see how she could help me navigate this transition. There are times when people offer to help and it is an empty gesture or they want something in return, and this was not the case with Clare reaching out. She was present with me and really listened to my situation. She offered me practical and thoughtful professional advice as well as suggested a follow up conversation to give me time to think over and process the advice. This interaction as well as the many others left me with an experience of Clare as being a genuine, caring and generous person.

I would be remiss if didn't take this opportunity to share with you my perspective on Clare Bronfman. Thank you for taking the time and effort to read my letter and if I could be of additional assistance to you, your honor, please feel free to reach out to me.

Resp ectfully,

Brett Diamond

Brett Diamond

Carolina López Patiño

████████████████████████████████████████

May 20th, 2020

Honorable Nicholas G. Garaufis
United States District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

 Dear Judge Garaufis,

 I would like to write to you on this occasion because I would like to share some of the experiences I had during the years 2014 - 2016 with Clare Bronfman whom I consider my friend and who I would like to support in her trial with my testimony.

I want to clarify that this letter is completely voluntary and comes from a personal interest to support a friend.

My name is Carolina López Patiño, I am 38 years old, I am Mexican and I live in Mexico City. For many years I've been a professional dancer and now I run and own a small dance company where we do events and shows both for the general public and for corporate clients.

In 2014 I arrived (by invitation of a Mexican female friend) to the city of Albany NY to become a part of the new coaching team for the physical training program called ExoEso. I was part of the first class of mentors and there is where I met Clare and the other members of the NXVIM community.

 The house where three friends and myself lived during that time was owned by Clare, and we paid a monthly rent for that place. That house is located at ██████████████████ ██

 What I knew, from other people, was that Clare was one of the few people close to Mr. Raniere and that she was one of the most important people inside the organization.

At the beginning of the training I did not have any relationship or communication with Clare, but I knew that the house we lived in and the place where we took the course (Apropos) belonged to her.

At times I did see her on some of the activities of the community and she came across as an introverted person, calm, kind, always very busy and maybe not very accessible.

 One day I ran into Clare at Star Point (a kind of cafeteria in Apropos, where we all could have something to eat and gather) she greeted me very kindly, asked about my experience in the training program and I told her that at times I felt confused because I didn't understand some concepts, right away she offered to help me whenever I needed it.

She always had a very kind, honest and attentive attitude towards me.

 On another occasion she invited me to her house and we took a walk together. I should say that I was a little nervous for I did not know what it was we were going to talk about because I thought we did not have anything in common, but Clare had already seen how she and I

could get along very well: my passion for dance and her love for horses helped us find out we had the same values of discipline, dedication, compromise and work ethic.

I was very happy to have had that conversation with her and to see that she was someone accessible and even funny.

Clare from that moment on searched for ways to help me to better cope with my training days at ExoEso, in a foreign country, but most of all helped me out greatly in my personal growth.

She always looked for a way to give me the best ESP education and to overcome certain emotional limitations that kept me from obtaining my goals at the time.

She was sure that I could achieve everything I set my mind to and the courses did help me understand many aspects of me.

My 2 month stay in Albany turned into 2 years of personal work and extraordinary life experiences for me.

At a certain point I had to move to another house and Clare offered me to move into her house, she always made me feel welcome, with open and free access to the entire house, food or anything I needed. I saw her offering her house and resources to other people as well. Claire´s house was always visited by her friends or her close people and, truthfully, I always felt very privileged to have her trust and support.

Living with her, I was able to see that Clare is a very clean woman, her house was very neat and in order. She runs her life with discipline, fixed sleeping and waking up schedules. She runs every morning, healthy and light diet, constant work habits. She had meetings every morning, both in and out of her house, but she always had important issues to carry on or people waiting to have an appointment with her.

Clare had three small dogs previously owned by a friend of hers who had died and she took care of them ever since, they were her biggest companions and enjoyed hugging and talking to them. I remember she had someone to take care of the dogs whenever she was away, they were ██████ and her daughter (I cannot remember her name, it is very strange to me). Both were of African American origin and Clare had a very special affection for both, but particularly for the girl. When I met the girl, she must have been 9 or 10 years old and I remember calling her "the happy girl" as a nickname because she always had a smile on her face and seemed very happy. I am sure that Clare had much to do in this, she loved her, and I witnessed how much Clare helped them.

I also had the chance to meet the family that took care of Clare´s house in Fiji. Clare invited them to VWeek in 2016 (if I'm not mistaken). I was in Albany and we shared Clare´s house while she was away on a trip. In some occasion while talking to this married couple they mentioned how grateful they were with Clare for giving them work and a place to live.

That was Clare, always giving a helping hand and opportunities to people so they could live better lives.

There came a time when Clare traveled to Mexico where we met. She knew my family's history and how I come from a women raised family and how it has been very difficult fur us to get through and come forward, so she wanted me to introduce her to my grandmother.

She invited us to have dinner and I saw how Clare made a great effort to speak Spanish and be able to communicate with my grandmother, who also made her best effort to speak some few words in English. It was very moving for me to see them together and I was able to feel how Clare was behaving like a true friend with true interest to get to know me.

Clare is a very sensitive person and she soon realized that my grandmother was missing some of her teeth, she offered to help out economically to give my grandmother her smile back, and from that moment on, she always wants to know how my "Abuelita" (granny) is.

In that same visit to Mexico, I remember we walked together through one of the most exclusive neighborhoods in Mexico (Polanco). We had chats as any couple of friend might have: couples, children, work, dreams. We had tea or ice cream, it was hard for me to believe that I was walking around in the most normal manner with a woman with such a name and that history behind her as if nobody was aware of it, in the most natural way.

My experience with and about her is one of a sensitive, understanding and kind-hearted friend. Always honest and true.

Clare always supported and believed in me as an artist and in my potential.

She and I were able to build a relationship that started with NXIVM but went far beyond, it transcended from there and that is why I truly hope that this testimony can help to bring out into the light the many good and positive things that she did for me and many other people.


Sincerely,

Carolina.

November 15, 2019


Re: Sentencing of Clare Bronfman


Dear Honorable Judge Garaufis,

My name is Christopher Pearson-Smith and I am a finance professional and former coach with the Executive Success Programs (ESP). I am writing you today to speak to my experience of the upstanding character of one of my mentors, Clare Bronfman, with the hope that it positively influences her upcoming sentencing.

While I have not followed her trial closely, I have known Clare for the past six years and can tell you that she is one of the most hardworking and honest women I have ever worked with.

In the time I have known her, Clare has consistently demonstrated a tireless work ethic. She led operations and technical teams to produce phenomenal educational programs across the country that positively impacted the lives of hundreds of people who never even knew her. From my perspective, Clare has always worked hard to bring great ideas into reality while also caring for others along the way.

Clare is also an incredibly — sometimes shockingly — honest person. I went through a challenging time working with a colleague of ours and Clare offered to help. Instead of skirting around an issue I had with him, Clare gave me direct, honest advice. She said, "I want you to give feedback to each other. Don't cover up each other's issues [by being nice]." She knew that being open and honest was the best path forward. Her honesty proved tremendously valuable for me and the project's success.

I hope this message provides some context about how much value Clare has brought to me through her hard work and honesty. Please feel free to reach out to me anytime if you would like more detail or more examples of what an exceptional person she is.

Very Respectfully,

Christopher Pearson-Smith

Damon Brink

████████████

August 27, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

I consider Clare Bronfman a friend. It took some time to get to know her, it took some time for her to know me. We had our challenges, but there was always respect and compassion. In my life I've found some of my best friends to be those people who go their own way, who are not easy to know and who do not accommodate to get along. Clare did not accommodate to get along. She sought out people who shared her values and who's values she shared and contributed to the world by trying to build value in herself and with others.

My name is Damon Brink. My most proud title is father but I am also a husband, brother, son, entrepreneur, coach and social worker. I'm a college graduate of the University of Vermont, a proud Vermont boy, independent and a believer in personal responsibility. I bought my first business at 24 and my second one at 26 with a loan of $10,000 from a local bank. Both companies are still operating today. I've had the privilege and pleasure of buying or starting and selling many other businesses since then.

Today I work with kids because that's what's most important to me. I'm a coach in youth sports, a leader of coaches and I run a uniquely popular after-school program for the 12-16-year-old age group. I live in a small, Vermont community where everyone knows everyone, works and plays together. I'm a pretty normal guy.

To say I am nervous about supporting my friend Clare in this way is an understatement. The current climate of character assassination and "Cancel Culture" hasn't really reached Vermont but I fear that with this expression of care for my friend, it may be expedited and that, I hope, gives this more weight.

I've been involved with NXIVM/ESP since 2006, I moved my family including newborn son to Albany to be closer to the Community in 2009 because I wanted to be around people who believed in compassion and love as the primary motivators for action in the world. There was nothing like this happening that I knew of, the world today is in desperate need of compassion and love as motivating forces and so off we went.

I think I know Clare. She opened her home to me and my family when we moved to Albany. She didn't have to. In fact, that's one of the most unique things I can say about Clare…she didn't have to do any of it. She's rich. She can do anything she wants, but she chose to help people, she chose to invest in people. She chose to live in Albany, NY, chose human development, chose to work on herself and chose to work with hundreds of other humans who wanted the same thing.

Working on being and becoming a better human – and - actually being and behaving differently –, is the hardest thing a person can do. It's work that requires a person to look at their deepest vulnerabilities, to get outside the habits and dogma of everything they were taught and to look at themselves honestly, which most people don't want to do. This is why I came to ESP and why I thought others came to ESP, but I was wrong. Not everyone came to do the serious work of self-examination to become a better version of themselves. Some people came for other reasons.

Self-examination requires honesty, acceptance and pain. Changing your behavior is even harder and requires a long-term commitment and the support of many people rooting you on with loving, but often painful, truths that most have spent their lives hiding from. When someone tells you a truth that you've been hiding from, even when you say you

want it, it's rough, to say the least. But if you allow it and if the person you're working with is compassionate and gentle with you, that pain transforms into beauty and joy. This is what we were doing in ESP and it was working and continues to work, and I am grateful for it as are many, many people.

I remember a time, at Apropos, a café in Clifton Park, NY. I was miserable, I was angry, I was blaming everyone for my problems. Clare knew this was going on for me because she knew it was not my nature to be this way. She pulled me into the kitchen, out of sight of everyone and she laid some hard truth on me. She helped me see an aspect of myself I was scared to see, not by being angry back to me, or by condescending or blaming me, but by spending time, precious time with me in a gentle, honest, sweet way. She didn't let me off the hook for my behavior, she was caring enough not only to point it out but to point it out in a way that I could hear it. Funny enough I became even angrier. She was telling me exactly what I already knew but didn't want to admit. I felt like I wanted to hit her, but she stood, close to me, looking in my eyes, I'm sure she recognized my own anger, she didn't falter, she was soft, and she was not threatening. I broke down into tears. She embraced me, we hugged, and both cried. I was so grateful. If she hadn't intervened, I would not have had the opportunity to feel my anger dissolve, I would have continued to make decisions using anger as my motivator but most importantly, I would have missed the most human moment between two people when one cares for another in a way that inspires deep caring and love in both. This is why people came to ESP.

Clare is my friend. I've seen her care in innumerous ways towards many, including those who now condemn her. I've also seen her be forward and abrasive, and sometimes even punishing. While not perfect in her actions, I know for certain that she is well intended and deeply loving because I've experienced it and witnessed, both first and second hand.

The world has gone somewhat sideways in these past few years and expressing care and an opinion that goes against the current narrative is more fraught than it should be. But it's important to me to try Judge because I have a perspective and experience of my friend that is exactly the opposite of what she is being made out to be, and to me, it's an imperative to present a different view.

Thank you for your time and I wish you the deepest compassion and wisdom in this most difficult decision.

Sincerely,

*Damon Brink*

Damon Brink
August 27, 2020

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

Re: United States v. Clare Bronfman, 18 Cr. 204 (NGG)


Dear Judge Garaufis,

My name is Danielle Roberts. I am a board certified osteopathic family practice physician. I completed my bachelors of science in psychobiology from Binghamton Cum laude in 2003. I went on to complete a dual medical degree from NYCOM graduating with both my Master's in Clinical Nutrition and my Osteopathic Medical degree. I completed my residency training at NSLIJ Plainview Community Hospital and have served our communities as both a hospitalist in NY and WI, as well as medical director and physician of 2 medical practices on LI and in NYC.

I have known Clare for the past 6 years, since 2014. Her and I came to know each other by working together on a common project, exo|eso™ together. Clare had much more experience than I did in certain areas of business development; such as legal contracts, accounting and finance, agreements, hiring and partnering with larger corporate accounts. I looked up to her as a mentor in those areas, and felt very grateful for what she was contributing to help our little seedling of a company grow on her own dime. Clare was not a paid partner of exo|eso™ but she did much to help us succeed of her own good will because she believed in the company and saw what it could do for people.

Clare and I had athletics and excellence as common values. In our former lives, she was a high level - I believe Olympic pre-trials competitor – in horse jumping and I was a national level competitor in gymnastics. She had the skill and mastery to see immediately the value exo|eso™ could bring not only to high level athletes, but also to all those looking to enjoy better health and function, and I could easily see the discipline, excellence and mastery with which she approached all of her projects and responsibilities – like that of an accomplished professional athlete. She took great pride in her work and I admired and trusted that.

As we got to know each other better through these common work efforts I came to know Clare as one of the gentlest – kind hearted individuals I have ever met. Present and focused, with a dry English kinda sense of humor. It was odd to me, as I expected a more aggressive energy from such an accomplished competitor. However, one day she introduced me to her home on the farm – I could see the way she looked at the photos of her horses and how she spoke about connecting with them and caring for them. They were not objects to her to be trained and pushed to get her to win or look good… they were living, breathing beings, and they were her friends and partners in these endeavors. Quite similar to the way she treated me as we worked together for a common goal in exo|eso™.

I cared for her one year in our secret Santa and sought to know her more deeply. I intuitively addressed one of her secret cards to her as Clare-bear, only to come to find out later that is a long – standing nickname of hers, as an effect of her kindness I'm sure.

I know one of the difficult things for Clare to overcome is people's prejudices about her, secondary to her wealth. Many people hold very negative beliefs about wealthy individuals; that they are cold, stingy, entitled and corrupt. Clare being of English culture often stoic expressions and dry humor, may have two strikes against her in the "cold-hearted" prejudice department. I can tell you I had some of these prejudices myself, and I happily found myself mistaken. They couldn't have been further from the truth. Clare understood what it meant to work hard – and likely worked harder than most of us to make beautiful events, like V-week possible for all of us to enjoy. She was also extremely caring, compassionate and generous with her wealth. She offered her home to all of us for gatherings, and spent a large portion on things that would help to benefit the community and make things more enjoyable for all of us. There was a time in exo|eso™ evolution that we began to struggle financially, I didn't want to leave my seedling company to travel back to the hospital at such a sensitive time. I went to Clare to ask for help (something I rarely like to do). She trusted me and was very willing to help me. She loaned me the money I needed to make it through that time. She has done this at 2 other pivotal and critical times in my life. She has done the same for many of my close friends – and those are only the ones I know about. There are people who lose themselves and abuse or misuse their wealth. Clare was not one of those people, at least not while I have known her. Maybe she learned that lesson early in her life, maybe she learned how to treat people and hard work through her training with her horses, but if someone were to be born into money, I'm glad it was her. She always strove to value the money she spent and put it towards purposeful things that would help people.

She was often so generous and humble about her giving's that I found myself taking her gifts for granted one season. We were using her space, Apropos for one of our trainings, and I found myself mindlessly sharing the space without asking her permission and not properly caring for the space, as I had gotten so caught up in the momentum of long hours building "my dream" exo|eso™. I went to her when I realized this to apologize and find a way to make it up to her. I was nervous and a bit ashamed at my oversight. She received me so calmly and lovingly, it disarmed my anxiety immediately. I asked her how it made her feel that I had done those things so I could better learn from the experience and how I could better treat her and people in the future. She again shared so gently and vulnerably that I still remember it to this day.

I share these anecdotes because I imagine as a judge trying to decide the fate of someone you have little direct experience with it must be very difficult. It is exponentially harder when the climate with which you are trying to see your way through is clouded with fear, hate, prejudicial medial stories, public opinion and opinions of those that have heightened material interests. It's unfortunate, but many that see Clare don't know her, or come to know her, they instead are in their own struggle and see Seagram's, or dollar signs. I wanted to share some of my direct and repeatedly consistent personal experiences of Clare to offer another perspective as you grapple with this very difficult decision and hold this young women's fate in your hands.

There is one more critical matter to share with you. I believe there are matters pertaining to DOS

that Clare is facing consequences for. It is direly important that you know that, to my knowledge, Clare knew nothing about DOS, not even about its existence. I am uniquely qualified to know this because: I was in DOS and I have had many conversations with the first line DOS members about DOS – none of which involved Clare. Additionally, there was never any form of payment, funding or financial gain from DOS, and certainly none from Clare. To reiterate 1. I met and knew all of the first circle members and she was not present, and 2 there was no money involved. I am, also a close friend of Clare's and when the news became evident to the community of DOS's existence through media outlets, Clare seemed utterly shocked and confused. She had just as many questions as many others who were not aware of its existence. For all of these reason's I am quite certain Clare had absolutely no knowledge of DOS, much less any involvement.

Clare is one of the noblest, most honest human beings that I know. If she has made mistakes, and I am not sure she has in the ways some say or think, but if she has I know she would want to repair them, learn from them and make herself and the world better as an effect of them. Throughout the two years she has spent on house arrest, I believe she has matured and grown. This is her nature, her primary goal. This is not a stubborn or malicious woman seeking to hurt. If she made mistakes they were, I'm sure, well-intentioned. I believe if you look you will see she is quite ready and willing to contribute to society and humanity in a positive way. Please keep this in mind as you make your final and very weighty decision that will impact the rest of her life. I hope this offers some insight during this important and trying time for you.

I will happily make myself available at your request if you have further questions regarding any of these matters,

Sincerely and Respectfully,

Dr. Danielle Roberts

Honorable Nicholas G. Garaufis

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY11201


August 20, 2020

Dear Judge Garaufis,

 I am Deb Apthorp, and I am writing this letter on behalf of Clare Bronfman, the Clare I know, not the Clare being portrayed in sordid, sensationalized media stories.

 I am now currently disabled, I worked for 36yrs with my type 1 diabetes, my most memorable years were 23 years in Law Enforcement as a narcotics K9 handler later a paramedic/firefighter until my stroke and disability. Public service years were my most rewarding career years. I now live at our farm and enjoy the animals who are my PTSD therapy and make my life a joy. My children are grown, but my family and my animals are my whole life.

 I met Clare via emails a few years ago, when my husband briefly did IT consulting for one of her companies. When I met Clare, it was through many conversations surrounding the reindeer we raise at our farm, at that time I did not know Clare was an equestrian, let alone an heiress to Seagram's. Clare shared the same fondness in animals and nature that I have. During that time Clare, did not act like a typical corporate boss, she often checks in on my husband and my welfare as well as that of our animals. I grew fond of the personal relationship we had. I have never had any boss of my husband or mine care for our wellbeing. Let alone anyone who understood how dramatically my life as a firefighter/paramedic had changed leaving me severally depressed.

 During our time as friends, Clare, genuinely cared about my diabetes, and my PTSD. She is extremely easy to talk to about these problems, and

she is very encouraging. Clare asked nothing of me in return only for me to have the faith to believe in myself.

During one exceedingly difficult time in our early reindeer farm history we were losing our beloved reindeer, Donner to a parasite H. Contortis. Donner had quit responding to all US available wormers and I had learned about the Barbervaxx vaccine in Australia. Clare put me in touch with the necessary people to set up transport, even offering to bring it ack herself if my importation paperwork with the USDA cleared. Unfortunately, due to mishaps and other waylays, Donner died of the parasite's ravaging's before we could bring the vaccine in.

Needless to say, Clare never in any of our conversations flaunted her wealth or status, she rather is very genuine, caring very much for my welfare, animals welfare, and using the gifts given to her by her father to impact humanity in a positive way. That is the Clare I know, and yet never see presented in the constant barrage of negativity. I am saddened whenever another story pops up on the internet. Most days I cannot even imagine had badly this impacts Clare. I feel that due to her status in life she was targeted and used horribly.

Judge Garaufis, Clare did not ask to be born into her position in life, however it sure seems there are a lot of dark characters who seek to manipulate on it, using her because of her wealth and status. Although we all make mistakes in our lives, I am deeply disappointed none of Clare's good intentions are being as publicized only the negative. It has compelled me to at least try my part in sharing that my only positive interactions.

I ask that you take into consideration, the good and see if it is over-shadowed by the bad. From what I know of Clare it doesn't, I ask you to take these good virtues into consideration.

Respectfully,

Deb Apthorp

Aug, 24th/2020
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Garaufis,


My name is Denise Cristina Reis. I was born in Belo Horizonte-Brazil on January 20th, 1970.
I am singer, guitar player, legal U.S. resident living in the U.S. since 2014.

I first met Clare Bronfman in 2007 when she invited me to perform at one of her events - Innovation Acapella Festival, in Albany. At that time, I barely spoke English and she was very kind, patient and supportive. I was the special guest for that event and she took very good care of me.

I remember one night back then when I was taken out for dinner and I felt very uncomfortable with people speaking English fast at the table. Clare was seated beside me and she made me feel more comfortable, protected and welcoming at that time. For me our friendship started right there - I wasn't expecting to get that much of attention from someone as busy and very hard working as her, but she was amazing and just kept being like that: accessible, available, open, making me feel comfortable even despite our different origins, cultures, languages and specially financial background.
She is a simple and easy person and that is one of the reasons for our immediate connection. 

Clare is the kind of person who is concerned about everyone's welfare, who gets emotional with people's talents, who loves nature so much and always cares about humanitarian issues.

She's one of the kindest people I've ever met!


My wife Suzana Dias is a travel agent living in Brazil. In 2014 she suffered a bicycle accident and had to stay at home for a month after an emergency surgery on her left arm which made maintaining her income difficult. Knowing about that hard time, Clare, who was traveling a lot, hired Suzana to book all her tickets. With that action of compassion Clare supported Suzana taking her attention off of great pain,

medicines, and restrictions for many moments and ensuring Suzana had income for that uncertain time.

Just to give you one more example about Clare Bronfman's good heart, I remember exactly the day that she and her sister Sara helped me to promote one of my shows. Clare and Sara really enjoyed my jazz music and wanted to help me promote one of my upcoming shows in NYC. I was very nervous for the show and wanted extra time to rehearse at home. Clare and Sara decided to help me by posting notices of my show around the East Village. They took a stack of posters and walked around the East Village one afternoon, posting the notices around the neighborhood. I know I got more of an audience that night because of Clare's help. This is just a small example of her simplicity, empathy, compassion and friendship. It's an honor and privilege has Clare as a friend!

Clare and her sister Sara believed that I had important values and messages to share with people through my music so they wanted to help me to develop my career internationally through the World Ethical Foundations Consortium. They've changed my perception of who I am and it has completely changed my life. I am very grateful for both of them: I am now much more aware of my mission in life, which I believe is bringing joy and happiness to people around the world.

My intention on writing you this letter, Judge Garaufis, is only to give you other perspective about her personality.

Thank you for your attention.

Sincerely,

Denise Cristina Reis

# JAMNADAS & ASSOCIATES
BARRISTERS & SOLICITORS, NOTARY PUBLIC

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

24th February 2020

**THE HONORABLE NICHOLAS G. GARAUFIS**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
UNITED STATES OF AMERICA

Dear Sir

**RE:    MS CLARE WEBB BRONFMAN**

I am a Senior Legal Practitioner who has practiced law since 1980.  During my years of practice, I have dealt with many individuals from different countries representing their Companies and also themselves in their own capacity.

I am writing this letter on my own volition and categorically state that it is unsolicited and if anything, it is written largely because I believe that she is not the person she has been made out to be in what appears to be social media vitriol.

My initial contact with Clare was first made in 2013 when she had acquired a residential property on Wakaya Island here in Fiji.  I met her in person for the first time in 2016 prior to the acquisition of the Island of Wakaya which included the Wakaya Club and Spa.  These acquisitions were made after obtaining approvals from the Fiji Investments Board which has strict requirements relating to a person's character and ability to invest in Fiji.

I have spent many hours with Clare during her visits to Fiji where we have had hours of conversations outside of the scope of her acquisitions, relating to many aspects of life, politics and philosophy.  I found her to be philanthropic in her ideas and to be a genuinely caring, approachable and inspiring person to be around with.

As a testimony to the type of person Clare is, when she acquired Wakaya Island, the Resort and the infrastructure was in need of substantial renovations as a cyclone in the previous year had caused substantial damage to the Island homes and infrastructure. This effectively meant that the Resort would need to be shut down with only a minimal amount of staff required for general maintenance around the Resort and the Island. Clare took time to learn about the employees and what sort of impact this may have had on them.

Fiji is a small developing nation, with estimates of those living below the poverty line ranging from about 28 to 45 percent. This means that many extended families and family members living in villages and in urban areas rely on remittances from working family members to survive. Instead of making the employees redundant, as our employment laws provided for, Clare went out of her way to ensure that some 150 workers and their families, who relied on the resort for work, were housed, fed and paid fair wages on the Island during a year-long renovation period. In order to greatly assist her employees and to provide a better future for their children, Clare runs a free primary school for the children of her workers with the assistance of the Fiji Government which provides the teachers. Clare continues to support and provide for these families despite her recent predicament.

In my business and personal dealings with Clare I have found her to be above board in her dealings and to genuinely be a kind, compassionate, considerate and understanding person.

Given my experiences in life and in my chosen profession, I hold myself to be a good judge of character and not someone who is naïve enough to easily fall for false facades that many people put. I genuinely believe that Clare would not deliberately go out to hurt anyone or do anything that may result in any law been broken or may cause any damage.

Thank you.


Yours sincerely,


Dilip Jamnadas





18th of November, 2019
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis,

My name is ████ Iam █ years of age I am from the small islands of Fiji and my parents were the caretakers for Rai Ki Wai estate in Wakaya Island before she bought the whole island in 2016. I have known Ms Clare Bronfman since she bought RaiKiWai estate in 2013. In that time, I have come to know Ms Clare Bronfman and her family. She has been a good friend, a sister, a person with good moral, respectful woman, kind, generous and loverbal person for over 6 years.

Ms Clare Bronfman has always been an inspirational and an upright character in our life and in the community. In our life, she has really been there for me and my family, she always made it a point to be there and show a significant amount of support in my educational journey and a source of camaraderie for my family and the community of Wakaya. I have come to see that she is tiresely hardworking woman. Although she is the owner of the Island, she is not bossy and is able to influence the community and the children to achieve goals. Therefore she has been able to maximise the Island's potential. I remembered 2 years ago after a week when cyclone Winston hits Fiji, she left the states and her time, she came in the helicopter, across the oceans to visit us. One thing I realised about Clare on her short visit, she didn't even ask for everything to be perfect or a room that needs to be stylish, but she asked if she can sleep with me and my family. Through her kindness and generosity, she took the students of Wakaya on a trip to the old capital of Fiji, she sponsor the students tour, and always host a party for every weekend and holidays for the students. She is always doing something to make someone happy, and her generosity and her comfort never failed me and the community over 6 years we have known her. She kept on checking us up that we are all okay and safe. I have so much fun and good memories with her. We usually go kayaking around the Island, go hiking with the stuff, snorkelling in the beautiful lagoon and spending time with the kids and family in the village. The most amazing thing that I've seen and experience in Clare's life is that no matter how rich or wealthy she is, she puts herself down to our level of living, and it's just a blessing. I thank the Lord for this chance and opportunity to speak and testify the marvelous things God has done in my life and for hearing our prayers. I don't care what people say or what the world sees in her, in the Lord that I serve I look

what's inside the heart. In the book of 1 Samuel 16:7 "The Lord does not see as man sees, for man looks at the outward appearance but the Lord looks at the heart". Clare has made mistakes, and she is incredibly remorseful. We all make mistakes and no one is perfect. No matter how far the distance, difficult the situation she's been through, shes always be part of our Fijian family, part and partial of our hearts and in our prayers that we still love her so much and we'll be there for her.



Dr. Derek St.Thomas, DC, Cert. MDT

███████████████████

August 24, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

I am writing this letter on behalf of Clare Bronfman, who has been a patient of mine on a weekly basis for almost two years. The purpose of this letter is not to discuss any details regarding her case or the legal setting surrounding it. Instead, my hope in providing this character statement is to illuminate the positive traits that I have been able to observe in the time we have worked together.

In my line of work, I encounter various personality types and have observed how each responds to the demands of becoming directly involved in their healing process. These simple observations can be incredibly useful in understanding how motivated a person is, as well as how likely they are to adhere to the responsibility and requisite efforts for their own care beyond the pain management phase. Some will do whatever they need to in order to get out of pain in the moment, but sadly, as the pain and symptoms decrease, so do the strategies that helped them get better. As a result, they revert back to the old habits that propagated the problem. However, every so often you come across a patient like Clare that demonstrates the desire needed to improve and the discipline required for long lasting progress, all while maintaining a positive disposition. Clare is blatantly honest with herself. She takes accountability in all aspects and has always displayed a genuine effort to find new ways to heal and enhance her understanding of what she can do to learn from her experiences. Additionally, she is incredibly diligent in her work ethic with any home-care routine or self-management instructions, which is an indelible characteristic that makes her an ideal patient.

Even when facing heavy emotional situations, Clare's positive attitude and hard work doesn't falter. Where many would wallow in the negative and make excuses, she focuses on expanding her knowledge to implement solutions that supply clarity through positive outlets such as education, exercise, plentiful reading, and even photography. She expresses gratitude and appreciation to everyone she encounters, regardless of their position or status. She treats everyone with the same level of respect across the board. Moreover, her compassion parallels the unfiltered candor that she uses to honestly assess her own progress.

When I first met Clare, my knowledge about her in any capacity was non-existent. To this day, my knowledge of the full details surrounding her case is limited at best. Therefore, my opinion of her character is not a derivative of news, word of mouth or any other form of explicit bias. Rather, my views are simply a product of interaction over the course of time that has led me to form the opinions expressed here. That being said, the Clare that I have come to know could be characterized as a genuine, respectful and innately compassionate individual that is always motivated to improve upon herself in a positive manner.

In closing, the sum of observations has led me to truly believe that if given the opportunity to contribute back to society, she would be an ideal candidate in the same way she has been an ideal patient. Thus, this letter is my effort to recite the crux of who I believe Clare to be and I sincerely hope that this serves as a positive and contributing factor when the court considers this matter.

Best Regards,
Dr. Derek St. Thomas, DC, Cert. MDT

Eben Bronfman

███████████████

March 27, 2020

Honorable Nicholas G. Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

I am a friend and relative of Clare Bronfman. Clare and I are "distant" cousins, and I wasn't
close to Clare until very recently. We met when my lawyer contacted her lawyer and asked if we
could meet. She generously agreed to meet me. I knew her father from Jewish philanthropic
groups that I worked on with the Hon. Robert Morgenthau. I worked closely with the "Boss" as
the Special Assistant to the DA from 1985 until we both retired in 2010. I never saw any
animosity between Clare and her Father when we were interacting—although most of my
interactions were of a philanthropic and professional nature with Edgar Sr.

I am an expert in the dynamics of rehabilitation and recidivism, as I have a graduate degree in
that subject from John Jay College. I have also taught criminal justice at John Jay and at local
community colleges for over 20 years. I was employed as an aide to former Council Member
Elizabeth Crowley when she chaired the Public Safety Committee, overseeing the NYC
Department of Corrections. Lastly, I was a campaign advisor in criminal justice initiatives for
the Mayoral campaign of John Catsimatidis. I am still close with both John and Elizabeth and
still advise them on policy issues, as they both contemplate higher office.

I ask you not to evaluate Clare merely by the allegations and charges of this prosecution. As part
of the extended Bronfman family, she has inherited the mantle of philanthropy from her father,
in many ways. While she is quite modest and does not speak about her numerous charitable
contributions, I do believe it is important to point them out. She doesn't just provide financial
support, she also holds a deeply held belief to personally live in a way that demonstrates her
fidelity to these values. As a small example of this, she is a strict vegan, as she does not belief in
the taking of animal lives for consumer consumption. She owns property in Fiji and has helped
the Island recover a natural disaster. She has supported a school for the children of the island and
makes sure to uphold and preserve the indigenous ways of the Fijian culture. People on the
island are employed and paid properly in addition to the school. She strongly believes, as do I,
that we owe children a happy, creative childhood, within an ethical framework and she has
provided both personal and financial help to make that a reality for children in Fiji, Mexico,
Africa and the United States. She has sponsored a Tourette's program to help people over the
symptoms of Tourette's. She has worked for the protection of animals both through rescues and
adoptions. I have been impressed by her willingness to roll-up her sleeves and actually work to
serve populations. SO many people I have met and worked with throw money at a problem
partly because of concern for the issue, and often for social acceptance and public praise. That

simply is not Clare, she does not try to get public praise or adulation for her philanthropy, in fact she shies away from it.

I would like to add my voice to those asking for leniency for Clare. She and her family have always shown themselves to be good and caring people. She got "caught up" in what is a tragic story for everyone involved. I believe she truly thought she was doing something good. She was as much a victim as anybody else in this episode.

I have personally seen her under arrest, she is isolated and has few contacts beyond her legal team and myself. It has given her time to reflect and come to grips with her loneliness and isolation.

I can't see what good will be served by incarceration in this case. She is trying to move on with her life and get an education—recently I have been seeing her on a weekly basis as a friend, concerned family member and confidant. I know she is deeply pained by the whole situation and for everyone involved, especially those who may have been damaged by her actions. I am completely convinced that she does not pose a danger to anyone and will continue to be a generous, valuable and contributing member of society. I intend to continue to work with Clare for the foreseeable future with her education, her life and any other issues that come up.

Sincerely,

Eben Brontman

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

August 27, 2020

Dear Judge Garaufis,

My intent to write this letter is to help expand the court's perspective on Clare Bronfman as a person, so that it could hopefully help in the assessment of her sentence.

I have read and watched the media in the last two years portraying Clare as a cold, mean, and ruthless person. In my opinion this impression of her may have come from confusing some aspects of her nature and behavior, that not always expressed well what she felt, and the reasons why she did what she did.

In my experience Clare is a very introverted person, who tends often to be shy, spending a lot of time in her head analyzing things. When she would go into her head sometimes she would seem out of rapport with the person she was with. This is why some people at times felt that she was cold.

To understand Clare you got to understand her circumstances and roles. Clare was in charge of much of the companies daily operations, business decisions, and legal strategies. In these roles she would have to make often difficult decisions that were not liked by the people affected, so some of them would be upset at her, who are some of the people trying now to slander her reputation in the world.

In my experience Clare has a deep desire to help others and bring good things to the world. This is why I believe she chose the management of several companies which she believed could bring a lot benefits to many people. In her role as manager she had to negotiate salaries, exchanges, loans, payments, real estate management, legal actions and more.

If you would see her being introverted, often shy and in her head, doing all the work that I describe above, many people would feel at times that she was cold. But if you would see the decisions she would make, you could see that she cared for them and wanted to help.

I didn't always agree with her business decisions, but I always knew that her intent was good. Yes, she would make mistakes, but these mistakes in my experience came in the execution, no in the intent to do good.

In essence I feel that she is a good and wonderful person that is often misunderstood, and at times treated weirdly because of her wealth. Many, many people would often try to get things from her, to try to get her to give them money, or try to get more that they had earned. As painful as it may have been for her, sometimes she would need to do

what she saw as ethical, even if some people would be upset with her. This was very difficult for her.

On several occasions I saw her supporting people by giving them work, so that they could support themselves in the world. Some of these same people were often very entitle, wanting to get more than what she believed they had earned.

Also, being heiress, many people would project things on her that were not true. For example many people believed she had an easy and comfortable life, because of her wealth. But her life wasn't easy while managing the companies. I saw her working very hard. Once Clare made a commitment I would see her work at it, day in and day out, until she would complete the project. This is a good quality, but the people that she managed to make things happen, could at times react to her management style.

Please know that Clare is one beautiful soul, whose only intent has been to do good things in the world. She may have done mistakes, but her presence in our society brings so much more value, that not having her work for the benefit of all.


Kindly

Edgar Boone

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY11201

August 26, 2020

Dear Judge Garaufis,

I met Clare 10 years ago as I became a student of ESP.

She is now one of my best friends.

I got to meet her without knowing much at all about her, I got to experience a shy and kind person from day 1. I've always enjoyed spending time with her.

Clare is my favorite person to go to for advice. I remember a time when I came to her and asked her about one of the most difficult decisions in my life. Because she has an incredible business and executive mind,  I was ready for a certain type of answer. Instead, she advised me to talk to my most loved person, my wife, and she said she thought I should share how I was feeling with her. This helped me to completely turn around the difficult situation. She contributed to a great thing in my life, but more importantly, she reminded me of what's most important to me. This is the kind of person Clare is, she sees the person first and most. For someone in her position, where she has so much opposition, this is the most admirable thing.

When I have come to Clare, being angry at the people who attack her in the media or otherwise, she always speaks with honor and invites me to calm down. In 10 years of knowing her, she has never even gossiped in front of me.

Clare lives a very simple life. I enjoyed going to her house and seeing how she re -uses napkins. I come from a country – Mexico –  where scarcity teaches you to spend as much as you can when you do have the means. It's the most beautiful thing to see someone who has it all, butmakes sure not to waste any.

She is also very sensitive and respectful. There's been many times when I've been very stressed and not wanting to talk about why I'm stressed, or even share that I am stressed. She always kindly asks how I'm doing, and I know she knows, she feels me, but if I say OK, she respects my space. It's very safe to have a friend who knows how you're doing inside, but it's even safer to know that if you don't want to talk about it, this friend absolutely respects it. Clare has always had that great balance. She knows me and wants me to talk about my struggles so that I can feel better, but she understands I'm sometimes a private person. Somehow I always know I can go and talk to her, and I can also go and not talk to her. She's the person that if I want to cry in front of and have no questions asked, I can do it.

When her dear friend died, Clare adopted her dogs. These dogs where sick and old, and she took them to live right by her side. She gave them a life that her friend would've want for them, a life of love and care. It was another lesson to watch her do this. At that time, her agenda was for sure packed as it always was, and maybe more than ever. And she made sure to personally do everything for those dogs, she views people and life in general with a deep respect and compassion.

Clare has always been loving to me. Even in instances where I've failed and did things in not a great way. For someone who likes control so much, she allows the failures of so many. I think she is OK with people growing from their own mistakes. Even if in allowing it, she takes the material loses.

Clare does not give things out of integrity. This statement sounds simple, but it's a difficult thing to achieve, especially when you could give anything to anyone. She understands that the best gift is to know how to earn, to feel good about your own capacity. And so she often does the hard thing, she has people earn their way when she could just provide it to them. This has caused her enormous confrontations and hate from others. People often believe she should just give, and she lives her life in a way where she doesn't because she understands it's not good. This is something I aspire to.

I can write many more good things about Clare, but I'll just finish saying that I'll always be her friend. And that I'll live a good life in honor to her.

If any of my words appeal to your kindness your honor, please give Clare the shortest time in jail.

Kind Regards,

Eduardo Asunsolo

Mrs Emma Young,



Date 5th July 2019

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis

I am writing to you in regards to my very good friend from childhood, Clare Bronfman.

I have known Clare since she was 7 years old when she was at school and in the same class as my sister. This was back in the UK. My sister and Clare were very good friends and Clare spent a vast majority of her time when not in school with us at our home.

Clare quickly became another sister to me and clearly enjoyed being in our busy household. And even at that age I was able to distinguish on reflection how much Clare needed and craved the security and safety of family life. Much the same as any child does. She and her sister, Sara, were looked after by a nanny for the majority of the time as her mother was often away for long periods. Her father was in the USA which mean't she saw little of him and only when she did it was for short bursts when visiting him in the States. I never saw Clare being hugged and cuddled by her parents and their relationship came across as formal and cold.

I never remember Clare talking about her much older siblings from her fathers previous marriage, or her having any kind of positive and nurturing relationship from them like most big brothers give. It was very much her and her sister and naturally they are very close.

Clare never had the opportunity to experience everyday life within a family, which I believe has left her slightly lost and alone, and I think she has taken that through to her adult life. Looking for somewhere to belong, to fit in, to be accepted and to endorse good self esteem, gain respect and love. And most importantly to be able give exactly the same back in return while asking for nothing. Her character is naturally driven to helping others, she is a very generous individual with the kindest of hearts.

I have never known Clare display any aggressive or cruel behaviour, she has never flaunted her wealth in a selfish or greedy way, I have not known her to be be sneaky, sly or underhand. She is one of the most genuine and down to earth person I know.

I had not seen Clare since the mid 1990's but I went to visit her in New York City last June, it was to give her a hug and offer support and hang out with a friend.

It was evident little had changed from the 13 year old I remembered from years back. Her gentle and kind nature and her compassion for others, still remains. And even more so, now, despite the turmoil of recent months. She is not a bad person, she is just searching for acceptance, love and belonging, no different from when she was a young child. Sadly, people take advantage of people like Clare, looking for a weakness to win her over. Her flaws are her trust, generosity and kindness.

Yours Sincerely

Emma Young

August 25, 2019



Honorable Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

I currently am a broker for a financial company that underwrites mortgage protection in ███████████ I am a mother of four adult children who I have raised and provided for on my own. I have been in sales as a Health Consultant, a Field Trainer and a Special Education Teacher.

I met Clare through work and then we became friends as time went by. She was a bit shy and I found her to be reserved in expression so I didn't find it easy to get to know her at first. The longer we worked together, I began to enjoy her dry humor and English expression. I learned to respect her ability to think and found her very resourceful.

Overtime, as I had difficulties at work, I confided in her. I was the sole provider for my four children who were in private school and I had two children in college. Clare was there for my family and I. She helped me through some difficult challenges. She supported my niece to become a professional chef. She provided a café to get her started in her business. She financed my older son's education while he was in college and provided opportunities for my youngest son and my daughter to work as young adults. Clare was a mentor for many of my friends and helped people with business. She was a big proponent of education and self-reliance and gave my children a boost when they needed it and my resources were tapped.

Clare is very generous. She opened up her home for our community to be together. She funded the rental of many buildings we needed to use to meet. She extended her private home for events, birthdays and holidays that were too big for my home. She graciously offered her life, time and, her investments to support our projects at work that otherwise would not have been possible. Clare Bronfman was willing to put her resources into what she believed in.

It seems endless how much she has helped me and I am very grateful for the personal friendship we developed over time. I had plans to attend Clare's father's funeral with her when my father died. I remember being in shock at the time, not being able to think and process what was happening. In the midst of her mourning

her own father's recent death she helped me with the death of my father. She helped me so much to immediately go to my mother's side and helped me arrange my family to be together. She was caring and understanding. Many of our conversations were pivotal in my success but that one particular conversation was unforgettable and helped me uphold what is important to me.

Clare is a compassionate and caring philanthropic leader that has significantly helped the world. I am and will forever be grateful for her being in my life and for all that she has done to help me personally and my family to grow in health, wealth and happiness.

Sincerely,

Esther Carlson

GABRIELA BAKER

APRIL 1ST, 2020

**HONORABLE NICHOLAS G. GARAUFIS**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

Dear Judge Garaufis,

Thank you for taking the time to read my letter. My intent is to share with you my experience of one of my best friends. I'm married and the mother of three kids whom Clare is very close to. Even under the present circumstances, she manages to stay in their lives with a voice message, silly things to make them laugh, or with encouragement or support for me and my husband. She has been a cherished friend since the moment I met her 7 years ago.

I met Clare through ESP. My involvement was minimal, but when I saw her working with others, she was always very enthusiastic, loving, and supportive.

Over the years, our relationship has grown to feel more like we're sisters. She's always checking in on me and my family. She knows my ridiculous cravings during pregnancy. She's there when she can be, or has managed to send me perfectly-timed care packages when she can't be there in person. When we had more opportunities to be together, she has such a special relationship with each of our children. She takes the time to connect with each and has become one of the people we trust most.

She is a friend who listens, who cheers you up and helps you get back up when you've been knocked down. When I'm going through tough times, she's there to remind me to be strong and loving and she encourages me to stay present. I have so many great memories of our friendship, and of times that we were there for each other when it really mattered.

Once again, I deeply appreciate you taking the time to read my thoughts and feelings about Clare. I hope they bring a new perspective to what I'm sure has been a difficult process.

Sincerely,

Gabriela Baker.

# GISELLE FERNANDEZ

█████████

August 26, 2020

Dear Judge,

My name is Giselle Fernandez and I am a friend of Clare Bronfman. I am writing to you to share with you the beautiful person I know this young woman to be. Whatever picture and perception you have derived about her, I would like to take this opportunity to share what is to me a very accurate portrayal of the compassionate spirit I know her to be and how deeply invested she committed herself to trying to make this world a better place.

Let me first tell you who I am in Clare's life. I am a journalist living in Los Angeles who makes her living interviewing thought leaders and change agents in our local communities. I have been in broadcasting for more than thirty years. I am not an easy or gullible person and I have a very keen sense of inauthenticity. Clare may have been idealistic and naive, but it is my most ardent conviction, she operated from a place of purity and great faith that she was providing a very meaningful gift to humanity. I know this to be true from our many deep conversations and sharing through the past 6 years of my knowing her.

My husband and I bought a beautiful home in Fiji more than a decade ago and then sold it to Clare. In the sale of our property and after Clare purchased the island itself, we became close friends. I had read articles about her as we wanted to know more about the person who would be buying our sacred property in this oasis In the South Pacific. The stories about her certainly gave us pause and concern our beautiful pristine sanctuary would fall into the wrong hands. We decided to stay open as I

hope you will do reading this. I can only tell you, the Clare I met came with none of the nonsense "heiress trappings or attitude," we read about her in the press. In fact, she could not have been more opposite from the way she was portrayed.

The Clare I met came without entourage ever to the island. She came without luggage, complication, or extravagance. It was quite the contrary. The Clare I first met arrived at the island with a backpack and a couple of changes of clothing. There was nothing heiress about her. She came with pure enthusiasm and appreciation, even awe for the natural beauty all around her. As a vegan, lover of animals and nature, she breathed in the wonder of Fiji all around her with a reverence and regard that cannot be manufactured or put on. She was equally in deep appreciation for those who lived in the village and we connected at once like sisters over appreciation for their indigenous ways and spiritual beliefs. Clare vowed to not only care and preserve the natural state of the island but also to honor the ways of life of the people of the island who she had great respect for and love.

I asked Clare many questions about the organization she was involved with. I asked her about Keith and the executive success program she funded. She spoke with immense conviction about the good work they were doing and how it helped her deeply confront her own shyness and sense of belonging in the world. while much can feed the imagination of her having an heiress lifestyle, there was loneliness and isolation Clare shared with me she felt from her childhood that impacted her deeply. She shared with me how she longed to feel whole and confident and that Keith helped her find a sense of herself she had not been able to before - Her deepest hope she told me often was to help others who felt as she did and found such strength and transformation in the work she was doing.

This kind of group empowerment program was never for me and there were confusing aspects to it all that did not resonate with me. I did not know anything of what has been revealed through the trial about Nexium and it was shocking to be sure. But what I do know without a shadow of a doubt is that Clare never shared anything of what has been revealed with me. And I 100% believe Clare was in it and a huge supporter of Keith's because she believed with all her heart, she was helping secure a better future for humanity and knew nothing of his wrongdoings. I have such deep compassion for her as this all must have been so deeply painful for her after

2

all she invested into a program and paradigm she believed in with her whole heart and soul.

Judge, just as I had to put the derogatory writings that portrayed Clare as the cliché? "entitled heiress" I read about aside and give this slight and gentle woman a chance when I first met her, I hope you will do the same and consider not the stereotype of an heiress at the helm with all that implies and really delve deep into the person she really is- a person with real, not manufactured integrity, loyalty, honesty and purity of soul. This is the Clare I know.  The woman who has become my friend, does not have a malice bone in her body. Again she may have been vulnerable and victimized in a sense by her idealism and deep desire to contribute to the world and may have been severely naive and deluded by someone who she felt deeply cared for her in ways she never experienced before but she never came from a place of ill will or deception. Clare deeply believed in Keith and experienced a lot of good from the programs she saw transform many people's lives. I understand from all I've read that there were disturbing things going on but I can assure you from my experience with Clare, her passion for helping people cut to the core of why she believed in Nexium and Keith. She may have been deceived, but she really believed she was doing work that would change the world.

I also saw in her someone who was working all the time on growing and advancing herself - delving deeply into things she wanted to reconcile and change within her through the teachings of her company.  She was so excited by the schools for kids that taught unity and beauty to the students offering a new paradigm she would tell me for raising more conscious children. She showed me a documentary on five kids who had turret syndrome whose lives were transformed through work they were doing. This is the lens through which I knew Clare. An exciting young woman investing all she had in what she believed was making the world a better place.

My favorite memories of Clare that might paint a different picture of the woman you will sentence in the hope it will alter your lens on who she really is.

The beautiful Fijian people who took care of our home and family and the most sacred, natural and god loving people you could ever imagine. They have a little girl and are very active in the village church. When Clare bought the house, there was absolutely no separation from staff and owner as

3

there can be with other homeowners on the island. Clare has no such hierarchy - they immediately became family with the village invited always to her home and with Clare participating in every way in village life. She was always profoundly generous with the island - paying for school for the children, medical costs when necessary for those who needed it and sharing in every way the rituals and customs of a people she came to revere for their gentle and loving ways. Clare was all about community and enriching it, not bringing western ways to dominate. She shared a reverence for nature, animals, and the sustainability of the island. The people there love her like family because she is kind and loving and always playing games, dancing, singing Fijian songs and participating fully in the ways of Fiji. She exhibits no elitism, no atrocious behavior associated with rich extravagance - not once, never! In fact, quite the opposite. This is a humble, beautiful soul, with a keen wit and driven by a desire to change the world.

Clare and I stayed friends after she purchased our home and the island and often discussed how she longed to preserve it and care for it in ways that kept it green and sacred. I so appreciated this concern and commitment to the island and the planet and the responsibility she assumed to ensure its sanctity.

I saw firsthand with the care of her friends who were ill and to all she came into contact with, her compassion and generosity in being there for those she loved. She is deeply loyal to her friends, fiercely protective, private, and immensely eager to help in any way she can to help another advance and grow.

Your Honor, I hope you will see the totality of Clare -- she really is an extraordinary spirit. When this sad chapter is over, I cannot wait to see how she emerges and what she will do with her young life. She's driven to do good. I hope you will see the goodness in her and all she has to offer and integrate that into your sentence. I hope you will find it in your heart to act with leniency.

Thank you

Giselle Fernandez
Friend of Clare Bronfman

4



squarmilner
Certified Public Accountants
and Financial Advisors

 Squar Milner LLP

August 26, 2020

RE: Ms. Clare Bronfman Sentencing Hearing

Dear Judge Garaufis:

I am writing on behalf of my former client, Ms. Clare Bronfman, in relation to her sentencing hearing. I have been in the public accounting profession for approximately 18 years and was Ms. Bronfman's personal accountant for the last few years. Due to the ongoing issues with the courts, we recently decided it was best to consolidate her work with one of her other accountants. That said, I actually believe it may be a compelling point that I am willing to write a letter to her character even with her being a former client (not currently paying me for services).

During the course of my career, I have served as an accountant for many high net worth individuals and business owners. I can truly say that Clare was one of my favorite clients to work with for a multitude of reasons. Ms. Bronfman has the last name of an "heiress", but never fit any of the negative stereotypes that sometimes go along with having that distinction. She has been nothing but humble, kind, respectful, professional, and courteous throughout our professional relationship.

Ms. Bronfman always paid bills timely, conducted herself professionally, and was a sophisticated and savvy client. She is someone I got to know pretty well prior to these issues, and I was always pleasantly surprised by what a delightful human being she was to me, always polite yet professional. She would always start conversations by asking me how I was doing, but in a way that it seemed like she was actually interested to hear how I was doing

I was saddened by the revelations of this proceeding, and never had any indications from Clare of any ill intent. I believe that she has really meant well. I followed the case and read many of the articles, and would always scratch my head wondering who the person was that was being portrayed in such a negative light…I never knew that person.

I think Clare has a lot of good she is going to bring into the world. I hope she gets to begin that journey as soon as possible.


Very Truly Yours,

Gregory Zelenay, CPA
Partner

19 June 2019
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis,

I would hereby like to provide you with a brief statement with regards to my time spent with Clare Bronfman as a statement of support.

I am Henk Nooren, a Dutch equestrian show-jumping trainer. I was part of the Dutch Olympic team in the summer of 1976, and since the end of my show-jumping career I have dedicated myself to training the national teams of several European nations at the highest level of the sport. On a more personal level I am the father of three wonderful girls, and it is my great pride that my youngest is following in my footsteps.

I was trainer to Clare Bronfman from September 2000 to January 2004 when she was in her early twenties. During this period, she was stabled at my training facilities in Guttecoven, the Netherlands, for the better part of these four years. Clare and I became acquainted when she came to Europe to participate in a number of horseshows under the guidance of one of my good friends Lauren Hough.

Following Clare's first European showing experiences she expressed the wish to remain in Europe for an extended period of time to improve her riding skills. As Lauren herself was still performing at the highest international level and constantly travelling between the US and Europe it was decided that Clare would be stabled at my training facilities and that I was to take over the coaching of Clare and her horses both at home and at horse-shows.

During this entire period Clare was an eager and committed student. She was not particularly talented but through her dedication and hard-working mentality she managed make it to the highest level of the sport, winning one of the most prestigious Grand Prix's in the world, the CSIO of Rome. She impressed me greatly and it was with pleasure that I continued to guide her as she set her sights on the 2004 Olympic Games and nearly made the team selection.

The above is a testament to her professional character. But also on a personal level, from the vantage as a trainer and friend, I was able to witness Clare in her treatment of animals and towards the people around her. Both to her many animals – adopted dogs and horses – as well as to all of the people around her Clare was a very agreeable and caring person who wanted nothing but the best for everybody. My wife and I grew close to her over the years and met her father on several occasions. As we got to know Clare better it became clear to us that even though she was always in good spirits, there was a certain sadness to her person and a certain desire for fatherly guidance and devotion that she unfortunately didn't receive as much as she needed it. We also came to know Clare as a very sensitive person, someone who grew increasingly concerned with the damage that we were causing to our planet and fellow species around the world.

Clare was introduced to NXIVM during the fall of 2003. She opened her heart to this group straight away and I believe that in a way she finally found that sense of community that had been looking for all her life. She introduced us to several of the NXIVM members during a meeting in Maastricht but we felt ill at ease with them to a certain degree. We raised our concerns for her well-being with her several times, as we cared for her, but she was convinced that she had found her place amongst a group of people who shared her desire and wishes to have a beneficial impact on the world.

A few months following her introduction to NXIVM she decided to take her horses back to the USA in order to participate in the Olympic trials. I joined her there to aid in the preparations and it became clear to me that the influence NXIVM was exerting on her was growing. Unfortunately, it seemed that I couldn't reason with her on many levels anymore and it was then that we decided to stop our cooperation in a very friendly manner.

In these four years with Clare whether it was training at home or competing at different horse-show she was one of the easiest, kindest and most dedicated people to work with. I have never seen her treat an animal, member of her staff, friend, family member or anyone around her unkindly.

Sincerely yours,

Henk Nooren



18th May, 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honour,

**<u>Re: Clare Bronfman</u>**

My name is Hilary Neeves and I worked in the Bronfman household from when Clare was about three years old to when she was sixteen/seventeen. I have been retired for some years but have been working for the past ten years on a voluntary basis as Trustee/Secretary to a local Heart Support Charity in Suffolk, England, responsible for liaising with the local heart consultants and their patients. I am of good character and was recently awarded the Queen's Award for Voluntary Service.

I am pleased to write a character reference for Clare Bronfman. She was a delightful little girl obsessed with her ponies, then horses as she grew older. She had a sweet temperament , was thoughtful and had great empathy with others not so fortunate as herself. She was committed to her equestrian career as she got older and was very successful. She was well behaved and was never in any trouble at school or teenage years. I had day to day interaction with the family as Housekeeper/ PA/Stand-in Nanny for some fourteen years and found Clare to be both polite and considerate and very hardworking. I was extremely fond of her.

Although Clare and her sister moved to USA in their late teens, I continued to follow her equestrian career through the internet and we communicated every Christmas, and I always received an email from both Clare and her sister Sara.

I am aware of the offence that has been committed and can feel only profound sadness for Clare and her family. The divorce of Clare's parents had a huge effect on her in her formative years and with their parents living in two different countries, Clare & her sister being away at two different boarding schools, they had a very disjointed home life and craved a settled family life and a sense of belonging. I can only imagine, this group preyed upon this vulnerability and drew her in to their 'so called ' family.

I am sure Clare has seen the error of her ways and with the determination she has shown throughout her life, will be able to overcome and move forward with purpose and become a good citizen and community member when all of this is over. She has a lot to offer.

Signed

Hilary Neeves

18th May 2019

James Del Negro

████████████████

June 15, 2019

Honorable Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brookly, NY 11201

Dear Judge Garaufis,

I am a 52 year old mechanical engineer and entrepreneur with (4) step children and spouse. I grew up with a Catholic upbringing, which has been the foundation with which I have grown my values of attempting to being an honorable and caring person towards others. Although I have failed at times, I believe I have become a more caring and honorable person with age and wisdom and have become more humble and understanding of others over the years.

I have known Clare Bronfman for about 17 years now. During that time I have found her to be a person who is concerned for the welfare of others and someone with great integrity.

In December of 2007 she asked me to help her with a business situation where she suspected a business partner of possibly stealing from her. During my investigation, it looked more and more like the person was in fact stealing from her. She was very concerned that we make sure and take every opportunity to allow him to explain himself even if delaying could cost her more money. She was very respectful of him even when it was evident that he was not respectful of her. I believe the situation demonstrated her commitment to justice and treating people fairly.

During the time when I was in Los Angeles, helping her with her case against her partner, I was going to miss a volleyball game which was important to my friends and I. When she found out about it, she offered to fly me back to New York so I could be with my team. I thought it was a generous offer, but not necessary, as it was costly and would possibly be detrimental to our work in LA. She insisted that I fly back and play with my team and bought my ticket for me. This may not seem like a big deal, but it was very meaningful to me that she cared enough to know what was going on in my personal life and help me where she could. I believe she did it, not because I wanted it, but because she wanted it for me. I think it speaks to her caring nature and consideration for other.

Clare is always looking out for others. Many times she would call me and ask me how one of our friends were doing, thinking they were struggling, and asked me to see if there is something we could do to help. She is always giving her time and resources to others that are in need. I was struggling financially at one time and she helped me by giving me a job which allowed me to honor my existing financial obligations, so it did not affect my family. She supported many friends this way, and did it in an

unassuming quiet way which was discrete, not looking for attention or praise for her good deeds. In fact I find her embarrassed by attention and does not want recognition for all of the good things she does.

I find her to be very concerned with how to help other in the world and has dedicated much of her time and effort supporting broad initiatives that she believes would help others. One of her projects was the World Ethical Foundations Consortium, which was designed to bring leaders together to promote ethics. I participated in the inaugural event and was impressed with the people who she brought together to promote non-violence and working together for ethical solutions to the world's problems. One of the participants was Russel Means, a Native American Activist from the Lakota tribe. In another event the organization brought the Dali Lama to Albany NY to speak on compassionate ethics. It was a truly inspiring and uplifting event.

I can't say enough about her as a person who is well intended and looking to do good in the world. I put my reputation behind her one hundred percent as someone who I trust and believe in with all my heart.

Please consider this letter when you evaluate her future.

Respectfully,
James J. Del Negro

Jane Jeffries

███████████

June 8, 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

I am writing this letter in support of Clare Bronfman who I believe to be a caring individual and deserving of consideration.  I have known Clare for 9 years and in that time, she has been welcoming and supportive.

During the time I've known Clare, we have had a considerable number of hours together on bike rides, snowshoeing, cross-country skiing and walking.  We have worked on projects together and she visited me in the hospital when my first child was born (I now have three little ones – ages 3, 5 and 7).  Through this time together, I have had the opportunity to see how she works with and cares for her friends and family.  My family has also been the recipient of her care.

Clare is someone who thinks about people in small ways by finding a favorite item of theirs and sends it to them. This might be a favorite food or something that could help them with a goal they have. For example, she thought of me when I was having a tough time with my legs while trying to get back into running after having kids and lent me a foam roller.   When I was new to New York, she was welcoming. She knew I loved the outdoors and sports and would invite me to ride with her (along with the other adventures mentioned above).   In general, she reminds me of that favorite relative in the family that is always coming back from their travels with presents for others.  Speaking of favorite relatives, Clare is a very proud aunt to her sister's nieces.  She talks about them constantly, makes sure to spend as much time with them as possible and keeps on display bits of artwork they have made for her.

My husband lost his job as a hospitalist related to this case. In response to the alarming reports, our neighbors became threatening and the media became invasive. I was concerned for our safety.  Clare offered to let our family live in her home (she was traveling at the time) so we could spend more time outside without fear of harm or harassment (giving the kids room to play).  We ended up staying in her home for over a year while we stayed together as a family navigating next steps.  Clare has been there for my family and me and we have experienced nothing but her care, generosity, and friendship.  We hope she will be a part of our lives as our children grow up and we ask Your Honor for leniency on her behalf.


Respectfully,

Jane Jeffries

August 27, 2020

Hon. Judge Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis;

It is my honor to write to you on behalf of Clare Bronfman, who I have had the pleasure of working with for the past six years as a senior consultant and property manager of her Fiji holdings on the island of Wakaya.

My name is John Farrand and I met Clare in early 2014 when she purchased my family estate that we had enjoyed over a 13-year period on Wakaya Island. After working with her on the sale of my property and advising her on the customs and traditions of the Fijian people, it became abundantly clear that Clare had fallen in love with the Fijian people and the natural beauty of Wakaya and wanted to purchase the properties of other homeowners on the Island, including eventually Wakaya Island itself and its Resort and Spa. This is when Clare asked me to assist her in navigating these business ventures that began with purchasing private homes. Over the next 2 years under Clare's hands-on supervision I managed the renovation & remodeling of these properties funded totally by Clare.

When we were just about to finish the project, disaster struck the Fiji Islands in the form of Hurricane Winston. This was the world's largest hurricane in recorded history (together with the Philippines). A Cat 5 + with sustained wind speeds of 220 MPH. The damage to Fiji and its Islands was extreme...one third of its population were affected.

Having just spent millions of dollars acquiring and renovating the other private homes (no insurance exists for hurricanes in Fiji), it was heart breaking for Clare to witness the massive destruction of her efforts. I only mention this as it goes to Clare's resolve, determination, and caring for everyone, their jobs and homes. Flying in immediately from Albany, she rallied everyone together for an Island meeting and made a commitment to them on the spot that she was determined to rebuild everything including the homes and villages of all who lived and worked on Wakaya..."a new beginning."

At this time the Resort and Spa had also suffered significant damage together with much of the Island forests. Clare decided and negotiated to purchase everything including the Resort and all the land in an "as is" condition. This was an enormous undertaking, as the Island is 2,250 acres.

I understood fully the depth of kindness, caring and generosity that Clare had for others. This convinced me to help and get on board again with Clare and to manage the reconstruction of all the properties, with significant improvement to the resort and infrastructure. Clare again took sole command along with the help of Antonio Aja, the Resort General Manager. This took almost 3 years after Winston to complete. My contract with Clare expired in September 2018 but I keep in touch with Antonio and others on the Island on a regular basis.

In my 5 years' experience working closely with Clare, I experienced only a woman passionate about the indigenous ways of the beautiful Fijian people, their traditions and customs. I marveled at her appreciation for the natural raw beauty of the island and her eagerness to preserve its natural state and to not encroach or betray it in any way. I distinctly remember her telling me it was her dream to build upon the beauty of the island and to make the Resort and Spa a thriving business that would sustain the future of the Island.

Everyone on the Island excluding children are employees of the company. Clare encouraged us to employ families to help cement the family spirit beyond just the work time, providing a church and village halls and playing fields for the children and 3 meals a day. Clare took a keen interest in every family and was extremely protective and nurturing toward her staff, making sure to instill a culture of kindness and respect toward all the island employees. Clare is also very attentive also to the educational needs of the children, providing and maintaining a beautiful school for between 20 and 30 children. The head teachers are supplied by the Fiji Ministry of Education, and the school sticks strictly to the Ministry of Education curriculum, which Clare celebrated and supported.

Clare shared her greatest fear with me...which was wasting the inheritance she was blessed with. She was intent on operating the island with discipline so what was given to her would not be dissipated nor wasted but only expanded upon in her father's honor.

As a father of five young women myself, I was very moved by Clare's desire as a daughter who revered her father, to honor his memory and legacy with the success of Wakaya and her vision to build upon the island resort with that intent and motivation. It was always my pleasure and honor to assist her in that effort.

It is worth noting that Clare was the only person involved in any way with Wakaya Island...I never had a conversation with, received a communication of any kind or met with anyone other than Clare regarding this project (other than her lawyers in LA at the time of the Resort purchase). There was no operational function carried out in the USA, and Clare never came with or sent any management to supervise or advise her in all the time I was there. Clare was very committed to being the sole boss. In my mind Clare has demonstrated her ability to operate a complex overseas company that has a need for vision, detailed management and motivation skills to create success and pride for those who work for her and her clients.

Clare, as I have known her, is in the simplest terms, a very soft spoken, gentle spirit with a deeply caring and compassionate nature who paid little attention to material excesses for her own personal gain and was always eager to share in the quiet company of those on the island. She would arrive in Fiji with a backpack and virtually no luggage and would sleep in the humblest room in her estate. Her humility and simplicity were contrary to the stereotype one would associate with an heiress and surprised many on the island including myself. In Fiji she did not drink, take any drugs or behave in any way that was contrary to the healthiest lifestyle. When on the Island she even went to bed early before 9 pm and was up at the crack of dawn and in the field at 6am. She was a great hands-on Boss, motivator and manager.

Her greatest emphasis was on connecting with the people here, learning the Fijian ways and taking in the natural beauty, eating very simply and never asking for much of her staff or others. In regard to her leadership style on the island, she emphasized a culture of respect and kindness to all and asked that they do their job diligently and to the best of their ability. When there were issues, as there always are with staffing dynamics, she was always fair and again insisted on being firm to ensure this desire was

carried out diligently by management, always respecting the culture with kindness, support, and understanding. She instills pride in all who work for her.

Clare's generosity to her staff is way beyond anything in the Fiji resort business. In the staff village there are 40 Duplex houses to house the families and also separate Barracks for single males and females. The village can house 240 including children. Rent Free! There is also a beautiful church and a very large community building for the staff to use where they arrange their own functions and entertainment. And there are floodlights over a large playing field with volley ball, rugby, and soccer areas where both adults and children can play. There are many Island Resorts in Fiji, but this is totally unique as no other resort has anything like this for their staff. This is an incredible example of Clare's wonderful generosity.

In regard to her business interests at home that now have become the subject of much dismay, I was not privy to much about Nexium but Clare expressed a deep regard for the work she believed was really doing good in the world.

As for me I now live in Los Angeles and have 6 children and 6 grandchildren. Among other companies I have built and operated three large "best of breed" companies in my career. Starting in the 60's as a provider of paid music systems to various businesses in the entertainment industry, we diversified and became one of the UK's major mainframe computer manufacturers which was eventually purchased by the UK government. I then was recruited by Steve Ross, Chairman and CEO of Warner Communications Inc., who asked me to come to the USA to serve as President and COO of Atari Inc. World Wide, a public company that grew exponentially and dominated the early video game and home computers industry. Following this, I became CEO of Panavision Inc., a then small company which grew to become the largest supplier of movie and TV camera equipment in the world. Following this, I served as Chairman of Tox Free Energy Inc.

I would not hesitate to work with Clare in the future. I respect her and consider her my friend. I hope this expression of support for Clare helps your Honor in assessing her character, motivation and spirit. She is one of the gentlest souls I have ever met, and I have very much enjoyed working with her over the years and wish you could see her as I do.

Sincerely,

John Farrand

Honorable Judge Nicholas George Garaufis,
U.S. District Court for the Eastern District of New York
Brooklyn, New York 11201

Dear Honorable Judge Garaufis:

I am writing on behalf of one of the few people I feel absolute unconditional love for: Ms. Clare Bronfman.

I understand fully that she is in a difficult situation and may have been compromised into doing things that have harmed others. I feel it is important to portray the person I know to be good, kind, courageous and generous.

With the exception of her sister Sara, Clare has been alone her whole life, including the day I met her, when at five years old she walked bravely by herself to the horse stables to meet me. Unbeknownst to me, she also saddled her little pony by herself and went off on a ride around the farm before the nanny was alerted.

I was hired in 1985 to oversee the care of her family's horses in Virginia, and instruct the girls with their riding in the summer. Her parents were by then on their second attempt at marriage to each other. Both could be incredibly intimidating, cold and sometimes volatile. Her mother was completely incapable of showing affection; and in fact, could be quite cruel. Clare's father drank excessively during the early years of my employment, and on more than one occasion Clare was frightened by his inappropriate behavior and temper while drinking.

The girls were shuttled back and forth between boarding school in England, New York where Mr. Bronfman was based, and the farm in Virginia. Oftentimes the girls flew alone and frequently Clare had to comfort and parent her older sister who was frightened on these trips.

There was a revolving door of nannies who were often grossly under qualified, too young, intoxicated, or otherwise unsuited, and often chosen by Clare's mother on a total whim.

Clare also had an entire set of half siblings while growing up who were so much older that they had children her age, and therefore, were completely unreliable as family members or role models.

When Clare's parents divorced the second time there were the inevitable bitterness and tug of war bestowed upon the children. Eventually Clare decided to live on the farm in Virginia by herself, go to high school, and pursue her riding ambitions. Again, she approached and accomplished these major life changes with absolutely no support or parental guidance.

After singularly affecting these fundamental changes to her life, Clare evolved into a spectacularly talented equestrian and was soon traveling and showing extensively. She did this completely on her own: purchasing horses; choosing trainers; making travel arrangements for her and the horses; overseeing employees; and eventually riding internationally with Olympic dreams. She was still a teenager with not a parent in sight!

I don't know a lot about the NXIVM, but I know enough that when a person has been steering the ship for so long through loneliness and neglect, and someone comes along and says "I am stronger, wiser, and can make you feel part of something and be your leader," you grab ahold of those promises. You are so glad finally for leadership you follow no matter the cost.

Clare is one of the most miraculous people I have ever met and I have learned so much from her. She is a gifted, talented, beautiful woman with a fierce courage that fueled her through her

traumatic childhood, and in fact, part of her is still a terribly wounded child. She cares deeply for others, the earth, and is generous with those in need. I bear first hand witness to this. When I became ill with cancer in 2010 Clare was there for me, made sure I was able to receive the alternative treatment I sought, and continues to support me on my journey. When I hit a very rough spot she flew overseas to the clinic and literally held my hand, fed me, made sure I had my meds. She also changed her flight reservation so she could fly part way home with me because she was so concerned for my welfare.

I ask you to consider the above information I have shared with you and know that although Clare has made some poor decisions, those decisions were fueled by someone who gained tremendous power over her by tapping into her vulnerabilities. The choices she made are not a part of who I know her to be in any way; and I hold much hope for her future and a great deal of empathy for her past.

Sincerely,

Judith Moore

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

August 27, 2020

Dear Judge Garaufis,

I met Clare Bronfman just over six years ago when I moved to Albany to work and study the curriculum offered through NXIVM. Over the years Clare was a supervisor, a client of my business, a mentor, and above all, a dear friend.

Clare is one of the most generous and kindhearted people I have ever interacted with. Her deep care for people and their true well being is a rarity in our modern world. While I usually interacted with Clare regarding a business matter, her foremost concern was how I was doing. Even of times of great personal distress, I found Clare to be more concerned about others more than herself.

A recurring example of this, whenever I have met with Clare for business or social gatherings, regardless of the urgency of the situation, her first and primary questions was - how am *I* doing. The success or failure of the projects I was working on were always secondary to me as a person and friend of Clare. Having now been working in several corporate roles since working with Clare, I am constantly reminded of what a rarity her care for people is. Over the past two years I have spoken to Clare several times during her home confinement, and without fail, her care for me has been unwavering, even as her own circumstance become increasing difficult.

Another example of her care, I also recall watching Clare interact with a man who was journalist that had been an outspoke critic of Clare and NXIVM. He had now aged and was fighting an invasive cancer.  When speaking with this man, Clare was not vengeful or hateful, but rather she treated him with the utmost respect, care, and with an earnest desire to help him in his fight against his illness.

 Clare is a business woman, that has many projects going at once. What makes Clare stand apart is not the number of projects she works on or the success of her projects, but the number of people Clare cares for. When you hear Clare speak of the projects she is part of, you hardly hear about what they are doing, instead you hear about the amazing people involved. You hear of the incredible creativity of the cook that works at one business, and the ambition of the architect on this project, and the integrity of the handyman that installed the roof at this property. You hear about how an employee is struggling with an illness that she has helped get treated or how a friend is struggling with a loss. You would think she is talking about her family, but to Clare, her business partners, her employees, her friends are part of her extended family.

An example of how Clare is willing to give her 110% to the people in her life and drop whatever she is doing for others, during the time I was working with Clare, one of her business partners and friend was having legal troubles in a foreign country. For what was nearly a year Clare was constantly traveling to be with them and

help in their legal pursuit. While it was significant burden on Clare's other efforts, helping a friend in need was her highest concern.

It is no secret that Clare was born into great financial wealth. If she wanted, she could easily have retreated herself from the world and bothered with others very little; yet she has done just the opposite. She has spent her life building businesses that she thought would change the world for the better. Not just investing the resources she had access to, but also giving her tireless work ethic.

Clare's steadfast commitment to make the world a better place keeps her driven even in the darkest moment. I have seen Clare tirelessly work for what she thinks is the right thing. I have felt honored to work by her side on many projects. Her extraordinary care and commitment to the things she believes in is inspiring to me.

While Clare holds herself with poise and humility, she is in fact a pillar of strength. She is one of the strongest women I know and her talents and vision are needed in our world. I believe that Clare should be given the lowest possible sentence so she can focus her energy and drive to making the world a better place.

Justin Elliot

# JUSTIN ARTHUR KREIZEL

July 18, 2019

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis :

I am writing this letter in support of Clare Bronfman. We are not related, but I have known her my entire life. We are the same age. I am not affiliated with NXIVM, nor have I worked professionally with Clare.

My father was a close friend and confidant of Clare's father, Edgar. Our parents were friends for some years prior to our births. When his marriage to Clare's mother fell apart, my father acted as an intermediary between the two, helping them to get back together for some years. They ultimately divorced but we maintained friendship with both parents. When I was young, my father kept a second home near Clare's family home in Virginia. As very young kids (5-10) we saw each other most weekends in winter and rode horses together. Later, we attended boarding school (10th & 11th grade) together.

I've only known Clare as a kind, gentle, generous human. I remember her always happy and giggling as a kid. She never lost her temper. She never treated people badly - not friends, not employees. I still remember how caring she was of the people who worked for her family. Unfortunately this is not something you expect from people who grow up in Clare's position of wealth. She always treated service employees with the same respect as a peer, sister, or mother. She always dressed "down" and preferred that people NOT know who she was or how wealthy her family was.

In high school Clare always had this very strong façade that I felt masked some deeper insecurity. I was close enough to her that she would let her guard down with me, perhaps in ways that she would not with her family or other friends. She never stopped being that kind, gentle kid.

NXIVM gave her a cause to fight for. She believed strongly in the organization and its potential to create positive change for the world. Out of pure coincidence, I have met a number of people over the past decade who took NXIVM courses who equally adored Clare and believed in the organization. I never took a course, even though I was invited. It would have been difficult for me given how close our fathers were. Clare's father made no secret of the fact that he felt Clare had fallen under the influence of this man Keith Raniere and that he was taking advantage of her for his own gain. I felt he led her astray.

Clare is a good human being with good intentions. She has been deeply affected by what has happened. I trust that she will learn from mistakes made and correct course. She is certainly not a danger to society. On the contrary she has a natural good nature and intellect that could be of good use to society.

Warm Regards,

**Justin Arthur Kreizel**

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis,

I first met Clare Bronfman 14 years ago when I travelled to Albany to take a training with Executive Success Programs, and I have known her in a personal capacity since that time. In all the time I have known Clare, she has never shown me to be anything other than a true friend and an honest human being.

Clare has dedicated her life to helping others. From the moment I met her, I have seen her work tirelessly to coach, mentor and provide for those who needed her help. She has welcomed me into her home, when I was struggling with personal issues, walking and talking with me until I felt resolved. I have known her husband, children and we would all consider her a part of our extended family.

She has supported me when I most needed it, and has often stepped encouraging me.

She has provided a sense of support and togetherness, always supported at the cost of a place to sleep to stay connected to my community or for those in need.

I consider Clare to be a true friend with whom I would trust infinitely. I would gladly be her own child. I trust Clare implicitly and I do not look over. I have known her all these years, I have never heard her to be anything but honest, and everything about her has said her best.

People need the right people in this world. Clare is a remarkable human being. I hope that despite her differences and attitude and everything above, I trust I consider her hero through everything she survives. I know that when Clare could ever come to, would not hesitate to be the safest and the most comfortable thing. I've known Clare to be one I'd trust implicitly, forever and always.

She is a person that I trust very deeply. I would not hesitate to put in her care the things I hold most dear in my life. She is someone that I cherish very deeply in this world and I would have no hesitation in speaking to her character, either now or at any time in the future.

Kim Constable

Kim Constable

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

August 27, 2020

Dear Judge Garaufis,

As a Jewish woman who grew up in New York, I first learned of the Bronfman family when I traveled to Israel for the first time through the Taglit Birthright Israel program, an incredible opportunity afforded to me as a result of the family's philanthropy. In my perception they were Jewish royalty which is why when I met Clare Bronfman for the first time I was quite taken aback. Clare carried herself with a humility and a true gentleness that was contrary to my pre judgements about someone in such an exceptional position in society. As I came to know Clare over the years, I continued to be amazed by her down to earth nature but more importantly by her kindness.

Clare is one of the most caring individuals I have been lucky enough to know. She treats everyone around her, regardless of how they treat her, with a level of care and compassion that sadly is quite rare in the world today. Even when she has a tremendous amount of tasks on her to do list, which for a woman who has taken on the kind of responsibilities that Clare has is all of the time, she manages to be there when someone is in need of her guidance.

I'm reminded of a specific time when after ten years into my career as a Director for a Non Profit, I decided to leave my job and start my own business. Things were not taking off as quickly as I had hoped and I was feeling worried that they might not take off at all. I asked Clare if I could meet with her to see about working for one of her companies on the side until my business began to turn a profit. What I had in mind was a ten minute call where I would pitch my skills to her and hopefully walk away with a project. Instead she invited me for a walk that lasted around an hour. During this time while she did offer me a role, she took the majority of the time to help me sort through some of the fears that I was experiencing which were holding me back from creating a successful business and reaching my desired lifestyle. She saw what was going on with me and helped me to address it directly. I felt a knot that I had been carrying around with me for a long time untie that day and I was able to move forward with clarity about my career yes, but more importantly without the paralyzing fear and self doubt that I had been experiencing in general.

This is who I know Clare to be. A gentle, wise woman who cares deeply for others and who has dedicated her time and resources to helping people achieve the things that they want for themselves. I know her to be someone who cares for all living things given her equestrian background and who chooses a vegan lifestyle so that she does not participate in violence in any way. I know her to be someone who was born into a very unique position and who has wanted to earn the things that she has and encourages others to do the same. I know her to be someone who is willing to take the difficult path simply because it is the right thing to do, albeit the unpopular choice to those who don't understand this process.

I have experienced Clare to be a woman of true kindness and true character and I ask that you take this into account when deciding for her future. I ask this not only because I believe that she has not earned the punishment that she is currently receiving but also because Clare has the desire and ability to care for so many people who benefit greatly from their time with her.

Thank you for your consideration.

Sincerely,

Karen Bardavid

June 18, 2019
Honorable Nicholas G. Garaufis
United States District Judge
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Garaufis:

My name is Kyle Carlson and I live in California. I am a single full-time father of my eight-year-old son, self-employed with an accounting degree. I am writing on behalf of my friend Clare Bronfman who I have known since she was 14 years old and I was 15 years old. I was living in Ketchum, Idaho at this time. She was part of our peer group and would get together with us when she visited Ketchum with her mom or dad, during summer months or winter vacation. I met her dad on multiple occasions throughout the years and I know she looked up to her dad and loved him very much by the way she spoke about him and interacted with him. I only met her brothers once in Idaho when they came to visit for a family reunion in 1999 and I could tell Clare was extremely happy to be around them. The Clare I am familiar with loves her family very much. I lost my mom when I was very young and my dad when I was only a teenager, both due to cancer. I have always been sensitive to people taking their parents or family for granted and not appreciating what they have. Clare was not one of these people or friends, Clare loved her family. This was evident to me by the way she spoke about her family members and the actions she took to demonstrate her love to them.

In our early 20's Clare was living in Maastricht Netherlands training as an equestrian show jumper. I visited her on a few occasions and even toured with her and her horses for a bit. We also spent some time together in Australia as well. The years I have known Clare I have found her to be a kind, soft spoken person. I have never seen her hurt anyone or any living creature for that matter. In fact, I can recall being in Australia at a mutual friend's farm, and hearing Clare protest the killing of insects or mice, both of which were a nuisance, because she saw them as living beings who did not deserve to be harmed. From our childhood through our 20's she would talk about wanting to help the environment or help people help themselves. I believe she always wanted to make the world a better place.

During a difficult time in my life when I was at the beginning stages of raising a two-year-old child on my own, going back to school and feeling my life was not in my control, Clare's friendship was

there for me. She stated on multiple occasions that she would help me and my son if we needed it. However, all I have ever wanted from Clare is her friendship and she gave that with open arms.

I am aware Clare has pleaded guilty to charges against her and there is a lot of negative media attention about her. I believe that a lot of what has been reported is not a full representation of Clare as a person and she truly feels remorseful for any actions she took that may have harmed anyone. I believe Clare will live a law-abiding life from this day forward and not be a threat to society. I believe as soon as she fulfills her punishment with society, she will want to show the world she is a good, loving human being that wants to help the world.

Sincerely,

Kyle Carlson

June 12, 2019
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis:

I met Clare when I was about 16 years old in 1996. I bummed a cigarette off of her while we were sitting on the bleachers at a horse show watching a class. She had a little dreadlock hanging out of her riding cap (unacceptable in the "Sport of Kings" world) and I liked her immediately. Our connection was instantaneous and I believe it was that same day that I moved into her hotel room and we spent the rest of the Florida horse show circuit palling around together. We were both young riders in training, aspiring Olympians.

We were definitely from two very different worlds. My father was an unlikely horse trainer of humble Bronx origin–talented but nowhere near the financial realm of the elite clientele he served. Clare came from a background more befitting the "Sport of Kings." None of this was very relevant at the time--in fact, years passed until I even realized who Clare "was" in the bigger picture. Her family name/status had no impact on the terms of our friendship and wouldn't have meant much to me at that time in any case.

As far as the horse world went, Clare always proved herself through a strong work ethic and determined spirit—she never took for granted that her wealth would open doors for her. Clare was *always* the last one in the barn at night. She insisted on staying late and doing all of the most mundane caretaking tasks herself, cleaning tack, mucking stalls, making sure the grooms weren't overworked and that they were well taken care of. This was certainly *not* the norm. She is a passionate protector of animals and her love and compassion for horses, specifically, is something I've rarely seen equaled. She was an elite rider, but to her that meant actually having holistic knowledge of everything related to horse care, not simply mastering riding technique and mechanics. She always referred to her horses as her "children." When Clare finished her work in the barn she often stayed in a rundown Holiday Inn or something comparable. We joked that her horses had better accommodations than she did and laughed about her being the cheapest rich girl I'd ever met. Material trappings and luxurious living held no allure for her. She was seeking fulfillment through a vocation that she loved.

My father (and trainer) passed away when I was 18. My father and Clare also had a special relationship and she came to visit him before he died in 1998. That was the darkest time of my life and having her there to support me was crucial to my emotional survival. Following his death, I sold my possessions and spent the next year traveling and spreading his ashes at some of his favorite destinations. By the time I returned to New Hope, PA, Clare had purchased a property less than a mile away from my family's home. She could have gone anywhere but she chose to be close to me, or at least I liked to think as much. My home was hers. When I returned to New Hope, I started rebuilding my life and career from scratch. Clare offered me a place to live and I moved into the guesthouse of her farm while I got back on my feet. Around this time Clare became involved with ESP and was spending the majority of her time in Albany, NY. I continued to live on her property as a tenant and caretaker for years. That home base afforded me the time I needed to settle after an intense period of flux.

Clare and I remained close through our late teens and into young adulthood. In the late nineties and early 2000s we traveled together a good deal and had many adventures—most of which were inspired by our mutual love for nature and the outdoors. We built debris huts in Nepal, went spelunking in bat caves, planted vineyards in Australia, etc. On one particular trip we visited an inpatient drug rehabilitation center in San Patrignano, Italy, where Clare had been invited to tour a facility that was a new model for therapeutic treatment. Their holistic approach included a long-term community residence and no pharmacological treatments. Clare was very inspired by the agency's mission. She bonded with some of the patients and was intrigued by how their lives had been transformed for the better through this rehabilitation. This modality resonated strongly with her I believe because it was aligned with her strong sense of empathy and her ethical nature. She wanted to connect with and to help people...to serve a purpose greater than herself. This was most evident to me while traveling with Clare. I got to see her interact with all types of people in every context imaginable. She was selfless, gracious and compassionate to anyone we encountered.

I went to visit Clare last week in NYC, the second time since the indictment. We spent hours together reminiscing. Despite our physical distance over the last decade (admittedly related to her involvement with NXIVM, of which I held no affiliation)—she has always remained emotionally and communicatively accessible to me. I can confidently say she is still the same selfless, honest and caring friend I have always known and loved. Our friendship has always remained a priority to her, and for that I am grateful. In a crisis, jam or just needing to talk, Clare has always prioritized and made time for me, despite anything she was involved with.

Growing through life, we all err and exercise poor judgment at times. I have witnessed my friend struggle firsthand. I have seen her doubt her talent and ability simply because of her wealth--something she has no control over. Her accomplishments have been overshadowed by her inheritance, again causing her to doubt her worth. As much as it pains me to write this letter and to read about my friend in the news I am also grateful that Clare will have another opportunity to prove herself. Whatever debt she will repay to society as a consequence of this case, she will do that and 1000 times more voluntarily unrelated to a legal mandate—out of innate goodness and compassion. Clare is a loving builder and a connector. She has had a direct, powerful and lasting impact on my life and the woman I have become. I look forward to her continued ability to share her gifts and talents with others in the world.

Thank you for reading and considering this character reference on behalf of my dear friend.

Sincerely,

Leigh Robertson

August 27, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>"Re: Sentencing of Clare Bronfman</u>

Dear Judge Garaufis:

My name is Linda Chung. I am a business owner working in the financial services industry and living in New Jersey. I am a former corporate lawyer, who worked at Skadden, Arps law firm and Sony Music Entertainment in New York. I graduated from Cornell Law School, Columbia Business School and Dartmouth College.

I am writing to give a character reference for Clare Bronfman. I am also writing to ask for leniency for her sentencing for several reasons. Since I have known Clare, she has been a good friend, kind mentor and such a positive uplifting influence in my life. I am incredibly grateful to know her and call her my friend.

I met Clare in August 2014 in Lake George, New York. I was attending my first Vanguard Week after attending my first Executive Success Program (ESP) training in December 2013. Since then, I have participated in many trainings as a student and as a coach from 2014 – 2018. ESP has helped me learn how to build better habits, develop better relationships with my family and helped me increase my sales in my business to become a top salesperson in my company with national recognition.

I understand that ESP/NXIVM has been the subject of intense media scrutiny over the past years. Many of the people in the community were often portrayed in a negative light by people who did not know us or did not take any of our trainings. As for my personal experience, I know that ESP has changed my life for the better- financially, family-wise and overall, I am really loving my life. Many of the people I met in ESP have shared values of personal growth and helping to build a better world. I have made lifelong deep friendships with people who are like family to me. I can count on them and I am forever grateful to have them in my life.

I became involved with ESP when Evan Horowitz introduced me to ESP in October 2013. A mutual friend, a classmate of Evan's from Harvard Business School, told me that Evan would try to enroll me in his "cult". Even though she told me this, I decided that I would not research or look up reviews of ESP because I knew I wanted to have my own experience of ESP without the bias or prejudice of other people that could taint me own experience. After I took my first ESP training in December 2013, and before I met Clare in person, I read articles about her in Forbes and Vanity Fair magazine. When I met Clare, however, my experience of her stood in stark contrast to what I had read – and still does. I have known Clare for about six years now, and the "Clare" that is written about in the media is an entirely different person than the Clare that I have come to know. The Clare I know is kind and so eager to know and care for others, She goes out of her way to be generous and help people overcome their struggles. Although she has a high net worth, she is very relatable and so down to earth. She is so humble and strives to become a woman of principle and always tries to do the right thing and gives great thought to this. .....

Clare has helped me in so many positive ways. When my brother had a tragic accident, she sent me a very kind, thoughtful email, offering words of encouragement and helpful advice on how to be there for my family in a time of extreme stress and feelings of hopelessness. She reminded me of how I can choose to be there for my family- to be present and caring. She shared her own personal struggle dealing with her father's health issues and how grateful she was to have been with him during those times. I remember thinking, she didn't even know me well yet she reached out to me and helped me more than other family and friends who I have known my entire life.

One of my favorite experiences working with Clare was during Vanguard Week in Lake George. She was responsible for making sure they had good experiences. V week could be a little intimidating for people, especially introverts like Clare, because the retreat is a large group of people. However, Clare had learned how to take care of people, making sure each person had someone else who was looking out for them. She knew I wanted to learn how to take care of people better and be more compassionate, so she invited me to help take care of the people who were coming from NYC. She often gave people what they needed to overcome their fears and help them become better versions of themselves. She did not know me well but she believed in me.

In my experience, Clare has devoted her time and life to helping people overcome life's inevitable challenges. She is always asking how other people are doing and asking how she can help. Even when I visited her while she was under house arrest and facing a prison sentence, she was asking how I was doing, and asked about my family. She truly cares about people. She is truly one of the people I admire the most in my life. She is a true role model. I believe she is a very modest, humble and brave woman who stands up for a principle. I am forever grateful to her. I know my life, and countless others' lives were profoundly better because of her. This is why I urge you to be lenient in her sentencing. In my opinion, my life as well as many other people's lives are better with Clare's help and influence.

Respectfully,

Linda Chung

Aug 26, 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Maggie Dou. I am writing this letter to share my experience of Clare
Bronfman with you. It is my wish that you,beyond your knowledge of the case, get a sense of
the person she is .

I live and work in Canada as a marketing professional, with a focus on international business
development. I have known Clare for about six years, during which she was a mentor and a
dear friend to me. Between the year of 2013 and 2014, I had become interested in health
and fitness, and heard about a remote goals group that focuses on athletics. The group has
participants from several countries who check in with each other every week on progress
and next steps towards a specific goal. When I signed up and became a participant, Clare
was one of the co-mentors as well as a participant with her experience in riding and running.
She was very soft-spoken and quiet, but when she shared her observation, I was impressed
by her precision and potency. At first, I was very task-oriented, and our interactions evolved
around my failures and next steps, but due to Clare's sharing and caring nature, I had
established friendship and some type of partnership with the group. I had noticed that
whenever I struggled with decisions emotionally, I would indulge in unhealthy habits or break
my exercise routine. Clare kindly pointed this pattern out for me and encouraged me to make
it a priority to grow emotional awareness, and healthy choices will come. She checked in
with me on days I needed a little push and on days where I just wanted to hide in bed and
eat chips all day. She made herself available to us whenever we needed her help, and that's
why our relationships extended beyond the completion of my goal on fitness.

Clare helped me tremendously when I was contemplating pursuing something more than my
day-to-day job but was very afraid of changes. I was inspired by her dedication to go after
her mission in life and hence started examining my life more courageously. She often asks
'what is important to you?' when I had trouble making decisions. She always listens
attentively and offers her support and insights on how to make something happen. Clare has
never instructed me on what to do with my life, but instead showed me that if I stay
connected to my values, I can find a way. This is the thing about her - I have never heard her
telling people what to do. She always asks people what they want, and shows them that
there are options, and whatever she can do to help, she does. You know when you have
trouble making a choice, you know exactly who to go to for specific types of advice? Some
people would support one option and some others, based on their personal preferences. I
would go to Clare to get the most objective advice, and on top of that, she usually helps me
see how to make either one a good experience regardless. She consistently inspires people
to find their individual meanings in life, and I find her an empowering person. Because of

Clare's support, I changed my career and have been the most successful I have ever been workwise.

As a friend, I have always experienced Clare as a loving and caring person. She talks about her family frequently and often tells stories of her childhood. Wherever in the world she is traveling, she remembers birthdays of people around her, sends them wishes or brings presents. She remembers what people like, what they eat and not eat, what they needed the last time she saw them, and she always makes time for people. I remember times when she was about to board on a plane but still picked up the phone to talk with me before my exercises, and to make sure that I'm drinking enough water.

The last time I saw Clare along with another friend, she herself was in a difficult situation because of the case and we only had about one hour. She walked in, and instead of talking about herself, she asked "how are you", "how is your family", "how is life", and upon hearing that a person's father had a stroke, she spent ten minutes asking about the father's condition, if the family was OK, and shared stories of caring for her father before he passed away. She asked about a lot of people she hadn't seen for a while and wished they were doing well. I imagine it takes an exceptional capacity to care for people when oneself is going through a hard time in life.

Your honour, I can't articulate my impression of Clare as much as I experience it internally. I will say that I firmly believe her to be a person with the best intentions - intentions to do good, to help, to exercise her potency mindfully in the world, and the world is better because of her. Thank you for your time and patience on reading my letter.

Respectfully,

Maggie Dou

Marc Elliot Productions

███████████

March 2nd, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Marc Elliot. Over the last decade I've been an award winning inspirational speaker on compassion and tolerance. For much of my life, I lived with a severe case of Tourette's syndrome and began my career with giving presentations on the concept of how little we know about each other's lives. Over last decade I've spoken to elementary schools, middle schools, high schools, colleges, med schools, organizations, CEO's and companies all across the nation.

I first met Clare Bronfman when I began taking classes at Executive Success Programs (ESP) in 2010. Although I did not know Clare well in the beginning, I admired her down to earth personality and genuine kindness. I also found it admirable that she committed her whole life to personal growth and helping others. As the daughter of an extremely wealthy father, Clare could have lived a lavish lifestyle. Instead, Clare devoted her time to helping others break through limitations and becoming more joyful in their own lives.

Finally in 2013 I got the opportunity to get to know Clare on a much deeper level as we worked on something called the Tourette's Project together. Let me explain. Using ESP's comprehensive 2 hour educational classes, one-on-one coaching, and a type of talk therapy in combination with lots of hard work, I ended up completely beating my Tourette's mind over body. Literally, if you met me today you would never know for an instant I lived with a severe case of Tourette's for 20 years. With Tourette's deemed by the scientific community a neurological, genetic and involuntary disorder with no cure, many people were blown away at my changes including Clare. In awe and shock from this unprecedented transformation, she ended up funding a project to see if we could replicate the results.

I ended up taking a lead role in the project and lucky for me, my relationship with Clare was far more than her just being a benefactor of this project. Of course I was a bit nervous to start to work with Clare. Remember, I didn't know her well and I knew she was the daughter of Edgar Bronfman. Looking back though, I don't know why I was nervous at all. Working with her has been undoubtedly one of the best experiences of my life. Clare has a way with people that make them feel so at ease and comfortable with themselves. I always felt when I was with Clare that she had my best interests at heart. Even at times when I struggled with something for the project, I never can recall a single instant where she put me down or tried to make me feel bad. She deeply thought about people and the people we were helping.

As for the project, with Clare's extreme generosity, the expenses needed for each individual that wanted to see if my results were replicable with them were covered. I know for certain that without Clare's generosity most of these individuals might be living with the difficult symptoms Tourette's Syndrome presents to this day.

Over the years of working with her on this project, I found she primarily cared about one thing - helping people overcome the symptoms that disabled them in their lives. She understood the implications of what it would mean if people could overcome the symptoms of their Tourette's. Knowing the impact that the project could have around the globe, she graciously contributed and funded this project with the hope to relieve the suffering of millions of people who live with Tourettes, Obsessive Compulsive Disorder (OCD) and other neurological disorders around the world.

I know there have been allegations of mistrust surrounding the Tourette's project, but all I can say is that NXIVM helped me beat my Tourettes when nothing else over the last 20 years could. Luckily, someone shared this education with me and my life is so much better because of it.

As a small example of Clare's caring nature and desire to help others, she took me under her wing as a running partner. In the beginning, we didn't run more than 3 miles as I had hesitancy to increase the mileage. With her enthusiastic and kind nature she pushed me little by little each time to increase the distance. Within just a few weeks, with her continual help to push through my limitations, I felt inspired enough to go for a life long dream of completing a half ironman. Seven months later, after swimming 1.2 miles, biking 56 miles, and running 13.1 miles I crossed the finish of my first half ironman in Southern California. Without Clare by my side in the beginning and coaching me throughout my training, I never would have gone for and completed that dream.

I can now say, Clare is one of my dearest friends and I am proud to say that. She's taught me more than most, what it looks like to be a kind human being. Knowing her the way I do, if it is the case that she must have jail time in your eyes, I sincerely hope you give her the most lenient sentence you can give. The world doesn't need people like Clare in jail. Instead, the world needs more people like Clare around.

Sincerely,

Marc Elliot

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 25th, 2020

To whom it may concern,

For some people being born into wealth is a privilege, for others, a curse.

For my friend Clare, I think it's been both. I've known her for many years and I've seen people who—only knowing her by the family name—go to great lengths to try to get her support. Also, people who—without ever seeing the color of her eyes—despise her just for what the abstraction her "privilege", name or zip code represents to them.

When I first saw Clare I, too, passed the unspoken and obvious judgements most of us make when we meet people with this kind of curse. The truth of the matter is, I consider myself fortunate I was able to have the soundness of judgment to see beyond this prejudice because in doing so, I got to meet an amazing human being and a most loving best friend.

She has a no-nonsense and down to earth personality; I've always found her excited to roll her sleeves whenever the situation required it. She's the kind of person that, if she loves horses—for example—she won't stop at talking about them or watching them run through the pastures; her dedication and training as a show jumper will match that of any other Olympic athlete. But her love and commitment goes beyond that; If her horses were to become ill, she'd spend sleepless nights by their side until they got better. If her horses' caretakers didn't show up to work, she'd instinctively take this as a chance to do a deep clean of the stables with her own hands. This is very "Clare".

When it comes to her friends, I can say with the degree of authority that only 17 years of knowing a person can grant that Clare is one of the most caring and kind hearted people I've met in my life. She's generous in the only legitimate way that exists; by being giving, you actively leave yourself without that you want the most: When Pam—her best friend and one of the people she has loved the most—was living through her last months' battling with cancer, Clare knew that—now more than ever—every moment with her best friend was precious. Naturally, those of us who loved Pam wanted to be around her, and just as much, we all wanted to make her days as meaningful, as loving, as comfortable as possible; sometimes, in order to make an opportunity for the latter, you need to spend your time and efforts away from where your heart is. There were doctors, hospitals, clinics, treatments, etc, that sounded like wonderful possibilities to make Pam's days better but her health was already very compromised and we didn't want her to travel unless we knew it was the best option we could find for her. Therefore, meeting these possibilities first hand was a must and it was going to required somebody traveling to ensure it was indeed the best option. I saw Clare make the impossible choice to leave Pam's side and travel so she could attest to the reliability of these possibilities. Tears in her eyes and the heavy heart that feels like you won't effectively be able to pull up your soul from the floor—and with the full understanding of the sad choice she was making—she spent many weeks away from her best friend's last months of life in order to open the possibility to "bring back" hope to her. This is Clare, she will give up what is dearest to her heart for somebody else to have a chance at a better life.

Having been born into the life she was born—even though it brings an abundance of opportunities—it is her golden work ethic, her sensitivity to being true to herself and her habit

of constant evaluation (those values instilled at home at an early age) that have given her the true privilege. It would be a pity if all that she has created was to be given away to people not as ethical, nor as morally driven, not as kindhearted, as her. And if her hands and feet were metaphorically tied for the rest of her life, it would be a tragedy because she has so much to give.

My hope is that through this letter, Your Honor, you will get a sense of the Clare that I have grown to love, admire, and respect. I hope that you will also get a sense of the beauty of her soul, and see that she has so much good to offer this world. Thank you for taking the time to read this letter..



August 23rd 2019

Hon. Judge Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

I met Clare Bronfman a little over four years ago when I started working at the Wakaya Club and Spa in Fiji. Although the nature of my relationship with Clare has been mostly professional, I have always felt close to her, due to her natural kind ways and warm attitude towards myself and my family.

As a woman, business owner and mother, moving my family to Fiji was a big decision which I was not entirely sure would work. However, after meeting Clare and interacting with her I felt comfortable. Clare has a way of listening and "being there" that is rare to find these days in people. Happily my intuition has proven right.

Through the years working with Clare I have observed a woman who is consistent. Her thoughts, words,and actions are always aligned, another trait of character that is not very common to see. She is always upfront and honest with her feelings, tastes and opinions and she has always been extremely respectful of other's opinions and decisions even if they hurt her .

However, the thing that I mostly admire about Clare is that her decisions are never unilateral or based on what she wants. In fact its normally the other way around. Her decisions are generally well thought and take into consideration all the people involved, even if that means putting her own needs or interests aside.

From my experience, Clare's main concern has always been the island's community welfare. She constantly shows concern about sharing with the staff better practices that can help them lead better lives. Clare loves to share her ideas of healthy nutrition and shifting from sugar based diets for the benefit of the people in the island. Clare has also been very supportive with the education for the children on the island, not only by supporting it financially but also by showing genuine interest in it and sharing true excitement with the children's progress in education.

Many times I have been asked by friends and family why do I still work with Clare despite the bad press she has received. And I always answer, I dont know many young, single, wealthy, healthy individuals who show as much genuine interest and love for other fellow humans as Clare does.

Thank you for your time.

Marielle Hajj
Executive Chef
Wakaya Club and Spa
FIJI

December 5, 2019

Hon. Nicholas G. Garaufis

United States District Judge

Eastern District of New York

Room 1426 S

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Garaufis:

My name is Mark Miness and I have known Clare since approximately 1996 when we met on the horse show circuit as teenagers. Clare and I became fast friends, bonding over our shared love for animals, an insatiable passion for riding horses, and an earnest desire to find a place of belonging. From far too early of an age, both Clare and I were responsible for our own wellbeing and care, with little-to-no parental or adult supervision. While we both had financial means, neither of us had the kind of familial support, positive influence and guidance that typically help young adults navigate the world and shape their character. Instead, our horses, dogs, and a small circle of trusted friends became our family and support systems. We travelled, lived, ate, and competed together. And while Clare is a bit younger than I am, I have always admired her for her gentle spirit, selflessness and her innate commitment to use her fortune to make a positive impact on the word. While I believe these qualities make Clare a very special person, her ambitions to use her money for altruistic purposes, combined with her trusting and loyal nature has, in my opinion, left Clare susceptible to entrusting herself and her finances to undeserving people.

In my experience, the picture that has been painted of Clare does not accurately depict the good and decent woman that I know and love. In our many years of friendship, I have witnessed Clare use her wealth to help both friends and strangers in need, housing people when they had nowhere else to go, taking in stray animals, along with general acts of kindness too numerous to recount. As Clare acknowledges, she has made serious mistakes and has not always acted in a manner that I believe reflects her true character. However, by accepting responsibility for her actions and facing the consequences for those actions, I believe that Clare has clearly demonstrated both humility and remorse. Her willingness to accept accountability has confirmed for me that Clare remains a good person who wants nothing more than to lead a good life. Good people can make mistakes, but those mistakes should not overshadow all of the good that a person has done over their lifetime and what's in their heart. I've personally witnessed and experienced Clare's generosity countless times and while some of her actions may have been wrong, I have no doubt that her intentions have been consistently pure and good.

During my teenage years, horses were my salvation from the stress of a dysfunctional family, coming to terms with my sexuality, and a general lack of stability or a support system in my life. Battling depression and anxiety, I had few close friends and was unsure about where I belonged in the world. Having Clare as my friend was truly lifesaving during these times. She served as my most trusted confidant and was the person that I would seek out for guidance and advice, which was reliably wise and insightful beyond her years. When I was at my lowest points, Clare was by my side supporting me with empathy, loyalty and always without judgement. When I needed a shoulder to cry on, she was there. When things were particularly bad at home for me, Clare opened her home to me without hesitation.

To me, the qualities described above are what makes Clare a special person and why I have chosen to stand by her as she has done for me so many times throughout our friendship. Clare has paid a steep price for her mistakes, including deeply strained relationships with friends and family, which, above all else, has been devastating to her. I have decided to stand with Clare because I know that her heart is pure and all she's ever wanted is for her life to have purpose and meaning. Clare has chosen to take accountability for her mistakes, face the consequences for her actions, and has committed to learn from this experience in order to do and be better. I truly believe that everyone deserves forgiveness and a chance for redemption, no one more than Clare. If given the opportunity to, I know Clare would dedicate her life to making up for her mistakes and recommit her life to helping others.

Sincerely,

Mark S. Miness



5th November 2019

Honorable Nicholas G Garaufis
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn
New York 11201

Dear Sir

My Wife and I would like to supply you with a character reference for our niece Ms Clare Bronfman. We have obviously known Clare all her life, first meeting her in New York as a baby, over the years we have taken her on family holidays skiing in Italy and have welcomed her into our home at various times.

I have three Daughters all of which are keen horse riders, Clare who is very accomplished show jumper has assisted them on numerous occasions with their riding, my youngest daughter Stacy spent time with Clare in America looking after her horses and riding out when Clare was trying to get into the Olympic Show Jumping team for the USA, she had a great time during her visit and had nothing but praise for the way Clare looked after her.

Having known Clare all this time we were shocked to hear what she has been accused of, this is not the Clare we have come to know and love, she is a warm caring person with high morals and strong family values who has always been, and is still very welcome in our home.

If you feel we can be of any assistance to Clare please do not hesitate in contacting us we will always be there for her.

Regards

Mr & Mrs D J Cleal

Natalia Gaviria

██████████

February 25th, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Natalia Gaviria, I was born and raised in Medellín, Colombia and moved to the United States when I was 15 years old with my family, precisely to Boca Raton, FL. I graduated from high school from St. Andrew's School, went to Ringling School of Art and Design in Sarasota, FL., and lived till 2002 in Florida working as an Interior Designer at an international award winning firm: The Pavlik Design Team. After getting a masters degree in Milan, Italy, I moved back the the US, precisely to New York City. I graduated as a health supportive chef in the year 2008 from The Natural Gourmet Institute and continued working as a chef in the city. I became a proud Citizen of The United States in January 2019. I am happily married to a wonderful man and we have 2 1/2 year old twin girls. We are currently residing in Medellín, Colombia where some medical issues with my pregnancy brought us.

In the year 2008 I was amidst a career change, unsure of myself, and very anxious about my professional future as well as my personal life. In this year I attended a NX-IVM/ESP program. I very quickly became a coach in ESP and continued to attend some of their programs.

While being a coach in ESP I was very lucky to meet Clare Bronfman. During the 8 years that I was in the coaching program, I was able to work together with Clare on many projects that required my expertise in cooking, as well as spending time together outside of the context of NXIVM. Every single interaction that I had with Clare for 8 years, she was consistent in how she was caring and kind with me, with people around her that were close to her, and also with people that she did not know. I have very specific moments in my life where Clare, or "Clarita" was an important part of. In the summer of 2016 she helped organize a very special bachelorette dinner party for me before my wedding. She took care of all details to make sure that it would be a special night for me. She took such care in looking for the right present for me, a hand spun blanket made in the khadi tradition (Indian), which she knew was something I would treasure. Other moments that stand out from my friendship with Clare was at her sisters wedding in France in 2014, although she was very busy organizing and being the key contact person in her sister's wedding, one day she noticed that I was having a hard time with

something and asked me to take a walk together so we could talk so she could help me sort out what was going on.

At another occasion where we were traveling together and I was having issues with my return flights back home, she left what she was doing aside so she could help me figure out the best way to solve the problem. I was able to get home in time.

All in all, these are just a few moments of the moments that I shared with Clare.

I write this letter with hope that through recounting some of my experiences with Clare Bronfman for 8 years can give your honor a sense of how positive these experiences were and the type of individual that she is, a caring, compassionate, good friend, generous, funny, and smart woman whom I care for and admire very much.

Thank you very much for taking the time to read this letter.

Respectfully,

Natalia Gaviria

Hon. Nicholas G Garaufis
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

August 28, 2020

Dear Judge Garaufis,

My name is Nicole Clyne and I am writing as someone who has known the woman you are about to sentence, Clare Bronfman, for over fifteen years, in many different contexts. First, let me tell you a bit about myself. I was raised by a single mother in Vancouver, BC. I played sports, musical instruments and excelled at academics. After graduation, I pursued a career in acting in parallel to my studies, and considered myself a student of life. I still do.

I came to know Clare Bronfman when I first attended Executive Success Programs in Albany, NY. She was a coach in the program and worked on the video team at the time under a successful filmmaker. I had heard from others that her family had a lot of money, but she was one of the most shy, unassuming people I had ever met. I learned that she had a background in show jumping and that learning to film was completely new territory for her. I remember admiring her for starting something new later in life and having the humility to be a beginner again.

I didn't speak to Clare much at first, although I saw her around as I took more trainings and eventually moved to Albany myself. Shortly after moving, Clare was assigned to be my coach. It was then that I learned just how different we really were. Clare grew up around horses and later used to joke that she preferred socializing with animals more than with people. It wasn't entirely a joke at the time. During the time that she first coached me, we had a very difficult time and I will explain why. Clare is one of the most hard-working and disciplined people I have ever met. As a showjumper, she worked tirelessly at her sport and put all of her mind, body and soul into being excellent. That meant doing everything from training to mucking stalls, and no type or amount of work was beneath her. I, on the other hand, despite coming from humble beginnings, had had success as an actor at an early age and really didn't know what it meant to work hard for something. I had largely relied on my intelligence and talent to get where I had, and I didn't have a lot of work experience outside of acting at the time. Needless to say, I think I was a bit of a conundrum to Clare.

Despite our differences, we tried in earnest to build a coaching relationship, but after several months decided it wasn't the best fit. There were no hard feelings, and I continued to consider Clare a friend. I think more than anything it was my own insecurities that got in the way. Being someone who is very sensitive to others' emotions and wants everyone to be happy, I perceived Clare to be in a perpetual state of disapproval. This would lead me to feel rejected and unable to be honest in my struggles. What I came to learn, however, is that Clare was not

judging me in the way I thought at all. Clare simply didn't make the facial expressions I was seeking to feel validated and approved of. As I came to know her better through her thoughts and actions, I realized that her expression was not reflective of the person underneath: she is one of the sweetest, most kind-hearted and generous people I have ever met in my life.

In 2015, shortly after Clare's father passed away, which was a tremendous loss for her, my own father had to have a life-threatening surgery. My father, who lived in Vancouver, Canada, had COPD and required 24/7 oxygen, but he was only able to get heavy cylinder tanks for home use and small portable tanks that might run out if he was out in the community. Knowing this, Clare offered to give my dad her father's Oxygen Concentrator machine, which plugged into the wall and produced oxygen non-stop. It wasn't even something I thought was possible, since it was a good-sized machine and would need to be shipped from NYC to Vancouver, go through customs, etc. But Clare made it happen. I couldn't believe it. Neither could my dad, nor did he ever forget it. Up until his dying day, he asked about Clare and vice versa. They had a special bond even though they had never met in person.

I would like to share an excerpt of the letter my dad wrote to thank her, that he asked me to print and personally deliver:

> *"I was very sorry to hear about your father and I offer my sincere condolences.*
>
> *Early on in my business career I was in a senior operations position with a National Winery and became interested in your father's business dealings with Seagram's. I read many newspaper and magazine articles about him and was always impressed with his business acumen.*
>
> *So, when Nicki mentioned you as someone she was very close to and someone who was also working on herself using ESP's tools, it provided me with a tremendous level of assurance that she was safe, was in very good company and was doing something I consider essential to leading a fulfilling life. I say that because I spent 7 years working very hard on becoming the person I always wanted to be. It proved to be the best time investment I've ever made and has given me a great level of internal peace over the past 17 years. So, good on you guys for recognizing the opportunity at a much younger age than I did.*
> *…*
> *Your gift of the Respironics Oxygen Concentrator is an unexpected, but much appreciated, part of the overall solution and is already proving its worth.  I have colour in my face I haven't seen in a couple of years.  For that I am eternally grateful.  You can ask Nicki about the problems I've had getting one.*
>
> *Again, thank you.*
> *With kind personal regards,*
>
> *Randy"*

I wholeheartedly believe my father lived a longer life due to Clare's generosity, thoughtfulness and warm heart. But this is just one example of many. Thankfully, Clare and I were destined to become close friends despite our disparate backgrounds and worldviews, perhaps even

because of them. As we both grew in our own individual ways, we began to see our strengths as complementary and our weaknesses as ways we could help each other. Over the years, Clare has been that friend who would give me honest feedback that no one else would, but that would be necessary for me to truly become who I want to be. I like to think that I have contributed to Clare coming out of her shell and to nurturing her sense of humor. She has inspired me to be more disciplined and hard-working, and I think I have inspired her to laugh and relax a little more. And we have both helped each other be more accepting and loving with ourselves, because it is always easier to see when someone else is hard on themselves.

Clare is a person who is always self-reflecting and evaluating her conduct in an effort to become a better person. I witnessed her on many occasions seek advice and counsel from third parties to make sure she was being ethical and fair in her business dealings, and to mitigate any blind spots she may have because of her unique financial situation. I think there was a time when Clare was generous to a fault and many people took advantage of that, and as a result she worked very hard to evaluate and honor ethical value exchanges.

Clare held an important role within NXIVM. She was in charge of operations and took her responsibility very seriously. Not only was she in charge of overseeing that different departments within NXIVM operated effectively, but she also put much of her energy into putting on events that brought joy and entertainment to the community. I was always amazed at how much she cared about the quality of experience people had at our community events, especially since she herself didn't live a particularly entertainment-focused or materialistic lifestyle. The values of humanity and community are very important to her, which is why the last couple of years being isolated from her closest friends and support system have been especially devastating. It pains me daily that I can't share my struggles and my successes with her the way I did for so many years. It pains me even more that I can't be there now for her in some of the hardest moments of her life.

From the bottom of my heart, Clare is one of the sweetest, most earnest and compassionate souls you will ever meet and I sincerely hope you consider how much she has already endured as an effect of her charges and the hate campaign against her and other people who were part of NXIVM. Clare is the type of person who would bring a lemon back to a store if she realized she had been charged for one less than she got. I have not known her to take advantage of anyone and if she has made mistakes, as we all do, she is the type of person who seeks to right her wrongs. I know that Clare will take this experience and use it to build compassion and wisdom, and I hope that she will be able to contribute to the world in positive, meaningful ways sooner rather than later, because I know that is what she will do.

Sincerely,


Nicole Clyne

Date; 14/01/2020

**Hon. Nicholas G. Garaufis**

**United States District Judge**

**Eastern District of New York**

**225 Cadman Plaza East**

**Brooklyn, New York 11201**

Dear Judge Garaufis:

My name is Niumaia Niumataiwalu, a current resident of Wakaya Island, Fiji and it is a privilege for me that I know Clare Bronfmansince 2013.I am a Fiji citizen. I really consider her as a nice person and respectable businesswoman.

I met her about 7 years ago while she came and took over the ownership of the resident or property that I was managing here in Wakaya Island. She is very generous and kind . Along with that, she treats each and every person with kindness and our relationship with each other is just as a family member.

I wish to confirm that I,Niumaia Niumataiwalu, have been employed as Resident Manager for Clare Bronfman since 2013 before I became Manager Civil and Ground after Clare took over the Wakaya Club ownership since 2016.

After spending a delightful time with her, I came to know that she is a wonderful personality. She is hardworking and caring as well.

That's why it is a great honor for me to consider her to be a great family friend of mine.

Ever since I met Clare, I would boldly say without doubt that you are dealing with a person of very good moral character. Clare operates with integrity, and never has a bad word to say about anyone. She is also hardworking and dedicated and never leaves a job unfinished.

On a personal level, may I just say that I really like Clare, and I have no doubts about her abilities to consider other people around her.

As a native Fijian and long-timeneighborhood resident, I believe that her background, professional credentials and personal traits make her a highly desirable owner and resident.

During my time asClare'sResident Property and Civil Manager I have seen that Clare is the sort of person who works well with others, follows the rules and is both friendly and courteous. Clare is an ambitious and dedicated go-getter. For as long as I have known her, she has alwaysbeenreliable. She is also quick to lend a hand when other peoplerequest for needy assistance. Her involvement in neighborhood Primary SchoolEducation has drawn the community closer together. She is never loud or rowdy, and always happy to give advice when needed.

I firmly believe that moreneighborhoods and businesses would be better off if they had members as hard-working and caring as Clare.

Thank you

Yours Truly

Niumaia Niumataiwalu

# I Love Acupuncture



Paul Kempisty, MSTOM, L.Ac.
552 Broadway Suite 5S
New York, NY 10012
(917) 657-7246
iloveacupuncture@hotmail.com
www.iloveacupuncture.net

January 20, 2020

Honorable Nicolas, G. Garaufis,

I'm writing this letter to offer some personal thoughts and comments regarding the case of Clare Bronfman.

I met Clare several years ago when she visited my acupuncture clinic in NYC. I had previously consulted with and treated her sister, Sara, who then referred Clare into my care. After this initial contact, a number of years went by until I was contacted by Sara once again, asking if I could provide in-home care for Clare as she was legally confined to her NYC apartment. And so, since April 2019, I have been meeting with Clare twice per week to offer health counseling and acupuncture, each visit lasting approximately ninety minutes. In this time, she has shared much and I have witnessed a profound process of someone deeply engaged in a legal struggle they never imagined to find themselves in.

When I first met Clare, part of our health and wellness oriented discussion was focused on subjects like diet, herbs, exercise and meditation. At this time, Clare was genuinely excited to share with me her earnest involvement in a self-help and personal growth group, Nxium, which seemed to involve both participation in structured group workshops, financial contributions, and informal interactions and instructions with the group leader, Keith.

After some curious internet searching, I surmised Nxium looked like many other self-help and spiritual growth groups and noted that the leader, whom I have never met, was described as a bright and charismatic genius type of person. My impression was that he was acting as a sort of guru but without the religious element. There was absolutely no indication that I could discern from Clare that she was aware of, or privy to, any unsavory activity, although I did note that as she was a wealthy individual, the group seemed fortunate to have its administrative operations partially supported by her.

Fast forward to 2019, and while I was genuinely surprised to learn about the allegations of sexual misconduct surrounding the center of the Nxium group, I was even more shocked to learn that Clare was somehow being swept into the center of this monstrous legal tornado. The reason for my confusion was that, as in my first meetings with Clare, and reinforced quite clearly during the past ten months, Clare sticks out as one of the least, how shall I say, "sexual" individuals I've ever met. Clare's daily personal narrative is decidedly not at all centered around sexuality nor sexual associations. She does not have the profile of someone who would need to go to extreme measures to satisfy some sort of out of control appetite for sexual activity, or knowingly associate with those that do.

While I can see that Clare's vantage point as an active group participant and financier may have allowed her to be a meaningful witness regarding the administrative mechanics of Nxium, I simply cannot reconcile the allegation that she is somehow purported to have been an active and informed enabler and perpetrator of these awful acts at the center of the Nxium case.

Some topics that have emerged during our ten months of discussions have struck me as compelling and I'd like to share some of them in this note as a means to offer a little more depth and texture in understanding what kind of person Clare really is.

As a general observation, I've found Clare to be an exceptionally kind and humble person. One who works tirelessly to help others and to see the best in others, even in those who have hurt her terribly. As a wealthy and socially privileged individual she has had innumerable experiences of people trying to rob, cheat or take advantage of some part of her, and it seems that her default setting is one of forgiveness and compassion towards that other person's suffering condition, rather than focusing only on her own loss or suffering.

Clare lives a frugal and conscientious lifestyle. She eats sparingly and dresses modestly. There's no fancy jewelry or watches, no designer clothes or shoes, no ostentatious or vulgar displays of wealth or power in her home. These may seem like insignificant observations, but I feel they represent the root of genuine goodness and decency in her core.

Clare has mentioned that while it seems at times that her wealth and privilege may have actually worked to encourage a degree of prejudice against her during these legal proceedings, particularly related to sensational media coverage, rather than wallowing in self pity, she has instead proactively taken it upon herself to become more educated.

Even when Clare mentions navigating current legal circumstances that may be exceptionally stressful for her, she appears to agonize over choices or actions based on how authentically these actions reflect her deep sense of truth and moral correctness rather than how beneficial they may be for her legal case.

I mentioned earlier that Clare follows a vegan diet. This means that in order to avoid harming or killing other living creatures, she actively avoids consuming any animal derived food products, including meat, fish, dairy, eggs etc. Just before Christmas, Clare slipped on icy steps and twisted her back to the point that she could not move without excruciating pain. She needed assistance to get out of bed and even to use the toilet. When I arrived to treat her I also brought some herbal remedies that can help with inflammation, reduce pain and speed up repair of soft tissue injuries. However, later that day when Clare noticed that the medicine had animal derived collagen in it, she would not take it, although it meant prolonging her own personal suffering. Again, this observation could be easily dismissed, but I feel it really helps to describe a person who is fundamentally opposed to hurting others, even if it means more suffering for herself.

In summary, I hope to make clear my personal impression that Clare Bronfman is an exceptionally good and moral person. A kinder and more caring human than most. I feel that Clare's role in the Nxium saga has been misunderstood and I also feel that Clare's already extensive time under house arrest has been a significant punishment that has battered her to the very core of her being. I hope and pray that you may please consider these earnest observations when deciding on Clare's future.

Sincerely,


**Paul Kempisty**

Paula Kent



March 27, 2020

Honorable Nicholas G. Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

Having grown up spending many childhood hours and days at my home in Essex, UK, with my cousin Clare Bronfman, I write to express my reference of character for her.

Clare, as a child, was relatively shy, reserved and thoughtful.

As a teenager, she was never interested in what most teenagers are. She never went to the pub, had boyfriends or intimate relationships, or did the normal social things teenagers do. Maybe it is because she was focused on other interests, maybe she was perhaps a little prudish, or maybe she just didn't feel comfortable with herself. I was never sure.

Our friendship continued into adulthood and though I saw her less frequently, because she lived abroad, I always saw her the same. Clare is still shy and reserved, caring and always considerate.

Clare is Godmother to my eldest son, ███ and has always been there for him and cared about his wellbeing. I remember her cringing at my birth stories but then loving feeding ███ at bedtime when he was barely a week old.

I know Clare to be very serious, professional and focused in anything she does. When she does something, it is always at 100%. Competitive riding for example: I am an equestrian, as is our entire family, and so I understand the commitment and effort it takes to be a professional rider. We were always impressed with Clare's commitment, professionalism, and hard work. Of course she could buy nice horses, but no one who knew Clare as a rider could ever say she didn't equal her privilege - or even try to over-compensate for it - with hard work and commitment.

As the eldest in our generation on this side of the family, I was able to observe my cousins grow up and come into their circumstances of inheritance. I always teased them for being our "rich cousins" but I can't say they were ever "posh" or "snobby" like you would expect rich people to be - if anything they seemed to think little of themselves and feel lost.

I have said that my cousins had "poor little rich girl" syndrome. It was obvious to me that once they became adults they could have anything money could buy, yet they weren't interested - all they desperately wanted was to find purpose and meaning in their lives. It is this search that I believe brought Clare to Nxivm, and I believe it did help fill that void for her. It helped her find a purpose and give meaning in her life, and to feel like she was contributing something positive to the world.

I don't think my cousin ever had intentions of hurting anyone, that's not who I know her to be. I believe she thought she was doing good, helping people and making the world a better place.

Clare has and would always be there for myself and my family, as we would be there for her - as she is a valued friend and relative. My sons, who aspire to be professional athletes and equestrians, have a lot to learn from her. I really hope they have the opportunity to do so.

If I can be of any further assistance, please do not hesitate to contact me.

Yours Kindly,

Paula Kent



May 21, 2019

Judge Nicholas G. Garaufis

United States Courthouse

Room 1426 S, 225 Cadman Plaza East

Brooklyn, NY 11201

**Re: Character Reference for Clare Bronfman**

Dear Honorable Garaufis,

I knew Clare when she was in her pre-teens as the daughter of a friend of ours. Her sister, Sara and Clare used to come to Kenya and stay at my home where I had quite similar aged daughters and all got on fine as little girls do. We had ponies and horses, a small but beautiful farm where life was as close to bliss as parents might wish for. I believe she saw me as a sort of father figure and I was very happy to reciprocate warmth.

Clare was very normal, responsive and clearly bright. She noticeably had concerns about people's welfare and I recall that we arranged for both sisters to spend a ten day visit with a traditional Maasai family. This included going to school as a pupil with her friends and she had totally immersion in the world of the Maasai in Kenya. I felt that being aware of her family's wealth needed to be put into a perspective of reality.

During that period of her childhood, I saw her quite often whilst I was a guest of her mother. Most of my memories were of Clare holding on to her real love for hoses and she began showing her horse at quite large events. She was successful and popular with some friends of her own age in the horsey set. Her success was handled with decorum throughout. A "good" normal teenager!

Clare has a very supportive family and clearly could and should return to a normal and useful life again, especially if she were to remake her life in England or at least well of clear her circle of contacts that have not been good to her. At heart, I believe she is a good person (yes, very stupid with bad company) but certainly able to bring her life back together again and be a force for good going forward.

Sincerely,

Richard E. Leakey, FRS
Chair, Turkana Basin Institute
Professor, Department of Anthropology, Stony Brook University

MR. RONALD STEWART
Oxford B.A.,M.A.,B.C.L.
Headmaster

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

February 24, 2020

Re: CLARE BRONFMAN

Dear Judge Garaufis,

As someone who has known Clare Bronfman since she was born, it is very sad to see her present problems. I would like to write to say that in all the years my family has known her, she has been a kind, gentle and delightful child and then young lady. We have had her with us on holidays, spent considerable time with her, and she has always been a sweet person who all of us enjoyed being with.

I have seen literally thousands of young people in my 51 years of being Head of a school, and I can see how Clare, in her desire to help and support what she thought was a good cause, could be sucked into supporting a cause that was as bad as Nxium was. But my wife and I see Clare as a charitable and kind woman who wants to change the world for the better, and I fear that her naiveté was exploited and as a result she is in her present predicament. Sometimes, as in her case, trying to help others can make one vulnerable to manipulators.

We have only seen the caring (and occasionally earnest) side of Clare; eager to do good and hoping to improve the lives of others. She has always been aware of the good fortune she was born into, and as a result has been anxious to use her resources for the good of others. That she had those resources that she wanted to do good and help all, resulted her in being a highly attractive and easy target for the creator of Nxium. In this, he was aided by her good nature and innate kindness.

I am sure that Clare has been through a great deal of self-reflection since the true nature of Nxium has been revealed. I cannot imagine how mortified she feels. But I do know that she is a gentle soul who has only shown to all of our family that she cares deeply about assisting others, and that the very qualities that make her a really decent person have caused her great suffering about what has come out about Nxium, and will forever burden her.

Clearly this young lady is at a cross road in her life. I hope, and my family echoes this, that you can see your way to giving this genuinely sweet young lady an opportunity to use her energy and resources only for the good in the years to come, having already learned a frightening lesson which will surely guide her actions in the future.

Sincerely,

Ronald P. Stewart



# RYAN CONSTABLE

04/11/2019

Honorable Nicholas G. Garaufis

United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
USA

Dear Judge Garaufis:

By way of background, my name is Ryan Constable, I am a founding Director of Esportif International, one of the world's leading rugby management agencies. I played professional rugby for thirteen years in Australia and Europe and represented the Australian National team as well as being captain of the Australian Sevens team at the Rugby World Cup Sevens in Hong Kong in 1997. Born in South Africa, raised in Australia, I am 48yr's old, married with four young children and now live in Belfast, Northern Ireland.

I have known Clare for over a decade on a personal and professional level and I'm privileged to call her a friend. From the moment I met Clare I was struck by the sense of compassion she has for people and her acceptance of people for who they are. Admirably given Clare's financial resources, Clare has never been concerned about the materialistic things in life, she has always been about people and community. Clare has helped many people I know to overcome their limitations in life and with her encouragement, nurturing and support become better versions of themselves. For me personally, I know I'm a better husband and father as a result of my interactions with Clare, something I will be forever grateful for.

I have no reservations in sharing my experiences of Clare as I find her to be one of the most considerate, caring and non-judgemental people I have ever met and truly feel I have learnt to embrace these parts of my own character as a result of the time I have spent and hope to continue spending with Clare.

Shortly after I first met Clare when we were across in Jersey, Clare invited my whole family up to her house to spend time with her and went out of her way to ensure my two youngest boys, ███████ and ███████ had a fun time.

Yours sincerely,

Ryan Constable

2

Wayne N LeBaron

███████████████

June 10th 2019

Honorable Nicolas G. Garaufis
Unites States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Wayne LeBaron, I was born and raised in Northern Mexico, my Father has many children and we all worked together on his Farm and cattle ranch, we raise Pecan Nuts and cattle for a living, I went to college in Oklahoma on a bull riding scholarship and have since lived in the US doing things such as Being a drywall contractor to quarrying limestone and selling the aggregate by barge down the Mississippi River to South Louisiana where I live today.
I first met Clare in 2010 when we were invited to New York to discuss the actions that we took after my younger Brother had been kidnapped for Ransom and my older Brother, because of his movement that led the rescuing of my younger brother without paying any ransom, had been murdered.

I am from northern Mexico and my family has seen a lot of violence, Clare and her associates seemed moved by how we dealt with such violence so they invited us to New York because they wanted to provide some insight on what they believed could further help our situation and it did help greatly, movements were made that were all non violent and was able to mobilize entire communities to aid in the first sight of a crime against them or other communities. I am very grateful to Clare and her associates for this and especially her Zest for wanting to do good in the world and the way she acts and works for it always. Clare showed a lot of empathy was very approachable and seemed to really hear and feel what we were going through, Also what we were up against.

The trainings that so many members of my family got were of Much value, with what we took from the trainings provided by Clare and her associates, we as a small community have been able to influence many other communities to be non-violent. The Trainings consisted of several weeks and several trips to New York, most of which we could not afford.

Clare opened her house to us and was extremely generous, I am for ever grateful for her kindness but especially her example of putting forth such great effort to make the world a better place. My experience of Clare is someone who gives all that she has and is for the betterment of mankind.
It is my prayer that you will consider these things that I say with all sincerity of heart in any decision you chose with Clare and her associates.

Sincerely,

Wayne N. LeBaron

Sean M. Sweeney



March 23, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Sean Sweeney and I live in the greater Albany, NY area, as I have since before taking any NXIVM-associated personal development programs. From January, 2010, I took multiple ESP, SOP, Jness, and other NXIVM-associated intensives, never becoming a coach in ESP. These courses helped me greatly with stress while working as a PhD research engineer, and in other areas of my life as well, such as in having better relationships.

I believe I first met Clare Bronfman in 2010 at one of the social events for people who had taken an ESP training. Since then I have known her on a social level and have always experienced Clare to be a nice person and someone who cares. I saw her running Vweek for several years, and remember her making announcements and gently asking people to be considerate of others, such as by respecting quiet hours and keeping common areas clean. I remember her saying how filled with joy she was to see how the children at Vweek interacted with each other so nicely and looked out for each other. I remember her telling me she enjoyed my hard rock performance one year at the Vweek talent show because she enjoyed seeing me having fun and expressing myself on stage, even if hard rock was definitely not her thing.

Based on these and other experiences of Clare, my personal opinion is that she's someone who cares about people, and about doing what she thinks is right. I genuinely believe she wants to be helpful and do good in the world. I think that's why she gravitated towards NXIVM and ESP, because she saw them as ways to do good, as did I.

I hope this account helps you to gain even a small bit of insight towards Clare's true character.

Thank you for your time and consideration.

Sincerely,

Sean M. Sweeney

Wakaya Island
Fiji

## To Whom It May Concern

I, Sereana Marama of Rai Ki Wai Estate, Wakaya Island, Lomaiviti, Fiji hereby declare that I have known Claire Bronfman for the past five years whilst being employed as a Caretaker for her residence here on the island.

During the five years of my employment I have come to know Claire personally as someone who exudes compassion and love for her employees and to the community of workers here at Wakaya. She has a very soft spot for the children on the island and has really supported the upgrade of the local school to provide the best for the children of the workers.

Whenever she is on the island she spends a lot of time reading to the children and just visiting the families who live here. Each household here at Wakaya holds a special place in their heart for Claire simply because of her down to earth nature and her love for everybody.

As an employer she makes great effort to see that her employees are well taken care of. I have been privileged and lucky to have had the opportunity to travel to America to have medical treatment for my hip. Claire had been there all the way, she even had my husband and my daughter travel with me to the States. At the moment my daughter studies in New Zealand and Claire supports my daughter's educational needs.

Claire is a vegetarian and her love for everything natural has trickled down to us her employees. She has encouraged me a lot to be mindful of my family's way of life, the food we eat, how we interact with others and our love for Nature. I have come to see her more as a daughter than as my boss and I believe that she deserves all the happiness that life has to offer.

We miss her presence here on the island and we know that God has a higher calling for her and I hope that my little experience and knowledge of her character and personality that I shared will shed a light of how great a lady she is.

Sereana. Marama

12th January 2020

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis :

My name is Seremaia Senilagakali nd, I am the Project Manager at ACK Management Pte Ltd on Wakaya Island, Fiji. I am Fijian and I was working on Wakaya for the previous owner, Mr Gilmour, before Clare took over ownership of this little paradise, Wakaya Island

I first met Clare when she visited Wakaya after she bought the Raikiwai property from its previous owner, John Farrand. I was the Island Operations Manager then, looking after logistics, infrastructures, and engineering on the island. I was introduced to Clare by my Wife who was Resort Manager then.

My first impressions of Clare are that she is Kind and Genuine;

One of Wakaya's worst moment, like the rest of Fiji, was in the early year of 2016 when Cyclone Winstone, a CAT 5 cyclone, hits our shores. The devastation it left behind was the seal of the plan of the previous management of Wakaya to let go of 80% of employees due to ongoing financial issues.

Clare took that "uncertain of the future" feeling away from all of us and gave us hope as she took over ownership if the island. She also helped staffs whose homes were destroyed or partly damaged by the cyclone by donating materials for them to rebuild their homes. She continued to impact our lives through the management team here on the island in the promotion of healthy living, continuous growth, and communityship.

I also have the pleasure of a one on one meeting with Clare to discuss my future with ACK. Having her meeting me in person instead of the company General Manager or the HR solidifies my stance that she is genuine about my growth as a person and as a manager in the Company as she is kind.. I also lost my Dad two weeks before the Cyclone and she relates to me on a personal level having gone through the same. This gave me comfort knowing that I work for someone who also cares bout my emotional wellbeing.

The community here on our little paradise shares our love and our prayers for Clare on the great help she has shown us and hope this will continue.

We also hope that we will be shared with our community eyes on Clare being a help and not a threat to the public as some believed it to be, and shared faith that she will live a lawful life characterized by a sense of purpose.

Yours Sincerely,

Seremaia Senilagakali

Stacey Cummings



7 June 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Stacey Cummings from Witham Essex in the UK, I work within a large Financial Services firm called Aegon as a Call Centre Coach. I've known Clare all my life as we're cousins but didn't see each other much when we were young children.

Whenever Clare was in the UK she would visit and I would be fascinated by her as an Athlete as she was an international Showjumper and this was what I aspired to do in the future. She has always been so passionate about everything she does and would have intense conversations about her dreams to be in the Olympics.

Clare was always so supportive in my interest in horses and there to give advice when I needed it in my teen years when we were both competing.

As I had a shared interest in show jumping with Clare when I got to spend time with her, she was so interested to know what I wanted to achieve in life and gave me advice from her own experiences. When you have a conversation she gives you 100% of her attention and you know she really cares about what you have to say.

We've always kept in touch and she invited me to visit her farm in Albany when I was having a hard time in my personal life. Without any hesitation she invited me to fly out to visit her and the horses and I stayed at the farm for a few days. She was there when I needed some timeout and listened to what I was going through at the time without judging me.

I did lose touch with Clare for a few years after my visit to Albany. I met my husband and started a family and time just runs away with you. I reached out to Clare around June 2018 and we have spoken weekly ever since. I now feel we have a stronger relationship than ever and I can speak to her openly about anything. Clare offers me support in any aspect of my life and I hope she feels that I support her the way she does to me.

Clare is an extremely kind hearted person and gives you her undivided attention. She's very passionate, supportive and generous friend and cousin that I'm so happy our friendship has grown stronger and I have a true friend.

Yours sincerely

Stacey Cummings

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY11201

August 26, 2020

Dear Judge:

My name is Suneel Chakravorty. I graduated from Harvard College with a degree in mathematics and I now reside in Brooklyn, New York. I am by profession a data scientist and software developer. My past business was a software consulting firm, which I grew to 15+ employees from 2015-2018. I love teaching people to code and learn new skills to advance their career and that is the focus of my new business, teaching people how to use the tools of coding, data analysis and data science.

I am writing this letter of reference for Clare Bronfman because I believe I have unique insight into her character, as I have befriended her during a very challenging part of her life. I met Clare once or twice in passing in the 2 years that I was in ESP, from 2016-2018, but I only got to know her better in the past year. While I did take some ESP courses, I was never a professional coach and was never employed by NXIVM or its affiliated entities.

From June 2019 to this moment that I'm writing this letter, I have had the pleasure of spending time almost every week with Clare and getting to become her friend. Usually we'll go on walks or runs in the area that she is allowed to walk in on the days she is allowed "outside time" and other times she makes me some healthy, nutritious vegetarian lunch or we'll watch an inspiring movie together. We even watched Eliud Kipchoge break the 2-hour barrier for running a marathon.

Since July of 2019, she has been encouraging me to run, which has been one of my lifelong dreams which I had shied away from because of prior injuries. She has supported me in helping me come up with training plans to compete in a 5K in Brooklyn and a 10K in Central Park and would check in with me throughout the week on how I was feeling, how my legs and body were adjusting, and my general progress. I found this not only incredibly helpful but also very moving.

She is someone that has been made out to be someone terrible and facing years in prison yet in every interaction with her, her chief concern with me is how to help me progress and grow.

One thing that has been tough for her is that she can't see most of her dear friends, because almost all of her friends for the last 10+ years are people affiliated with NXIVM. I have seen firsthand how this isolation from her friends has been on her. She spends most of her time alone in her apartment, with some breaks from that solitude through visits with me and tangential acquaintances from her past or her doctors and lawyers.

She has expressed to me how hard it has been not being able to see her friends. However, she has implored me to not to share with anyone that I visit her because, as she explained to me, she is not allowed to have contact with certain people affiliated with NXIVM and she does not want to run the risk of violating any part of her release conditions. I believe this shows the type

of person she is. Even though it is hard for her to be so isolated, she respects and honors the court's orders. This became even more apparent when I started to visit Keith Raniere in prison. When I informed Clare that I was considering visiting him after trial ended, she instructed me to keep the content of the visits to myself because she cannot have any type of communication with him. I saw first-hand how important it was to her that she remain in compliance with her release conditions ordered by the court.

On Christmas Eve 2019, I witnessed another severe downside of her isolation. I received a call from Clare around 5 or 6 in the morning in which she asked me if I could come over as soon as possible. She explained that she had had a terrible back spasm, passed out in her bedroom and knocked her head against something on the way down. Luckily one of the staff in her building was able to help her to the couch. By the time I got to Clare's apartment, she was looking very bad. She was immobile, on the couch and drained of energy. I spent the next 3 days and nights with her, helping her to convalesce. She couldn't move at all on her own, so I made her food, brought her water, helped her take her medicine, change her ankle monitor, and even brought her to and from the bathroom, lowering her down onto and raising her up from the toilet seat.

When we experience these indignities of illness, normally we have our family, or a partner or an old friend to help us through these somewhat humiliating circumstances. But because of Clare's unique situation with the bail conditions, her family being on a different continent, and her lawyers and doctors were out of town for the holidays, all she had was me: a guy friend that she had only really known for a few months at the time.

I am grateful that this experience brought us very close together but I was also very sad to see how she was in a situation where, without my being there, I'm not sure how she would have managed at all. While I know this situation was extremely hard for her, she never once complained to me, and I mention this story because I know she never would.

Although I believe that some of the effects of this isolation have been extremely difficult for Clare, she has not complained at all to me and has not blamed anyone. Instead, she only expressed gratitude that I was able to be there to help.

As her sentencing has approached, I have seen her deal with the stress of this situation, and it has impacted her health and general wellbeing. That said, in every walk, every run, every lunch we have had, she doesn't burden me with her stress. I imagine that the words I'm writing will sound hard to believe for anyone who has read what is written about her, but all I can tell is you is my genuine experience of spending time with Clare during one of the most difficult and unique periods of her life. I believe she is a good person with strong moral character and an earnest desire to help those around her. Most of our conversations have centered around how to help people and what she can learn from her situation that will empower her to have a positive impact in the future.

I humbly request that you grant her the most lenient possible sentence so that she may use her considerable skills and resources for the betterment of others.

Sincerely,

Suneel K. Chakravorty

*Veronica Collignon*
*February 24th, 2020*
*Honorable Nicholas G. Garaufis*
*United States District Court*
*Eastern District of New York*
*225 Cadman Plaza East*
*Brooklyn, NY 11201*

Dear Judge Garaufis,

My name is Veronica, I am an artist, wife and mother of 2 lovely children.
Clare is someone dear to my heart and a close friend. She's one of the godmothers to my oldest child.

I met Clare about 8 years ago through my husband. He always spoke highly of her.
The first time I interacted on a deeper personal level with her was through work.
She would constantly find opportunities for me to create value with my design skills. I find she would do this often for other people, it's a quality of hers to help others by opening opportunities where they would thrive. She was always kind and enthusiastic. She was a pleasure to work with, very clear in what the goal was yet very sweet and compassionate when she gave feedback. She would seek to build a personal connection with each member of her team.

She opened up her home to my family, she would host us in her house, it wouldn't matter the hour of our arrival or how much time we would stay, we were always warmly welcomed. I saw her do this for many other friends as well. During these visits I would see her stay up until late working on her computer and would be the first one up to start her day exercising. She's hardworking and disciplined.

Another instance I experience how caring and committed she is, is when a dear friend of hers passed away and she took her dogs under her wing with love and dedication. The dogs were not well trained; they would pee everywhere and destroy the furniture and no matter what was the situation she would be loving towards them. They would even sleep in her bedroom, on her bed, with her.

Every time I spend time with her and my kids she's kind and sweet, soft voice and calm. She's always thinking about new activity to organize for them that will be fun and educative. She makes them laugh with silly dances, prepares a chocolate hunt at her apartment, build gardens with blocks and encourage them to explore her home even if that means them making a mess.

I love her and I care for her well-being. I admire her, I would never want to be in her position and yet every time I visit her she offers a sweet smile, a cup of tea and a positive conversation to share.
I deeply hope Judge Garaufis that my words today help you know Clare for the caring, loving, disciplined and hardworking woman she is.

Most Sincerely,

Veronica Collignon

Warren Kent



5th November 2019

Honorable Nicholas G Garaufis
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn
New York 11201

Dear Sir

I would like to start by introducing myself, My name is Warren A Kent and I am married to Mrs Paula C Kent, cousin of Ms Clare Bronfman and mother of our four boys.

I first met Clare back in the early 90's when I was invited to a family Birthday Party. I can quite honestly say Clare was one of the first members of the family to welcome me along with her sister Sara. Whilst being very polite and welcoming she seemed reserved and a little shy. From that day on we became very good friends and over the years have always kept in touch in one way or another.

I can remember on one occasion , Clare was competing in a very important International Show Jumping Event, where focus was key, but as soon as Clare was aware of our arrival she broke away to welcome us, and took precious time out to show our boys around. This was not necessary, but Clare would not have it any other way, and as soon as the boys had been truly spoilt with Clare's time she then switched back to being Show Jumper Clare. I would like to think that my boys took a valuable lesson from this in which yes you can be focused and professional, but also be friendly and welcoming.

Clare has always been a true friend and would be someone I could contact and be sure of a friendly, honest, warm, straight talking, unbiased and sympathetic ear. I would say Clare has been brought up with true family values and i'm proud to call her my FRIEND.

Yours faithfully

Warren Kent