

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS:TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 1, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Clare Bronfman, et al.
                Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

      The government respectfully requests an extension until September 14, 2020 to submit its sentencing memorandum as to defendant Clare Bronfman. Bronfman's counsel has no objection to this request and has requested a similar one-day extension, until September 22, 2020, to file a reply.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/ Tanya Hajjar
        Tanya Hajjar
        Assistant U.S. Attorney
        (718) 254-6109

cc:        Counsel of Record (by ECF)