

U.S. Department of Justice

United States Attorney
Eastern District of New York

NS:TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 1, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Clare Bronfman, et al.
Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

The government respectfully requests an extension until September 14, 2020 to submit its sentencing memorandum as to defendant Clare Bronfman. Bronfman's counsel has no objection to this request and has requested a similar one-day extension, until September 22, 2020, to file a reply.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By: /s/ Tanya Hajjar
Tanya Hajjar
Assistant U.S. Attorney
(718) 254-6109

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: September 2, 2020

cc: Counsel of Record (by ECF)