# Exhibit B

GOVERNMENT
EXHIBIT
**GX 1820**
18 CR 204 (S-2) (NGG)

| | |
|---|---|
| **From:** | Keith Raniere <keithraniere@yahoo.com> |
| **Sent:** | Wednesday, September 13, 2017 5:27 PM |
| **To:** | Clare Bronfman |
| **Subject:** | What are your thoughts? |

Ms. ▮▮▮▮▮▮▮,

I am the chief attorney of a criminal investigation in Mexico of more than 20 individuals tied together in a cooperative destructive network. These individuals, including yourself, have been acting against individuals who participate in the NXIVM corporation community.

You are currently connected to several criminal investigations involving fraud, coercion, extortion, harassment, stalking, theft, larceny, hate crime, criminal conspiracy, breaking and entering, computer crimes, wire fraud, criminal enterprise, and corporate espionage.

I strongly suggest that you cease and desist, undo, reverse, cancel, and retract, participation in all past, present, and future, conversations, conference calls, meetings, news media, social media, blogs, or websites, relating to this subject matter until the criminal matters are resolved. You should do everything in your power to affect this.

Your best course of action to minimize your exposure, in addition to the above, is to repair all damages to parties you have acted against, reconciling with them, and fully cooperating with the criminal investigations. In this regard, I can help you for I represent some of your victims and have access to others.

I know that people in the media (and also bloggers and the like) can be coercive, abusive in their power, and force unwitting, uninformed, participants to complicate situations and potentially even waive rights. You still have the ability to pull away from all participation with these people.

Please contact me as soon as possible,

EXHIBIT B-001

VDM_NXIVM00013914

| | |
|---|---|
| **From:** | Clare Bronfman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Wednesday, September 13, 2017 5:52 PM |
| **To:** | Alejandro Betancourt |
| **Subject:** | What are your thoughts? |

Ms. ▮▮▮▮▮▮▮

I am the chief attorney of a criminal investigation in Mexico of more than 20 individuals tied together in a cooperative destructive network. These individuals, including yourself, have been acting against individuals who participate in the NXIVM corporation community.

You are currently connected to several criminal investigations involving fraud, coercion, extortion, harassment, stalking, theft, larceny, hate crime, criminal conspiracy, breaking and entering, computer crimes, wire fraud, criminal enterprise, and corporate espionage.

I strongly suggest that you cease and desist, undo, reverse, cancel, and retract, participation in all past, present, and future, conversations, conference calls, meetings, news media, social media, blogs, or websites, relating to this subject matter until the criminal matters are resolved. You should do everything in your power to affect this.

Your best course of action to minimize your exposure, in addition to the above, is to repair all damages to parties you have acted against, reconciling with them, and fully cooperating with the criminal investigations. In this regard, I can help you for I represent some of your victims and have access to others.

I know that people in the media (and also bloggers and the like) can be coercive, abusive in their power, and force unwitting, uninformed, participants to complicate situations and potentially even waive rights. You still have the ability to pull away from all participation with these people.

Please contact me as soon as possible,

1

**EXHIBIT B-002**

NXIVM00129399

## Olmedo Gaxiola & Abogados, S.C.

Ms. ████████████,

I am the chief attorney of a criminal investigation in Mexico of more than 20 individuals tied together in a cooperative destructive network. These individuals, including yourself, have been acting against individuals who participate in the NXIVM corporation community.

You are currently connected to the criminal investigations involving fraud, coercion, extortion, harassment, stalking, theft of trade secrets (which includes use of trade secrets compromised of, amongst other things, client lists), criminal conspiracy, computer crimes and corporate espionage.

I strongly suggest that you cease and desist, undo, reverse, cancel, and retract, participation in all past, present, and future, conversations, conference calls, meetings, news media, social media, blogs, or websites, relating to this subject matter until the criminal matters are resolved. You should do everything in your power to affect this.

Your best course of action to minimize your exposure, in addition to the above, is to repair all damages to parties you have acted against, reconciling with them, and fully cooperating with the criminal investigations. In this regard, I can help you for I represent some of your victims and have access to others.

I know that people in the media (and also bloggers and the like) can be coercive, abusive in their power, and force unwitting, uninformed, participants to complicate situations and potentially even waive rights. You still have the ability to pull away from all participation with these people.


Please contact me as soon as possible,

Lic. Ricardo M. Olmedo Gaxiola


EXHIBIT B-003

**To:** Clare Bronfman
**From:** Keith Raniere
**Sent:** Mon 9/18/2017 1:31:43 PM
**Subject:** Draft

Ms. ████████████

You are the only person receiving this letter. This overture is against my better judgement as I feel there is little probability of success yet more expense, but I am writing you on my clients' behalf. If you do not respond affirmatively to this letter by 1:00pm September 19th I will need to proceed as previously required. I will then not contact you informally again.

My clients want to give you this opportunity to cooperate and minimize the impact on your life. The criminal investigations will increase in number, and thoroughness, and will not stop until justice is served. This will not go away.

The group with which you are involved contains individuals who have already served prison time, others who are currently indicted, and some that face extradition proceedings. The others are under investigation for quite serious crimes. The form of justice to which they subscribe is trial and conviction by media, personal opinion, and abuse of power. They appear to have no issue with committing a crime when it suites them. They use the actions of others to justify this. Whether the person they target is right or wrong, this method of persecution is very wrongful. You must separate from them completely to mitigate the effects on yourself.

Please divest yourself from this wrongfulness and this group. Please write to me affirmatively by the above deadline indicating you will cooperate fully. I can also help you with any criminal investigations within the United States.

Sincerely,

EXHIBIT B-004

# *Olmedo Gaxiola & Abogados, S.C.*

Ms. ████████████,

You are the only person receiving this letter. This overture is against my better judgement as I feel there is little probability of success yet more expense, but I am writing you on my clients' behalf. If you do not respond affirmatively to this letter by 3:00pm September 19th I will need to proceed as previously required. I will then not contact you informally again.

My clients want to give you this opportunity to cooperate and minimize the impact on your life. The criminal investigations will increase in number, and thoroughness, and will not stop until justice is served. This will not go away.

The group with which you are involved contains individuals who have already served prison time, others who are currently indicted, and some that face extradition proceedings. The others are under investigation for quite serious crimes. The form of justice to which they subscribe is trial and conviction by media, personal opinion, and abuse of power. They appear to have no issue with committing a crime when it suites them. They use the actions of others to justify this. Whether the person they target is right or wrong, this method of persecution is very wrongful. You must separate from them completely to mitigate the effects on yourself.

Please divest yourself from this wrongfulness and this group. Please write to me affirmatively by the above deadline indicating you will cooperate fully. I can also help you with any criminal investigations within the United States.


Sincerely,


**Lic. Ricardo M. Olmedo Gaxiola**


EXHIBIT B-005

Sunday, March 4, 2018 at 1:33:20 PM Eastern Standard Time

| | |
|---|---|
| **Subject:** | J████████ Fwd: State Attorney Directive |
| **Date:** | Wednesday, November 8, 2017 at 8:08:12 PM Eastern Standard Time |
| **From:** | J██████ |
| **To:** | ████████ |
| **Attachments:** | E11802BE-5B9B-44DD-B496-76D98FF65EE8[3].png, not J████.doc, ████.jpg |

**GOVERNMENT EXHIBIT**

**GX 447 R**

18 CR 204 (S-2) (NGG)

Begin forwarded message:

**From:** Diego Ruiz Durán <druiz@bufeteruizduran.com.mx>
**Subject: State Attorney Directive**
**Date:** October 11, 2017 at 5:23:02 PM HST
**To:** <████████████████████>

Dear J████:

 My name is Diego Ruiz Durán and I am an attorney  whose services have been engaged by NXIVN Mexico. I took the liberty of writing to you to let you know that the State´s Attorney´s Office in Mexico, has issued some directives against you and another individuals  . Attached please find such directives which will also be presented to you via certified mail. You should know that I also took the liberty to translate such document to English for your understanding.


Best regards,


# BUFETE RUIZ DURÁN S.C.
## ABOGADOS


Diego Ruiz Duran
Bufete Ruiz Duran S.C.
Andres Bello Numero 10 Piso 6
Col. Polanco Del. Miguel Hidalgo
Mexico D.F. C.P. 11550
Tel. (52 55) 36010726, 5553 0223, 5286 0018
Fax 36010601
--------------------------------------------------------------------------------------------------------

Este mensaje y sus anexos son confidenciales. Si usted recibió este mensaje por error del remitente, le agradeceremos eliminar el mensaje y sus anexos y no copiarlos y difundirlos. De igual manera le agradeceremos avisar cuanto antes al remitente, vía telefónica o correo electrónico.
This message and any attachment ara confidential. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient do not copy this message o attachment or disclose the contents to any other person.Thank you.

EXHIBIT B-006

Page 1 of 3



"Año del Centenario de la Promulgación de la Con
los Estados

Ciudad de México, a 1
Carpeta: CI-FSP/B/UI-B-

J███████████

**PRESENTE.**
DOMICILIO 3950 LAUREL CANYON BOULEVARD STUDIO
CYTI CA. ,91604.

Por medio del presente y con fundamento en lo dispuesto por los artículos 1, 8, 14, 16
Constitución Política de los Estados Unidos Mexicanos, 108, 109, 127,129, 131 y **137**
de Procedimientos Penales, y los Acuerdos A/002/2015 y A/013/2015 emitidos por el C
de Justicia de la Ciudad de México, solicito a usted de cumplimiento a las sigu
protección:

Se abstengan de realizar conductas de intimidación o molestias a ALEJANDRO BETA
quien tiene el carácter de Apoderado Legal de la persona moral, "NXIVN MÉXICO", S
**DE CAPITA VARIABLE**, así como a los clientes o personas que se relacionan con la
comento.

En razón a la denuncia presentada por ALEJANDRO BETANCOURT LEDESMA A
persona Moral "NXIVN MÉXICO", SOCIEDAD ANÓNIMA DE CAPITAL VAI
encontrarse relacionado en la carpeta de investigación citada al rubro como
aparentemente constitutivos del delito de extorsión.

Así mismo se le informa que caso de incumplimiento de lo anterior se le impondrán l
estipuladas en el artículo 104 fracción I del Código Nacional de Procedimientos P
desde una amonestación hasta el arresto por 36 horas, independientemente de
penal.

Sin otro particular, hago propicia la ocasión para enviarle un cordial saludo.

RESPETUOSAMENTE.

**EXHIBIT B-007**

Page 2 of 3



CDMX
CIUDAD DE MÉXICO

"Año del Centenario de la Promulgación de la Constitución Política de los Estados Unidos Mexicanos"

Ciudad de México, a 11 de octubre de 2017
Carpeta: CI-FSP/B/UI-B-1 C/D/03510/10-2017
Delitos: Extorsión.

J████████████

PRESENTE.
DOMICILIO 3950 LAUREL CANYON BOULEVARD STUDIO
CYTI CA. ,91604.

Por medio del presente y con fundamento en lo dispuesto por los artículos 1, 8, 14, 16, 20, 21 y 133 de la Constitución Política de los Estados Unidos Mexicanos, 108, 109, 127,129, 131 y **137** del Código Nacional de Procedimientos Penales, y los Acuerdos A/002/2015 y A/013/2015 emitidos por el C. Procurador General de Justicia de la Ciudad de México, solicito a usted de cumplimiento a las siguientes **medidas de protección**:

Se abstengan de realizar conductas de intimidación o molestias a **ALEJANDRO BETANCOURT LEDESMA** quien tiene el carácter de Apoderado Legal de la persona moral, **"NXIVN MÉXICO", SOCIEDAD ANÓNIMA DE CAPITA VARIABLE**, así como a los clientes o personas que se relacionan con la sociedad anónima en comento.

En razón a la denuncia presentada por **ALEJANDRO BETANCOURT LEDESMA** Apoderado Legal de la persona Moral **"NXIVN MÉXICO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE** y por usted encontrarse relacionado en la carpeta de investigación citada al rubro como imputado por hechos aparentemente constitutivos del delito de extorsión

Así mismo se le informa que caso de incumplimiento de lo anterior se le impondrán las medidas de apremio estipuladas en el artículo 104 fracción I del Código Nacional de Procedimientos Penales, que comprende desde una amonestación hasta el arresto por 36 horas, independientemente de alguna responsabilidad penal.

Sin otro particular, hago propicia la ocasión para enviarle un cordial saludo.

RESPETUOSAMENTE.
"SUFRAGIO EFECTIVO, NO REELECCIÓN"
EL C. AGENTE DEL MINISTERIO PÚBLICO.

LIC. FERNANDO JOSÉ GÓMEZ

PROCURADURIA GENERAL DE JUSTICIA
DEL DISTRITO FEDERAL

PGJ
PGJ DF

FISCALÍA PARA LA INVESTIGACIÓN DE DELITOS
COMETIDOS POR SERVIDORES PÚBLICOS
UNIDAD DE INVESTIGACIÓN
SIN DETENIDO B-1

PGJ

EXHIBIT B-008

October 11th 2017, Mexico City
Criminal File: CI-FSP/B/UI-B-1 C/D/03510/10-2017
Felony: Extorsion

▋
Present
3950 Laurel Canyon Blvd.
Studio City, Ca.
91604

Take notice that according to the dispositions contained in  Articles 1, 8, 14, 16, 20, 21 & 133 of the Constitution of the United States of Mexico; Articles 108, 109, 127, 129, 131 & 137 of the National Code of Criminal Procedures  as well as Mexico City´s State Attorney´s Agreements A/002/2015 & A/013/, I hereby request the compliance of the following restraining measures:

Stop, abstain and refrain from incurring in any type of intimidation, acts of nuisance or disturbances against ALEJANDRO BETANCOURT LEDEZMA, legal representative of "NXIVN MEXICO S.A DE C.V.", and/or against "NXIVN MEXICO S.A DE C.V. and/or  against any client (s)and/or any person with any sort of relation to the Company referred herein.

The above, as a consequence of the criminal notice filed by ALEJANDRO BETANCOURT LEDESMA, legal representative of "NXIVN MEXICO S.A DE C.V." in which you appear as a  suspect of the extorsion investigation refered herein.

Additionaly, take notice that failure to comply with such measures shall bring along the imposition of urgency measures as provisioned by article 104 (i) of the National Code of Criminal Procedures. Such measures vary from a warning up to an arrest for 36 hours  alongside criminal responsabilities that shall arise.

Respectfully
State Attorney Agent


Lic. Fernando José Gómez

EXHIBIT B-009



GOVERNMENT
EXHIBIT
**GX 1393R**
18 CR 204 (S-2) (NGG)

| | |
|---|---|
| **From:** | Clare Bronfman <clarewbronfman@gmail.com> |
| **Sent:** | Thursday, December 14, 2017 2:54 PM |
| **To:** | Marianna ▓▓▓▓▓▓  Brian Elliot |
| **Subject:** | Final Public letter - not to go live til you have my final thumbs up |
| **Attachments:** | Clare letter dec 12 2017 v3 .docx |

Marianna, there are a few minor changes - this is the final text.

1

EXHIBIT B-010

NXIVM00103500

The past few months have been deeply painful for many of us at NXIVM, as we have seen our friends, associates, and the organization we care deeply for come under fire. Some have asked me why I remain a member and why I still support NXIVM and Keith Raniere. The answer is simple: I've seen so much good come from both our programs and from Keith himself. It would be a tragedy to lose the innovative and transformational ideas and tools that continue to improve the lives of so many.

There have been many accusations made and I have taken them seriously. Determining the truth is extremely important to me, therefore, I have personally overseen the hiring of outside experts to interview and investigate the allegations. I can say firmly that neither NXIVM nor Keith have abused or coerced anyone.

I retired from a very successful career as a professional show-jumper because I wanted to do something more meaningful with my life. NXIVM is that. As I said, the programs help. I am happy, healthy and wealthier than I have ever been. I frequently hear and witness stories of individuals improving relationships with loved ones, achieving business goals they never imagined, and overcoming some of the most debilitating conditions, amongst other things.

My experience with Keith is no different. I have witnessed his kindness even in the hardest of times, I have seen world leaders, business leaders, doctors and others seek his counsel on some of the hardest topics and I am inspired by the humility and compassion with which he approaches them all. I know him to be a man dedicated to the betterment of the lives of others, and most importantly for me, he is a dear friend who has and continues to help me through the hardest decisions and moments in my life, including my father's illness and eventual death

Lastly, while I am not and never have been a member of the sorority, I was reassured to hear from various third party experts that the sorority has not coerced nor abused anyone. In fact, the sorority has truly benefited the lives of its members, and does so freely. I find no fault in a group of women (or men for that matter) freely taking a vow of loyalty and friendship with one another to feel safe while pushing back against the fears that have stifled their personal and professional growth. It's not for any of us to judge how they, or anyone else, choose to advance their lives and values.

EXHIBIT B-011

NXIVM00103501