# Exhibit C

GOVERNMENT EXHIBIT
GX 1491R
18 CR 204 (S-2) (NGG)



From: she[REDACTED]
To: clare[REDACTED]
Sent: Tue, 11 Nov 2008 8:26 am
Subject: Re: yours

Happy to help, but a detective with no leads is blind. Share what you can and I will do my best. You guys have everything to gain and a lot to lose done badly. Others are not so at risk.
Sent from my Verizon Wireless BlackBerry

---

**From**: clare[REDACTED]
**Date**: Tue, 11 Nov 2008 02:01:52 -0500
**To**: <sh[REDACTED]
**Subject**:

Steve,
I apologize if I have offended you in any way, I certainly do not consider you a puppet and your feeling this way points only to my misuse of your help. There is evidence on a lot of things and you are correct, there is someone involved in a different way. Your observations were very astute. We also have evidence of clear prejudice, wrong doing and intent to destroy Nxivm's reputation (Sara's and mine along with it) by a different party. The Times Union has written many front page stories all supporting those who have damaged us, with their criminal acts (Sara and I are to this day owed over $2 million). They have failed to seek any of the facts, even to the point that they have published Hochman's work without his permission. They have published several articles with false evidence, and have refused to meet with or interview the company's President. The owner of this entity is George Hearst. I am sure you recollect the situation back in the 70's with Patti Hearst. In the case brought against her she defended herself through accusations of "brainwashing". As any person who values their intelligence is aware, brainwashing implies a lack of Free Will and has been scientifically debunked - even prisoner of war camps have never been successful in brainwashing inmates and if there were truly an effective method of brainwashing it would revolutionize the prison system! I can certainly make a logical leap, given our other evidence and the actions of The Times Union, that Hearst carries an active prejudice against us.

I do believe that if Hearst were to understand that we do not "brainwash" people, we teach tools of logic and critical thinking (the antithesis), things might be different. I do know that Bill Clinton, in his last day in office, pardoned Patti. He might be able to help.

As it relates to the funding of Rick Ross, I do not need to know who is doing what, I just want this to stop. I am sorry if I mistakenly attempted to direct you, I hold you in high regard in these matters and believe you to be capable of bringing about a solution, in whatever way you see fit. I also believe you can rapidly facilitate the proper indictment and conviction of Rick Ross and Joseph O'Hara.

1

EXHIBIT C-001

VDM_NXIVM000232273

Clare

-----Original Message-----
From: sh▓▓▓▓▓▓
To: clarev▓▓▓▓▓▓
Sent: Mon, 10 Nov 2008 1:57 pm
Subject: Re:

Typical -- friend or enemy. When your father called me, he said that you and sara had specifically asked him to ask ne if I would be willing to help you, not him. It is not that I wouldn't want to help you; your behavior makes it clear that you want nothing more than a puppet. Under those circumstances, I don't how to help you.
Sent from my Verizon Wireless BlackBerry

From: clarev▓▓▓▓▓▓
Date: Mon, 10 Nov 2008 13:44:28 -0500
To: <she▓▓▓▓▓▓
Subject: Re:
Steve,
I am confused. I was under the impression that Dad had asked you to come in and help resolve this situation, that he wanted to help us turn things around, and confided in you to do so. If you do not want to, or feel that you are not able to just tell me and I can find someone who is able to.
Clare

-----Original Message-----
From: s▓▓▓▓▓▓
To: clarev▓▓▓▓▓▓
Sent: Mon, 10 Nov 2008 8:53 am
Subject: Re:

```
I, too, have given our conversation considerable thought and have concluded that  I can
be of no help without adeqaute information, and I do not have that now.  In addition. I
get the distinct impression that you have some information I  should know, for instance,
Venessa's involvement. I consider myself being  "played" or "gamed." I am not a messenger
with the information I have now.  Hence, no discussion with Edgar. ------Original
Message------ From: clare▓▓▓▓▓▓     To: Stephen Herbits Sent: Nov 10, 2008 1:39 AM
Subject:  Steve, After much consideration, I have chosen to withhold any evidence at
this point.  I believe that trust is   built, and we have not done so yet. I do believe
you have the capacity to work  with Dad and the family,  considering your history, depth
of knowledge and intelligence, and the  relationships you have built over  the years,
without the evidence that I have.  Dad is back in the city tomorrow. Please let me know
how things go, I will be  available all day.  Thank you,  Clare          ----------------
Instant access to the latest & most popular FREE games while you browse with the  Games
Toolbar - Download Now!
<http://pr.atwola.com/promoclk/100000075x1212904500x1200818240/aol?redir=http://toolbar.a
ol.com/games/download.html?ncid=emlweusdown00000004>      Sent from my Verizon Wireless
BlackBerry
```

Instant access to the latest & most popular FREE games while you browse with the Games Toolbar - Download Now!

2

EXHIBIT C-002

GOVERNMENT EXHIBIT
GX 1492R
18 CR 204 (S-2) (NGG)

From: Stephen Herbits <sh███████████
To: clare███████████
Sent: Mon, 24 Nov 2008 7:10 am
Subject: Your most recent

Yours of 11/20:

"Steve, Thank you. One of the outstanding situations that is problematic is as follows; back in 2006 a letter was sent to both Sara and Nancy from Forbes, I am attaching the letter, from the letter it is clear that Forbes attained certain data points that were extremely private and confidential. Question 4, regarding the $20 million loan from Citibank, was only known to Sara, myself, the trustees, and David Stoll. The first two questions referring to Sara and I's will; it was Sara's will and even I did not know about it until after the letter from Forbes was received. At the time this letter was received by Sara the only people privy to this information were Sara and David Stoll. When we confronted Forbes about the matter they stated that two trustees had verified the facts. I am not sure who would stand to gain in such information getting to Forbes, or having such an article written, but it does bring up some serious questions.
It brings up questions of attorney - client privilege. I would like to know what happened, who did this and why. This needs to be remedied. Thank you, Clare"

Clare, are you asking me to ask the attorneys? I am happy to ask, but you should know that the implied implication of your email to me, which under law is a "publication" could be considered slanderous and could cause the firm to take action to defend itself and its integrity. These are extremely expensive and as it involves the media, may not be resolved favorably to those making the accusations unless they can prove the action and the intent. The cost of the suit to the winner is often assigned to the losing party.
--
Stephen E. Herbits

EXHIBIT C-003

GOVERNMENT EXHIBIT
GX 1493R
18 CR 204 (S-2) (NGG)

EXHIBIT C-004

From: Stephen Herbits
To: clare
Sent: Sat, 6 Dec 2008 8:03 am
Subject: Re:

Clare,

I know from our conversation that you have received and read my memo on trying to intimidate Ross through indictments. I have nothing to add to that.

I also believe, from our correspondence, that you have received and read my emails that asking Kaye Scholer to try to get Fortune to correct the story the printed contains some risks. I am happy to pursue that if you wish.
On Thu, Dec 4, 2008 at 9:59 AM, <clare                          > wrote:
> Steve,
>
> If you really want to help us; we need the following;
>
> Regarding the Ross case20-  The "Ross camp" needs to be fearful, back down and look
> to fix the damage they have done; the thought of criminal charges may help inspire this.
> Ross's attorneys are well funded. Where ever that is coming from - be it Mars - it needs
> to stop. I know you are incredibly resourceful and have the intelligence to figure this out.
> I don't need to know who is funding them, how you stop that from continuing, in fact I
> don't want to know - it just needs to be done, and quickly.
>
> Regarding Forbes - They need to make right what they did wrong. It must be a controlled
> effort to turn around the negative image they have inflicted upon us.
>
> Steve, please protect who ever you need to protect - and do what you need to to bring
> these requests to fruition quickly.
>
> Respectfully,
> Clare

Trim your tree and your spending! Get the AOL Holiday Shopping Toolbar for money saving offers and gift ideas.

1

VDM_NXIVM000233861

GOVERNMENT EXHIBIT
GX 1494R
18 CR 204 (S-2) (NGG)

From: Stephen Herbits <
To: clare
Sent: Mon, 15 Dec 2008 3:10 pm
Subject: Re:

I did receive it, but as you appear not to have been listening/reading any thing I have communicated, or simply disregard it totally, I really have nothing to add. I have no optimism that your strategies will work.

On Mon, Dec 15, 2008 at 10:32 AM, <clare                > wrote:

Steve,

I have not heard from you, and am wondering if you received my last email, it is below incase, for some reason, you did not.

As you know we have the mediation coming up on Wednesday the 17th, in a few days. I hope the Ross and Sutton camp are inspired to settle and make substantial, appropriate reparations (restoring the good names and moneys of Nxivm, Nancy, Keith, my sister and myself etc.). It would save everyone a lot of time, effort, exposure and money, making a wonderful story when Dad appears at the e vent with His Holiness in support of Sara and I. Thank you in advance if this can be made so.

Clare

-----Original Message-----
From: clare
To: sher
Sent: Sat, 6 Dec 2008 12:13 pm
Subject: Re:

Steve,

I'm sorry if I was not clear. I do not care how or what you do with respect to the results needed for Ross. I just mentioned the indictment thing because I have been told by numerous officials Ross is very indictable, but white=2 0collar crimes often need political clout. I understand you may not have or want to use/do this.

All I want is the end result with the Ross team. Can you get the result with the

1

EXHIBIT C-005

VDM_NXIVM000235513

Ross team? Can you get it done by the mediation date, in less than two weeks?

As far as Forbes, I do not want the risk. Can you do it without risk?

Clare


-----Original Message-----
From: Stephen Herbits <s[redacted]
To: clare[redacted]
Sent: Sat, 6 Dec 2008 8:03 am
Subject: Re:

Clare,

I know from our conversation that you have received and read my memo on trying to intimidate Ross through indictments. I have nothing to add to that.

I also believe, from our correspondence, that you have received and read my emails that asking Kaye Scholer to try to get Fortune to correct the story the printed contains some risks. I am happy to pursue that if you wish.

On Thu, Dec 4, 2008 at 9:59 AM, <clare[redacted]> wrote:
> Steve,
>
> If you really want to help us; we need the following;
>
> Regarding the Ross case - The "Ross camp" needs to be fearful, back down and look
> to fix the0damage they have done; the thought of criminal charges may help inspire this.
> Ross's attorneys are well funded. Where ever that is coming from - be it Mars - it needs
> to stop. I know you are incredibly resourceful and have the intelligence to figure this out.
> I don't need to know who is funding them, how you stop that from continuing, in fact I
> don't want to know - it just needs to be done, and quickly.
>
> Regarding Forbes - They need to make right what they did wrong. It must be a controlled
> effort to turn around the negative image they have inflicted upon us.
>
> Steve, please protect who e ver you need to protect - and do=2 0what you need to to bring
> these requests to fruition quickly.
>
> Respectfully,
> Clare

2

EXHIBIT C-006

VDM_NXIVM000235514

GOVERNMENT EXHIBIT
GX 1495R
18 CR 204 (S-2) (NGG)



EXHIBIT C-007

From: Edgar Bronfman
To: Clare
Cc:
Sent: Thu, Jan 6, 2011 9:48 am

Dear Clare,

I have given a lot of attention to your email. I have spoken to both Steve and Adam and have asked them to do whatever is possible to fix the situation. The problem, they tell me, is that you will not share whatever evidence you have that some charitable organizations are somehow funding Rick Ross and his operations against NXIVM or anything else adverse to you and Sara.

It seems obvious to me that you still think I am supporting RR in some way or another. That is simply not true. In no shape or form would I do that and tell you that I am not. Whether or not you want to believe me, I do not lie, and I love you two very much. Someone is not telling you the truth. Why don't you try and figure out who that might be. Who has something to gain? Certainly not me. What would be my motive?

Tons of love, even if not requited, Pops

VDM_NXIVM000201150

GOVERNMENT EXHIBIT
**GX 1496R**
18 CR 204 (S-2) (NGG)

EXHIBIT C-008

From: Stephen Herbits <[redacted]>
To: clare[redacted] Sara Bronfman [redacted]
Cc: Edgar Bronfman <yehielmedgar@gmail.com>
Sent: Wed, Jan 19, 2011 9:59 am
Subject: Birthright

Clare, Sara,

I have undertaken some research on the Birthright connection to Rick Ross or other opposition. I appreciate your patience.

Using legal counsel to delve into information not otherwise available, I have been assured that Birthright Israel (Taglit) is not connected in any way with Ross; not by contact or contribution. It appears that if there is some connectionbetween a Birthright and Ross, it is not Birthright Israel. Edgar has no connection to any other Birthright entity.

There is, as you probably already know, a number of Birthright entities in New Jersey, including a family planning entity, which may be involved, but I have no way to determine that.

As always, please provide me as much information as you can so that I can try to make sure that no Bronfman family member on entity is in any way supporting opposition to your efforts. Any thing you provide me will be kept in confidence.

Stephen

--
Stephen E. Herbits

1

| | |
|---|---|
| **From:** | clare█████████ |
| **Sent:** | Thursday, October 7, 2010 4:48 AM |
| **To:** | keith█████████ |
| **Subject:** | For Reevin |
| **Attachments:** | Accounts.doc |

Please can you have a wee look before I send it out?

Thank you.....

1

EXHIBIT C-009

VDM_NXIVM000213774

Please put the information of the following people in a presentation for a financial expert:

- Kristin Snyder
- Rick Ross
- Rick Ross Institute
- Chet Hardin
- Carlos Rueda
- David Soares
- Dennis Yuscko
- Joseph O'Hara
- Mike Powers
- Michael Friedman
- Harry Sedarpho
- Rex Smith
- Steve Pigeon
- Roger Stone
- Yuri Plyam
- Paul Maidment

Please put the following together to be able to present as evidence with affidavits:

Times Union:
- Dennis Yusko
- Rex Smith
- George Hearst

Metroland:
- Chet Hardin
- Stephen E Leon

Forbes:
- Michael Freidman
- Paul Maidment

Politician:
- David Soares
- Roger Stone
- Steve Pigoen

Our case:
- Kristin Snyder
- Carlos Rueda

A full accounting of Rick Ross and Rick Ross Institute

Additionally, please provide a full accounting of the problems you encountered with some of the data and your general analysis of it.

EXHIBIT C-010

VDM_NXIVM000213775

| | |
|---|---|
| **Message** | |
| From: | Clare Bronfman ▮▮▮▮▮▮▮▮▮ |
| Sent: | 3/19/2015 1:02:18 PM |
| To: | Alejandra ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Subject: | Re: People |

Correct and thank you
On Mar 19, 2015, at 8:59 AM, Alejandra ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Got it Clare.
> Let me think and talk
> to Victor, see if I can come up with something.
>
> By the way, the safest email I can get is a nxian email correct?
>
> Enviado desde mi iPhone
>
>> El 19/03/2015, a las 8:05, Clare Bronfman ▮▮▮▮▮▮▮▮▮▮▮▮ escribió:
>>
>> Hola Ale,
>>
>> Ok, here is a link to the Head of the Department of Justice: http://en.wikipedia.org/wiki/United_States_Attorney_General - current position held by Eric Holder - this is clearly the best connection and best process. However, I believe there are other options. There is also the Head of the Department of each State or region in each State. A lot of the time, they need "jurisdiction", however, I believe with the right connections we can create jurisdiction and make things happen - our case effects so many people from all over the world, it is not hard to find jurisdiction IF they are not trying to use it as an excuse to not prosecute. So other options are Southern District of NY: http://en.wikipedia.org/wiki/United_States_Attorney_for_the_Southern_District_of_New_York
>>
>> Or Northern - which is not so easy, this guy is lazy and prejudice, but again with the right relationship…..http://en.wikipedia.org/wiki/United_States_District_Court_for_the_Northern_District_of_New_York
>>
>> These are two but if someone has a relationship with someone of this position, we can figure things out…..
>>
>> Also, there are politicians who put them into power, who if they tell them jump, they say "how high"……so there are options…. like Senators……
>>
>> Also good to know our opposition is Steve Herbits who is VERY close to Clinton, D'Amato and the Jewish mafia - his power (which predominantly was acquired from my father) is not to be taken for granted….this is why we are were we are - he and his connections are Goliath.
>>
>> LMK if you need more,
>> Thank you,
>> Love, Cx
>

# EXHIBIT C-011

HIGHLY CONFIDENTIAL                                                                                             NXIVM00048123

Case 1:18-cr-00204-NGG-VMS   Document 922-2   Filed 09/14/20   Page 13 of 15 PageID #: 16082

GOVERNMENT
EXHIBIT
GX 373
18 CR 204 (S-2) (NGG)

**To:** Alejandro Betancour
**From:** Clare Bronfman
**Sent:** Mon 5/29/2017 4:21:25 PM
**Subject:** Fwd: Barbara Bouchey

Most recent on BB

Begin forwarded message:

**From:** Clare Bronfman
**Subject: Barbara Bouchey**
**Date:** May 8, 2017 at 4:12:29 PM EDT
**To:** Olmedo Gaxiola Ricardo M

This is what she looked like about 8 months ago.



EXHIBIT C-012

**To:** Alejandro Betancourt
**From:** Clare Bronfman
**Sent:** Mon 5/29/2017 4:21:07 PM
**Subject:** Fwd: Kristen Keeffe

GOVERNMENT EXHIBIT
GX 374
18 CR 204 (S-2) (NGG)

Most recent I have on KK

Begin forwarded message:

> **From:** "RICARDO M. OLMEDO GAXIOLA" <rmolmedo@me.com>
> **Subject: Re: Kristen Keeffe**
> **Date:** May 8, 2017 at 11:14:16 PM EDT
> **To:** Clare Bronfman <clare
>
> Ok
>
> Saludos
> Lic. Ricardo M. Olmedo Gaxiola
>
>> El 08/05/2017, a las 15:17, Clare Bronfman <cla                scribió:
>>
>> <IMG-20160118-WA0000.jpg>



EXHIBIT C-013

GOVERNMENT EXHIBIT
GX 376
18 CR 204 (S-2) (NGG)

**To:** Alejandro Betancourt
**From:** Clare Bronfman
**Sent:** Mon 5/29/2017 4:22:00 PM
**Subject:** Fwd: Toni Natalie

Most recent on her…. her hair could be blonde or dark…

Begin forwarded message:

> **From:** Clare Bronfman <clarew▇▇▇▇▇▇▇▇▇▇>
> **Subject: Toni Natalie**
> **Date:** May 8, 2017 at 4:11:45 PM EDT
> **To:** Olmedo Gaxiola Ricardo M <r▇▇▇▇▇▇▇▇▇>
>
> This is from a few years ago - her hair is naturally very dark



EXHIBIT C-014