

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM/NS:TH  *271 Cadman Plaza East*
F. #2017R01840  *Brooklyn, New York 11201*

September 26, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Keith Raniere, et al.
            Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

        The government respectfully submits this letter to advise the Court that the undersigned prosecutors received the enclosed email and attachment on September 25, 2020. The government is also informed that on the same date, approximately ten individuals, one with a video camera, arrived at the United States Attorney's Office and left a paper copy of the attachment for the undersigned. At approximately the same time, another individual unsuccessfully attempted to leave a package for former Assistant United States Attorney Moira Penza at her law firm address.

These efforts appear to be directed by the defendant Keith Raniere, as reflected in the enclosed correspondence from defendant Keith Raniere through his prison email account.

                                          Respectfully submitted,

                                          SETH D. DuCHARME
                                          Acting United States Attorney

                         By:    /s/ Tanya Hajjar
                                          Tanya Hajjar
                                          Mark Lesko
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

cc:          Counsel of Record (by ECF)