The Honorable Nicholas G. Garaufis
Senior United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

September 26, 2020

Dear Judge Garaufis;

We, the family of Clare Bronfman – her mother; sister; step-father and brother-in-law respectively, are writing to humbly request to be admitted to attend her sentencing by video call this Wednesday, September 30th at 11am EST. We all live in Europe and have been unable to travel to the US to visit Clare monthly as before due to the Covid lockdown and related travel restrictions. This means that Clare has been alone and without the presence of any member of her family for care and support for the last 8 months. We had hoped to be physically present for her sentencing, but with Covid restrictions and quarantine measures still in place; specifically, the ones of this court, we are unable to physically attend. Thus; we ask that if there is any way the court would agree to allow us to be virtually present for our daughter and sister on this day, to show our love and solidarity for her, and support her as only family can, we would be eternally grateful.

We thank you for your consideration.

Yours faithfully,

Georgiana Havers

Nigel Havers

Sara Bronfman

Basit Igtet

Application denied.
**So Ordered.**
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 9/30/20