UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

-versus-

CLARE BRONFMAN

-------------------------------------------------X

ORDER
CR 18-0204 (NGG)

The defendant CLARE BRONFMAN is REMANDED to the custody of the U.S. Marshals for the Eastern District of New York on Wednesday, September 30, 2020.

Dated: Brooklyn, New York
       September 30, 2020

SO ORDERED:

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS, U.S.D.J.