# RONALD SULLIVAN LAW, PLLC

## Ronald S. Sullivan Jr.

October 1, 2020

<u>ELECTRONICALLY FILED</u>

Hon. Nicholas G. Garaufis
Senior United States District Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11215

                                                                     Re:    U.S. v. Clare Bronfman
                                                                             18-Crim.-204 (NGG)

Dear Judge Garaufis:

In light of the Court's sentence, we respectfully request that the Court order exoneration of Ms. Bronfman's bond. <u>See</u> Dkt. No. 62. We further respectfully request that the Court recommend to the Bureau of Prisons that Ms. Bronfman be assigned, if appropriate, to the minimum-security camp at Danbury, or other similar facility close to New York City.

                                                                 Respectfully submitted,

                                                                 Ronald S. Sullivan, Jr.
                                                                 *Counsel for Clare Bronfman*

(202) 935-4347
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 20005