AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America )<br>v. )<br>Clare Bronfman )<br> )<br>_Defendant_ ) | Case No.   18-CR-204 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   04/19/2019

_Defendant's signature_

_Signature of defendant's attorney_

MARK GERAGOS
_Printed name of defendant's attorney_

s/Nicholas G. Garaufis
_Judge's signature_

_Judge's printed name and title_