**DOCKET NUMBER**: CR 18-0204 (NGG)

## Criminal Cause for Guilty Plea

**Date Received By Docket Clerk**:_____  **Docket Clerk Initials**:_____

**BEFORE JUDGE**: <u>Garaufis</u>   **DATE**: April 19, 2019   **TIME IN COURT**   __2__ HRS __ MINS
@ 4:00 pm.

**1. DEFENDANT**: Clare Bronfman

Present X   Not Present      Custody            Not Custody X

**DEFENSE COUNSEL**: Mark Geragos / Kathleen Cassidy
   FEDERAL DEFENDER:        CJA:         RETAINED: X

**2. DEFENDANT**:

Present    Not Present    Custody    Not Custody

**DEFENSE COUNSEL**:
   FEDERAL DEFENDER:        CJA:         RETAINED:

**A.U.S.A.**: Moira Kim Penza / Tanya Hajjar / Mark Lesko

**COURT REPORTER**: Linda Danelczyk             **ESR**:
**INTERPRETER**:        **LANGUAGE**:

| | | |
|---|---|---|
| X Change of Plea Hearing (*~Util-Plea Entered*) | ☐ | Revocation of Probation contested |
| ☐ Status Conference | | |
| ☐ Motion | ☐ | Sentencing on a violation |
| ☐ Pre Trial Conference | | |
| ☐ Motion Hearing | ☐ | Violation of Supervised Release |
| ☐ Plea Entered | ☐ | Sentencing |
| ☐ Bail Appeal | ☐ | Motion for sentence reduction |
| ☐ Voir Dire Begun | ☐ | Oral Argument |
| ☐ Voir Dire Held   Jury selection | ☐ | Jury trial |
| ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:     **Speedy Trial Stop**:    **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**        YES              NO  X

Plea proceeding held; The defendant pleads guilty to Counts One and Two of the Superseding Information (S-3). Sentencing is scheduled for Thursday, July 25, 2019 at 2:30 pm.