**DOCKET NUMBER:** CR 18-0204 (NGG)

## Criminal Cause for Sentencing
### conducted in-person

**Date Received By Docket Clerk:** _____  **Docket Clerk Initials:** _____

**BEFORE JUDGE:** Garaufis  **DATE:** September 30, 2020  **TIME IN COURT** __5__ HRS __ MINS
@ 11:00 am.

**1. DEFENDANT:** Clare Bronfman

Present X   Not Present   Custody   Not Custody X

**DEFENSE COUNSEL:** Ronald Sullivan / Duncan Levin
  FEDERAL DEFENDER:    CJA:    RETAINED: X

**2. DEFENDANT:**

Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:    CJA:    RETAINED:

**A.U.S.A.:** Tanya Hajjar / Mark Lesko

**COURT REPORTER:** Lisa Schmid     **ESR:**
**INTERPRETER:**    **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Status Conference
- ☐ Motion   ☐ Sentencing on a violation
- ☐ Pre Trial Conference
- ☐ Motion Hearing   ☐ Violation of Supervised Release
  - ☐ Plea Entered   X Sentencing
- ☐ Bail Appeal   ☐ Motion for sentence reduction
- ☐ Voir Dire Begun   ☐ Oral Argument
- ☐ Voir Dire Held   Jury selection   ☐ Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**   YES     NO   X

Sentencing held; The defendant is remanded; See Judgment.