UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  - v. -<br><br>CLARE BRONFMAN,<br><br>                    Defendant. | <u>Notice of Appeal</u><br><br>No. 18-cr-204 (NGG) (VMS) |

      Notice is hereby given that Clare Bronfman hereby appeals to the United States Court of Appeals for the Second Circuit from the sentencing judgment of 81 months' imprisonment entered in this action on the 30th day of September 2020.

      Dated: October 7, 2020

      _____
      Ronald S. Sullivan, Jr., Esq.
      Ronald Sullivan Law, PLLC
      1300 I Street, N.W.
      Suite 400 E
      Washington, D.C. 20005
      (202) 935-4347