UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

- against -

HOUSE OF EQUUS LLC, ALOUSCH LLC,
7 SEVEN LLC, PERCENCEO INC., WHARE LLC,
and ACK WAKAYA HOLDINGS LLC,

               Defendants.

-------------------------------------------------------------x

SATISFACTION OF JUDGMENT

Index No.

Plaintiff United States of America, by and through undersigned counsel, does hereby acknowledge that: (1) all sums due under the Affidavits of Confession of Judgment have been fully paid; (2) that the appearance bond executed in the United States District Court for the Eastern District of New York for the purpose of securing Clare Bronfman's appearance for court in connection with the following case in the United States District Court for the Eastern District of New York, *United States v. Clare Bronfman*, 18-Crim.-204 (NGG), has been exonerated; and (3) that the Affidavits of Confession of Judgment against defendants House of Equus LLC, Alousch LLC, 7 Seven LLC, Percenceo Inc., Whare LLC, ACK Wakaya Holdings LLC, secured by the following properties (in the following approximate amounts) is hereby cancelled and satisfied of record: 95 West Wind Road, Knox, New York ($1,400,000.00); 7 Taymore Trail, Clifton Park, New York ($1,900,000.00); 40 Mercer Street, Apartment 27, New York, New York ($3,750,000.00); 91 Button Road, Waterford, New York ($510,000.00); 574 Old Loudon Road, Clifton Park, New York ($1,140,000.00); and a UCC-secured interest in ACK Wakaya Holdings LLC ($12,350,000.00).

Dated: Brooklyn, New York
November 30, 2020

SETH D. DuCHARME
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York

By: _____
Karin Orenstein, Assistant United States Attorney
(718) 254-7000
*Attorney for Plaintiff*