UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. 18-CR-0204 (NGG) |
| CLARE BRONFMAN, | |
| Defendant. | |

---------------------------- X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $596,805.25, that is, restitution in the amount of $96,605.25, plus interest, a fine in the amount of $500,000.00, plus interest, and a special assessment in the amount of $200.00, on September 30, 2020, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on October 7, 2020; and

WHEREAS, said judgment has been fully paid as to the defendant CLARE BRONFMAN;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant CLARE BRONFMAN.

Dated: Brooklyn, New York
July 21, 2021

JACQUELYN M. KASULIS
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:    /s/
Sylvia Shweder
Assistant U.S. Attorney
(718) 254-6092