# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| THE UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> KEITH RANIERE <br> *Defendant* | ) <br> ) <br> ) Case No. CR 18-0204 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEITH RANIERE

Date: 03/23/2022

*Attorney's signature*

JOSEPH M. TULLY (201187)
*Printed name and bar number*

713 MAIN STREET
MARTINEZ, CA  94553

*Address*

JOSEPH@TULLY-WEISS.COM
*E-mail address*

(925) 229-9700
*Telephone number*

(925) 231-7754
*FAX number*