# LEVIN & ASSOCIATES, PLLC

DUNCAN P. LEVIN, ESQ.
DLEVIN@LEVINPLLC.COM
(212) 330-7626

44 COURT STREET, SUITE 905
BROOKLYN, NEW YORK 11201
LEVINPLLC.COM

April 27, 2022

ELECTRONICALLY FILED

Hon. Nicholas G. Garaufis
Senior United States District Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    United States v. Clare Bronfman,
                18-Crim.-204 (NGG) (VMS)

Dear Judge Garaufis:

      This Firm represents Clare Bronfman. We respectfully write to ask the Court to so-order the release of Ms. Bronfman's passport from pre-trial services. We have consulted Ms. Hajjar, and the government has no objection to this request.

                                          Respectfully submitted,

                                          Duncan P. Levin, Esq.
                                          (212) 330-7626