```
RECORDING:           57005177_Apr_06_2020_13_32_30_PM

DATE:                April 6, 2020

TIME:                13:32:30 PM

PARTICIPANTS:        Keith Raniere       [RANIERE]
                     Suneel Chakravorty  [CHAKRAVORTY]
```

EXHIBIT D-001

CHAKRAVORTY:    Hey, Keith.

RANIERE:        Hey, how is it going?

CHAKRAVORTY:    It's good, how are you?

RANIERE:        Okay. Did I wake you? [Laughs]

CHAKRAVORTY:    [Laughs] No, no.

RANIERE:        So, uh, anything new on your side?

CHAKRAVORTY:    Uh, yeah. So the judges, uh, we have, uh, more calls this week. Uh, David Williams is helping me figure out, um, you know, what kind of… uh, what compensation options, like what's the value of ads on iHeart, maybe that would be attractive to some of the judges.

RANIERE:        Uh-huh.

CHAKRAVORTY:    The, the one thing with judges that we're kind of a little bit hitting up against the wall is that a lot of them seem to get the impression that it's like a lot of time and effort, and you know…

RANIERE:        Uh-huh.

CHAKRAVORTY:    …it's [U/I] how do we get them to see this is so bogus and, so, uh, one thing we are going to try is to have them take the challenge or look at the challenge like not from the brief, but…

RANIERE:        Okay.

CHAKRAVORTY:    …as a participant, um…

2

EXHIBIT D-002

RANIERE:        Or you can also have triage people. In other words, you guys can look if you have a bunch of applications, uh, if they can't… if they don't meet certain basic standards, the judges don't have to read them.

CHAKRAVORTY:    Got it.

RANIERE:        And judges can set those standards, so that they can say, "Well, that we set these standards," if you know, if, if you know, if there is no intrastate commerce, period, gone, you know.

CHAKRAVORTY:    Yeah.

RANIERE:        So they'll have people working for them to do this.

CHAKRAVORTY:    Understood. Um, cool. Uh, I also had on the podcast that, uh, on monetization we've been trying to get a hold of Fritz [ph] but he responded once, but he thinks he can help, but then he disappeared again, so we'll have to hunt him down and, and get… but, um, David says that iHeart, um, that there is another show that it's like similarly a hated person, maybe, maybe not as, as big as you…

RANIERE:        Yeah.

CHAKRAVORTY:    …but, uh, they, their ad networks weren't interested, so he ended up doing like, uh, selling vitamins and monetizing that way, so just the thought of that, maybe if we can merchandise or something else as, as an option.

RANIERE:        Uh-huh. Sell, sell T-shirts.

CHAKRAVORTY:    [Laughs] Oh, yeah, or like, you know, make your

EXHIBIT D-003

own like brand, like a tattoo, you know.

RANIERE:         Yeah, yeah.

CHAKRAVORTY:     Something. [Laughs] Uh, and then, uh, I, I
                 remember that [U/I] a while ago, uh, you told me
                 some stuff about the hard drive location and I
                 took some notes.

RANIERE:         Right.


                 [Voices overlap]

CHAKRAVORTY:     So I talked to the, uh, there were like very
                 specific notes that you get… you know, told me a
                 while back, so…

RANIERE:         Right, right, [U/I].

CHAKRAVORTY:     Anything else that you want me to send there?

RANIERE:         The pages and all that, yeah.

CHAKRAVORTY:     Yeah.

RANIERE:         Good, excellent. Uh, also I have, uh, you know,
                 I haven't been able to speak to the attorneys at
                 all.

CHAKRAVORTY:     Uh-huh.

4

RANIERE:         And then, you know, I mean, some of this stuff, like, I, I would like… and I don't know if you can take permissions over the phone, but I would like you guys to be able to get to my phone and get data off of it. They have a mirror of the phone, I believe, from uh, you know, a security agency that did the custody, so, you should be able to go on the phone and take off my WhatsApp chats, my Telegram chats, things like that. Um, so, I, I give you guys, you, you know, Nicki, uh, permission to do that. And I want them to enable you to do that because some of the things on those chats show, you know, that I, I wasn't not using the phone, you know, and things along those lines.

CHAKRAVORTY:     Got it.

RANIERE:         Um, also, I, I was trying to figure out for the, uh, uh, the affidavit…

CHAKRAVORTY:     Mhmm.

RANIERE:         …if there is any problem, I want you and Nicki also to be able to get like my visa records and passport stuff.

CHAKRAVORTY:     Got it.

RANIERE:         Because that will go in one of the, the things, and also the, uh, if Marc has a thing of the prosecutorial abuse, a draft of it, I also give my permission for you guys to see that.

CHAKRAVORTY:     Got it.

RANIERE:         Um, and also, you know, if they… if you could get all the curriculum videos like the Jness downloads and things like that where I do the downloads, uh, you know, I know they, they're trying to work a thing with my medical

5

EXHIBIT D-005

condition.

I have this asthmatic cough, that I've never talk to anyone per se about, because I, you know, I didn't want to treat it that way, but it is a dangerous thing for me and I'm coughing all over the place in these things. So you may, you may want to [chuckles] make a cough compendium, uh, and also if you could get the computer guy to get a summary to me, and also, please, tell Marc and Paul, it is vitally important as far as I'm concerned to get a mirror, the, the mirrored data from that drive. We have to get more granular. This report isn't granular enough. There are so many things that can't be seen, and there are pictures on that, that backup that were never… backed up. There's pictures of like a tree and things like that. I think that even came off the phone, not necessarily the SD card. Uh, it's, this seems so outlandish, so tampered with this disk, this, uh, drive, you know?

CHAKRAVORTY:    Yeah, absolutely.

RANIERE:    I would also like to know from Marc how, how long until that new motion is ready to go, even if he doesn't file it, I want to know when it's ready. I would love to see it if I could and then, of course, there's the jurisdictional motion and, uh, a, a motion for new evidence, which I think this motion that he's doing now might open the door for that and I wanted to know, because I don't speak to him, so I'm gonna, I guess I have to speak to him through you.

CHAKRAVORTY:    Okay. Is it okay if I, I just share this recording with, with Paul, Marc and Teny?

RANIERE:    Yeah, yeah.

CHAKRAVORTY:    Okay.

6

EXHIBIT D-006

RANIERE:        At least it's part of it.

CHAKRAVORTY:    Yeah.

RANIERE:        With my, my permissions, my hearty permissions.

CHAKRAVORTY:    Yeah, of course.

RANIERE:        So, um, anything else needed, let's say, for podcast and stuff like that?

CHAKRAVORTY:    Um, I, I don't… uh, I don't think so, for this, uh, um, yes, actually there is, uh… I don't think we need it, but right now we're, we're putting together the, the better, ideally better first episode and, uh, there, we have it as you with the social repugnance intro, where you say "be prepared."

RANIERE:        Yeah.

CHAKRAVORTY:    And then going and, and some scripts and then going into your talking about the challenge and then we're trying to figure out a way to end it. We have a couple of options, uh, the appeal to reason, uh, also Lady Justice being blind. Uh, we have a few things like that.

RANIERE:        Yeah.

CHAKRAVORTY:    I don't know if there is another option, or way that you want to end the first episode that, um, could be interesting, but, uh, nothing else comes to mind right now.

RANIERE:        Uh, I'll have to think about that. Maybe for next time if I can call you.

7

EXHIBIT D-007

CHAKRAVORTY:    Okay.

RANIERE:    Um, yeah, you know, uh, uh, you… you… how many of these 10 points do you have now documented and done, you know, here's the evidence?

CHAKRAVORTY:    Uh, six out of ten that, the things are collected. Today I'm going to put those together so it's documented and done.

RANIERE:    Done, done… yeah.

CHAKRAVORTY:    Yeah. Uh, and then you…

RANIERE:    And where you have some, but not enou… not…

CHAKRAVORTY:    So, for two of them is, uh, Marc's motion.

RANIERE:    His new motion or his old one?

CHAKRAVORTY:    The new motion, like the wit… how witnesses were handled and stuff like that.

RANIERE:    Oh, I see, yeah.

CHAKRAVORTY:    So that would us to eight and then, uh, the fear for your life and uh, the flight risk… I'm tracking down those documents and, and using some videos from [U/I], uh, Diego and, uh, some people coming up with videos of like the peace movement, the peace statement, V-week and stuff like that.

RANIERE:    As far as… I've done, I've done that in Forums too, you know. There are Forums, if they have them by key words that can find stuff with non-violence and…

EXHIBIT D-008

CHAKRAVORTY:    Yeah.

RANIERE:        So, yeah, it's interesting, the whole fear for my life is such a lie.

CHAKRAVORTY:    It's [U/I], it's like the most absurd lie if they actually knew you.

RANIERE:        Uh, Sahajo actually has some experience with that, Sahajo's ex-boyfriend…

CHAKRAVORTY:    Uh-huh.

RANIERE:        …um, he said at one point, he said, uh, you know, "I'm scared for my life," and then he did an arbitration with Nancy and that basically turned out to be just nothing, he was just saying that. [Laughs] You know, [U/I], you get her testimonial that he did that. So, you know, this whole drumming of "I'm scared for my life, I'm scared for my life, I'm scared for my life" is crazy.

CHAKRAVORTY:    Okay, I'll, I'll follow up with her.

RANIERE:        Yeah, at some point, I was thinking of addressing also the Cami, uh, charges without going too far, without splitting up her family, without hurting appeal, without, because, you know, no matter how I address it, it, uh… you know,[chuckles]. It, it doesn't… they… no one will believe me, but that's not the issue, the issue is, it actually doesn't matter as… uh, you know, it's just like if I were a murderer and I'm being charged with arson, you can say "he's a murderer, he's a murderer, he's a murderer" all you want and even prove that, but if I'm not charged with it, it's not relevant, you know.

CHAKRAVORTY:    Yeah.

EXHIBIT D-009

RANIERE:        And the prosecution loves this, and then in the press release they try to say, you know, they say somehow showed I had sex with her and I didn't, it's just not, you know.

CHAKRAVORTY:    Yeah.

RANIERE:        So, but then, uh, you know, when it comes down to the technical things, the absurdity of a computer that isn't yours, being backed-up on a drive you could never access and that you wouldn't even known about, that wasn't yours, and that somehow gets possession. It's crazy, because to possess something, you have to be able to control it, [U/I] access it, you have to at least know where it is, you know.

CHAKRAVORTY:    Uh, yeah, it's insane. So, uh, do you, do you have any sense of how much longer your modified lockdown is going to be or...

RANIERE:        Um, at least another, uh, eight days.

CHAKRAVORTY:    Okay.

RANIERE:        It's a 14-day thing.

CHAKRAVORTY:    Okay.

                [Voices overlap]

RANIERE:        So, yeah, did, did you get, did you get to speak to the computer guy about those, uh, notes that I've given you, anytime…

CHAKRAVORTY:    Uh.

RANIERE:        …did he have them when he wrote this report or…?

EXHIBIT D-010

CHAKRAVORTY:    Uh, he didn't have them, I, I forgot that I, I
                had those notes, those specific ones…

RANIERE:        Oh.

CHAKRAVORTY:    …but I'm gonna, uh, but I'm gonna speak with him
                today and, uh, and, uh, give, give those to him.

RANIERE:        Yeah, okay, because hopefully he can look
                through, because there is… uh, if I remember,
                they are based on the report that I had written
                on while I was in the middle of trial and I had
                to, you know, I only had it for a few minutes
                and the, uh, the judge didn't want me, and uh,
                nor did my team want me looking through the
                voluminous report, so I, you know, sort of
                thumbed through it quickly to try to grab some
                things.

CHAKRAVORTY:    Uh-hum. He said he had an..

RANIERE:        What?

CHAKRAVORTY:    …[U/I], no, he said he had an, an email that
                Paul wrote, I think,  maybe it's like a written
                version of those notes and not the originals, so
                I'll ask, uh, I'll ask him.

RANIERE:        Oh, okay.

CHAKRAVORTY:    Yeah.

RANIERE:        All right, yeah, the important things are, of
                course, the rotated picture or pictures and the
                things…

CHAKRAVORTY:    Uh-huh.

EXHIBIT D-011

RANIERE:          …that are in the wrong directories.

CHAKRAVORTY:   Yeah… Got it.

RANIERE:          So, and wrong directories. And also pictures that shouldn't even be anywhere, like pictures of me in someone's directory, pictures of a tree or, you know… stuff like that.

CHAKRAVORTY:   Uh-huh. Got it.

RANIERE:          All right, uh, I can't think of anything else at the, the moment. Anything else on your… because we only have a few minutes left.

CHAKRAVORTY:   Um, it's just the update on, on your health stuff, uh, we're looking into um, apparently a, a doctor that you've seen, [U/I] 2003, uh, I guess the, the term is called cardiomegaly, I don't know if that's the term, but so Brandon told me, so we're trying to find those records. Uh, no luck on, on, uh, anything to do with the asthmatic stuff yet, but the pharma… you know, but the pharmacy…

                  [Voices overlap]

RANIERE:          [U/I] is all over pharmacies…

CHAKRAVORTY:   Yeah.

RANIERE:          [U/I] or Clifton Park, but it's also possible there is a place in Watervliet we got it, I don't know, but I think it was just Clifton Park or Latham, probably Latham at that time period.

CHAKRAVORTY:   So we called all the ones in Latham and Clifton Park and, uh, CVS and Rite Aid don't keep records past two years, but CDPHP didn't have

EXHIBIT D-012

it, so, um, maybe they don't.

RANIERE:        Is there another HMO besides CDPHP in the Albany area?

CHAKRAVORTY:    I'm not sure, but I'll, I'll ask them and find out, I'll speak with Brandon and Danielle.

RANIERE:        Okay.

CHAKRAVORTY:    [U/I].

RANIERE:        All right, well, hopefully we figure it out at some point. Ay.

CHAKRAVORTY:    Uh.

RANIERE:        …uh, you know, because I don't carry my ailments with me, as a suffering thing, now I get hurt for it. [Laughs]

CHAKRAVORTY:    [Laughs]

RANIERE:        If I [U/I] I suffered all my life, it would have been…

CHAKRAVORTY:    It would have been different.

RANIERE:        Yeah.

CHAKRAVORTY:    I mean, I, I, I, I guess, well, [U/I].

RANIERE:        Yeah.

CHAKRAVORTY:    Uh, um…

EXHIBIT D-013

RANIERE:         I wonder if my childhood physicians, probably not alive or whatever, if they would have any… I don't think he diagnosed it as an asthmatic cough back then, though.

CHAKRAVORTY:     Huh.

RANIERE:         But I definitely had a hard cough.

CHAKRAVORTY:     Uh-hum.

RANIERE:         He was, he was a guy in Rockland County named Dr. Demarco.
                 D-e-m-a-r-c-o.

CHAKRAVORTY:     Do you remember his first name… or not?

RANIERE:         No.

CHAKRAVORTY:     Okay.

RANIERE:         But he was in Suffern, Suffern, New York.

CHAKRAVORTY:     Okay.

RANIERE:         So… all right, yeah, I don't know, if they would just have that I have this, these coughs and these high fevers and sinus infections probably.

CHAKRAVORTY:     Uh-huh. Okay, we'll try to run down that lead as well.

RANIERE:         Yeah, and I think it was a Dr. Shore [ph] in Brooklyn when I was a little, little kid, but that was like, you know, 55 years ago or something, so.

14

EXHIBIT D-014

CHAKRAVORTY:     Uh-huh.

RANIERE:        All right, well, we only have about 15 seconds
                left, so say hello to everyone for me [chuckles]
                I guess I'll speak to you guys Wednesday or
                something.

CHAKRAVORTY:     Okay, be well, I will.

RANIERE:        Yeah, yeah, and then try to move on these
                things, if possible, I know it's hard.

CHAKRAVORTY:     Yeah, we will, we will, we'll do our best.

RANIERE:        Okay, all right.

                [END OF CALL]

EXHIBIT D-015

```
RECORDING:          57005177_Apr_08_2020_09_19_51_AM

DATE:               April 8, 2020

TIME:               09:19:51 AM

PARTICIPANTS:       Keith Raniere       [RANIERE]
                    Suneel Chakravorty  [CHAKRAVORTY]
```

1

EXHIBIT D-016

RANIERE:        Hello.

CHAKRAVORTY:    Hello.

RANIERE:        Hey, what's going on?

CHAKRAVORTY:    Uh, uh, not, not much. Uh, how are you?

RANIERE:        Uh, okay, there is a rumor this is going to go on for another 14 days. From here.

CHAKRAVORTY:    What? Okay. Damn!

RANIERE:        So.

CHAKRAVORTY:    Okay.

RANIERE:        I'm not sure, but it sounds like it.

CHAKRAVORTY:    Okay, that's not, that's not good.

RANIERE:        No, it's not. What's, what's new on your end?

CHAKRAVORTY:    So new on our end here, uh, for the affidavit, uh, I have a bunch of, uh, stuff from the lawyers on different, uh, motions, so they can compile that today.

                [Voices overlap]

RANIERE:        Hold on, hold on.

CHAKRAVORTY:    Uh, getting…

2

RANIERE:        Okay, I'm sorry about that… Go on.

CHAKRAVORTY:    Oh, okay, uh, as far as getting your cell phone, uh, apparently that's, that's considered contraband, um . . .

RANIERE:        Yeah, I just read an email from Marc. I wasn't able to respond to any of them because since I have to do this so quickly…

CHAKRAVORTY:    Okay.

RANIERE:        …uh, tell him I just… You can tell him I just got his email this morning. I was not able to respond, uh, but did read through them  quickly.

                Uh, I think the phone is still my property. That was… I don't think it was ever even subpoenaed.

CHAKRAVORTY:    Oh, okay.

RANIERE:        Um, so, you know and I… as, as far as pictures… there is nothing there, I believe is considered… I don't know, I mean, I guess they can try to say certain pictures were considered illegal or something like that, but, um, you know, uh, uh, see what, see what he can do because that phone has not been subpoenaed.

CHAKRAVORTY:    Okay, and I, I just need like screenshots of the different messages during that specific date range…

RANIERE:        Right.

CHAKRAVORTY:    …so.

RANIERE:        Right.

3

EXHIBIT D-018

RANIERE:        So, and it's on WhatsApp and Telegram. There are things…

CHAKRAVORTY:    Yeah.

RANIERE:        …with respect to Sylvie that could be like… um, in something else, but, uh, the Telegram and the WhatsApp are the big… WhatsApp in particular, uh, but also Telegram. I think I…

CHAKRAVORTY:    Okay.

RANIERE:        …dealt with like Sean Bergeron in WhatsApp and a few other people like that. Not a lot, but you know.

CHAKRAVORTY:    Got it.

RANIERE:        It's definitely I used it… so.

CHAKRAVORTY:    Got it.

RANIERE:        And the government knows it.

CHAKRAVORTY:    Yeah, hmm, yeah, I guess, uh, the other difficulty is just them getting to the hard drive. Because [U/I] Marc is saying he may not be able to because I, I guess the office is closed or some… something like, so that, uh…

RANIERE:        Push as hard as they can.

CHAKRAVORTY:    [U/I]. Yeah.

RANIERE:        You know what I mean?

4

EXHIBIT D-019

CHAKRAVORTY:    Okay.

RANIERE:        Keep on pushing.

CHAKRAVORTY:    Yeah.

RANIERE:        Don't stop.

CHAKRAVORTY:    I won't, yeah, I, I'll… okay.

RANIERE:        Yeah. Sorry about that, but…

CHAKRAVORTY:    Yeah. No, no, it's necessary, and I, I
                appreciate it. Uh…

RANIERE:        Anything else from judges?

CHAKRAVORTY:    Judges, we're speaking to to, uh, Ashley
                McMahan, she is a part of The Law Ladies today.

RANIERE:        Uh-huh.

CHAKRAVORTY:    I, I think it's the first call with her beyond,
                uh, Marc's like introductory [U/I] call.

RANIERE:        Uh-huh.

CHAKRAVORTY:    So we'll see how… where we're at with that, um,
                in a couple of hours.

RANIERE:        Uh-huh. I, I also read from Marc that the, uh,
                judge responded to the Motion 33, as, as we
                expected, saying that "Well, I guess the
                witnesses lied, the government, the government
                didn't know about it, and the evidence was so
                overwhelming."

EXHIBIT D-020

CHAKRAVORTY:    Wow. Wow.

RANIERE:        Yeah, what do you expect? This judge wants me away forever. Either he's been… he just wants it from his opinion or has been told that, you know, I, I lean towards he's being corrupt, but I don't know.

CHAKRAVORTY:    It looks that way.

RANIERE:        Yeah.

CHAKRAVORTY:    [U/I].

RANIERE:        Yeah, I mean, it's, it's absurd, the major witnesses all lied. [Laughs] And they, they don't prove any of the points of the basic charges. Most, uh, uh, you know, not most of them. [Laughs] And yet, you know.

CHAKRAVORTY:    Yeah.

RANIERE:        It's, uh… How is Marc's attitude? Do you think, do you think he's riled up to…?

                [Voices overlap]

CHAKRAVORTY:    I don't think so. That's not my impression. My impression is, uh, more, more of the same, like intellectually upset, but, you know, more committed to working within the system and accepting this is how it is and…

RANIERE:        How?

CHAKRAVORTY:    [U/I]. That's my feeling, I don't… it's not based on a lot of data. It's just our interactions, and how, how he speaks, how we speak, um, he doesn't seem amped up to really

6

EXHIBIT D-021

push. But I mean, I could be wrong.

RANIERE:        Well, maybe he needs to hear that every once in a while, so you know, you sound just so mild-mannered and uh, you know, that seems, you seem intellectually upset, but really not emotionally behind this. Like a beaten puppy.

CHAKRAVORTY:    You know, it, it, it seems like that, and uh, I think Nicki spoke with him last weekend and conveyed that, and I think he got upset, so I've, I've been trying to like not…

RANIERE:        No.

CHAKRAVORTY:    …push too many buttons, but…

RANIERE:        No.

CHAKRAVORTY:    …uh, maybe [U/I].

RANIERE:        Maybe she is the one that has to deliver that. You you are the good cop. She's the bad cop, I don't know.

CHAKRAVORTY:    [Laughs] I, I don't, I don't even think I'm seen as the good cop, I'm just the okay cop, but…

RANIERE:        Yeah.

CHAKRAVORTY:    …but uh, I hope we'll balance it between us and keep on pushing as much as we can.

RANIERE:        Okay.

CHAKRAVORTY:    Um, as, as far as the other stuff, um, the podcast, we're moving forward with. It's taking a little longer than I thought, but I think we'll end up with something good within a few

EXHIBIT D-022

|  |  |
|---|---|
|  | days with the teaser, and then hopefully over the weekend, for the first, first episode… |
| RANIERE: | Uh-huh. |
| CHAKRAVORTY: | …and I guess iHeart to get, get like, uh, first [U/I] to help us with monetization. He has ideas, he's working over some of the correspondence, which you've done so far. |
| RANIERE: | Yeah. |
| CHAKRAVORTY: | I think, I think there is more, um, stuff missing there. |
| RANIERE: | Uh, Fritz has actually been spoken with? |
| CHAKRAVORTY: | He's been spoken with, texted with, [U/I] emails yesterday. [U/I], now it's like, uh, the danger zone of the follow-up, so I will, will keep on him for that. |
| RANIERE: | The danger zone of what? |
| CHAKRAVORTY: | Of the follow-up. [U/I]. |
| RANIERE: | Oh, yeah, yeah, yeah. [Laughs] Yeah, by the way, be sure to send everyone my regards because I, I have such limited communication. |
| CHAKRAVORTY: | Yeah, I, I do and I, I will. I will. |
| RANIERE: | Yeah, I was, I was contemplating doing for a podcast, something on the Cami thing, but I have to tread because of appeal, because of love, because of prejudice and because of her family. So… |

8

EXHIBIT D-023

CHAKRAVORTY:     Yeah.

RANIERE:     I don't know, at, at, at some point I think I will. I might, you know.

CHAKRAVORTY:     Okay.

RANIERE:     But, you know, the, the thing is, and one of the things I mentioned is anything I say about my innocence won't be believed.

CHAKRAVORTY:     Right.

RANIERE:     So I may as well not try to protest, because then it sounds like, "Oh, he's protesting too much," or you know, then they'll try to criticize it, they are going to criticize what I say anyway, but at least try to separate the prejudice away from the, the law, you know.

CHAKRAVORTY:     Yeah, I know, that, that's the key point that people don't get. Even like lawyers don't get.

                 [Voices overlap]

RANIERE:     Yeah, it's, it's, it's amazing and like for example, this judge saying the evidence is overwhelming. I mean, first of all I know the truth, so I know the evidence isn't overwhelming because it's untrue. But second of all I, I know what I've seen of the law and we… even with my… if you will, esteemed team has said and the evidence isn't overwhelming at all. It, it's just not. It's massively prejudicial.

CHAKRAVORTY:     It's non, it's non-existent.

RANIERE:     What?

EXHIBIT D-024

CHAKRAVORTY:      Yeah. It's non-existent.

RANIERE:          So, yeah, it's, it's crazy. Yeah, I feel like…

CHAKRAVORTY:      Yeah.

RANIERE:          …I'm definitely in an upside-down world.

CHAKRAVORTY:      You are in a, a, a Kafka "The Trial" or
                  something. [Laughs]

RANIERE:          Yeah, could you find out from Marc when he's
                  anticipating filing this next motion too, this
                  broader one?

CHAKRAVORTY:      Yes, I will. I, I'll talk to him today on that.

RANIERE:          And also the jurisdic… the two other motions I
                  would… you know, the narrow jurisdictional
                  motion. Um, and the wisdom of filing that, which
                  I believe there's not much downside. And then
                  the broader issue of, um, does this new motion
                  he's going to file, open the door for the new
                  evidence motion?

CHAKRAVORTY:      Okay, I'll, I'll ask him those questions today.

RANIERE:          Yeah, all three of those things.

CHAKRAVORTY:      Oh, uh, okay, yes, yes there were three.
                  [Chuckles]

RANIERE:          Yeah, so, I, um, yeah, I don't know what to say,
                  you know, it just feels like no matter what we
                  say, ha, he, he will defend… I mean that the
                  prosecution didn't know about it is an
                  absurdity.

EXHIBIT D-025

CHAKRAVORTY:    Yeah, I think that's why the affidavit is really important for this. I wanted to ask you like on a timing stuff, like what should we be thinking timing-wise because some of these things are uncertain.

RANIERE:    Well, first of all, we get this all done, we get this ready to go. Okay, so it's ready to go out the door, including the podcast, including the affidavit, including the challenge, you know…

CHAKRAVORTY:    Okay.

RANIERE:    …and then we decide to strategically release them depending on how the media and all is. We do also want to get some media signatures on the petition.

CHAKRAVORTY:    Yeah.

RANIERE:    Because first, first we get the affidavit, [U/I] the petition and then we go…

        [Voices overlap]

CHAKRAVORTY:    Yeah.

RANIERE:    …with the follow up.

CHAKRAVORTY:    Understood.

RANIERE:    So, Okay, uh, I'm… trying to think if there is anything else right now. What else do you know?

CHAKRAVORTY:    Uh, I think that, that was it from, that was it from, from my end. Uh, I guess there was one, one thought just, uh, on how we can communicate better, like that the challenge is just [U/I]

EXHIBIT D-026

the prosecution case [U/I].

RANIERE:        The challenge is what? I can't hear you, I think you're walking.

CHAKRAVORTY:    Oh, no, I, I, I, uh…

RANIERE:        You're what?

CHAKRAVORTY:    …I [U/I] a little bit. Oh, no, I was just saying that with, with judges, one, one thing that they, uh, uh, seem not to get is that this is just checking the prosecutor's homework, like they can't wrap their mind around it yet, so I don't know if you have [U/I] metaphor or any way that we can [U/I] better, [U/I] think about it. Uh, we [U/I] definitely, that's, that's the [U/I] for them to grasp.

RANIERE:        Okay. I'm having a lot of trouble hearing you because there seems to be a, a lot of interference and it almost sounds like you're either walking or there is wind or something, I don't know.

CHAKRAVORTY:    There was a little wind because I just got out of the car, but now, is it better?

RANIERE:        Oh, yeah, much.

CHAKRAVORTY:    Okay, sorry.

RANIERE:        It's like everything is clear. So what's the thing they, they can't get? That they're checking the prosecutor's homework, so to speak?

CHAKRAVORTY:    Yeah, they think, is that like, like that concept is, is a very narrow challenge, but they think they have this big really hard thing that's going to take a lot of time, and that

12

EXHIBIT D-027

thing is just checking the argument itself, [U/I]

RANIERE:        Or maybe…

CHAKRAVORTY:    …it's been done and…

RANIERE:        …well maybe asking them that. So, you know, here is the, here is the problem that you, you may be able to help with. Some people are potential judges, even lawyers of esteem, you know, see, this is a massive problem when it's actually checking the prosecution's homework. I like that phrase very much… you know?

CHAKRAVORTY:    Okay.

RANIERE:        And really, it's much more narrow than that because this is so absurd. You know this is, this is like checking a, you know, a murder case that doesn't have a body, doesn't have a weapon, you know, and they established the motive that's shown to be false.

CHAKRAVORTY:    Got it, okay… Okay, we, we will, uh, try that today.

RANIERE:        And there, there is certain things… What?

CHAKRAVORTY:    I said, we'll, we'll try that today with, with Ashley, potentially.

RANIERE:        Yeah, yeah, good, because, uh, yeah, I'd like to get some of these people ready and, and they should know that they'll have help too. So in other words, if there is the… the more mundane eliminations that can be done, which… of people that actually, uh, feel they've solved it, which it's hard to imagine they would. Um, if, you know, they're going to have very few that, uh,

13

actually come up to them.

CHAKRAVORTY:     Yep.

RANIERE:        You know, some… you'll even have some people say, "Well, it's interesting because she's, uh, she travelled from Brooklyn to Albany." Well, that's not true. I mean, it's, it's… that's true, but that doesn't make it interstate.

CHAKRAVORTY:     Right, yeah. [Chuckles] We're on the same page.

RANIERE:        You know, or, uh, it's interstate because when she was young, she lived in Arizona. That doesn't make it interstate either, you know.

CHAKRAVORTY:     Yeah.

RANIERE:        So, yeah, it is, it is disturbing about the Motion 33, even though it's exactly what we expected… to see, to see such a big splat-out is crazy.

CHAKRAVORTY:     Exactly. I didn't know that, that things were like this in actuality, you know, because it's like a movie, but it's, way worse, because it was real.

RANIERE:        Yeah.

CHAKRAVORTY:     Uh…

RANIERE:        Yeah, and I'm, and I'm looking, you know, I'll be in here for the rest of my life if we don't do something. Or… and the rest of my life might not be that long considering the way things are in here, you know. Once I get to a, a destination point, because I'll go to a pen.

14

EXHIBIT D-029

CHAKRAVORTY:    Huh.

RANIERE:        So.

CHAKRAVORTY:    Yeah.

RANIERE:        So we gotta get… we, what we have to do also is get scrutiny on this judge, get some pundit who is willing to speak out about what this judge is saying, which is crazy, and the judge needs to know he's being watched…

CHAKRAVORTY:    Yeah.

RANIERE:        …by someone who is wise.

CHAKRAVORTY:    Yeah.

RANIERE:        So. Now we gotta figure out the next step with Dershowitz.

CHAKRAVORTY:    Yes, okay.

RANIERE:        All right, but we have left, we have five seconds, so, I guess I will, uh, speak to you Friday.

CHAKRAVORTY:    Okay.

RANIERE:        Okay, bye.

EXHIBIT D-030

```
RECORDING:              57005177_Apr_24_2020_13_28_02_PM

DATE:                   April 24, 2020

TIME:                   1:28 P.M.

PARTICIPANTS:           Keith Raniere          [RANIERE]
                        Suneel Chakravorty     [CHAKRAVORTY]
```

1

CHAKRAVORTY:    Hey Keith

RANIERE:        Hey, that's the third call.

CHAKRAVORTY:    Oh, this is the third one? The first one I got but I was on another call and I tried to switch to you, and by the time I switched you were gone.

RANIERE:        Ah. Yeah, no it rolls over to answering and then there's a pattern like that. I sort of think it blocks you from picking up.

CHAKRAVORTY:    Oh. Sorry about that.

RANIERE:        So, how are things?

CHAKRAVORTY:    Things are… uh, things are good, I think. Um, on the podcast, there we have a teaser out to one, one person that David was going to get feedback on today.  The producer?

RANIERE:        Yeah.

CHAKRAVORTY:    And then if that's good, [U/I] send to iHeart and start that process.

RANIERE:        I, I have a terrible thing about the teaser.

CHAKRAVORTY:    O.K.

RANIERE:        I might have a better way even to do it.

CHAKRAVORTY:    [Laughs] O.K.

RANIERE:        Here's what I imagined.  And a lot of my ideas are either ridiculous, over the top, not usable.

2

EXHIBIT D-032

So, you'd run the idea by before, but it would be pretty easy to produce. Pretty much the same way. You know how you start with... you know, uh, the stuff you had said at one point. You guys were going to start with like newscasts and stuff? Are you still doing that sort of a collage of like newscast stuff?

CHAKRAVORTY:    Yeah, we have some clips of that. Yeah.

RANIERE:    O.K. So if you have that sort of a thing and either right after that or maybe having the woman's voice in there, then have another collage of news-seeming type things. But now it's all the things, like, um, you might have me saying "This is untrue and a fabrication." And then it says, "The media has gone crazy" and then someone else says "Over 10 million dollars has been placed to, against him. The judge says all of the witnesses have lied. Because of all these different, uh, things about what happened. You know in the middle of key witness testimony, she was just dismissed. You know, all different newscasters saying like the crazy stuff, including some of the crazy conditions that I lived in here.

CHAKRAVORTY:    Hmm.

RANIERE:    So, it sounds like something awful from a third world country which is exactly what it's like, and then, you know, maybe it even stops with the like sound of a gavel, or something like that. And then I say, I've been convicted of crimes I didn't commit and I'm innocent. You know, something like that.

CHAKRAVORTY:    That's awesome. The second collage, do those exist or those are ones you create?

RANIERE:    No, I think you'd have to create them, but use factual things. Including, for example, the judge in his, uh, response to Marc's last motion

3

EXHIBIT D-033

said the witness has lied.

CHAKRAVORTY:    Wow.

RANIERE:    So, what does that mean. The judge did say that all the major witnesses in Mr. Raniere's case lied.

CHAKRAVORTY:    Wow. I love it.  I think it's also…we just need to see some voiceover people do [U/I] that kind of stuff.  I think it's perfect.

RANIERE:    Yeah. Well, ask David. You know, you guys have a better feel, so you bring about all this controversy about me, then you bring up what happened. Including, you know, here it is, there's no power and no heat. Right? And it's actually.  I'm in the cell that the wind hits directly. There's the heavy winds. Wind chill factor of 40 below zero. The two coldest times, the polar vortex or whatever. The two coldest days. We had no power and no heat. Uh, you know water was freezing in my room and in the toilets. You know.

CHAKRAVORTY:    Hmm.

RANIERE:    There's the, but even comments like that. And one comment would be, and I think it should be some of the controversial stuff you know. Richard Donoghue, head of the Eastern District of New York, lied to the press today saying there were forced abortions.

CHAKRAVORTY:    Wow.

RANIERE:    Right?

CHAKRAVORTY:    Yeah.

EXHIBIT D-034

RANIERE:          And another voice says, uh, the prosecution
                  tampered with evidence. Take some of the stuff
                  off the affidavit.


CHAKRAVORTY:      Wow. O.K. I will convey, I will convey that… I
                  was thinking about….


RANIERE:          So that's, uh, that's just one of my crazy
                  thoughts.


CHAKRAVORTY:      It's definitely, it's definitely crazy, in a
                  good way.  So, I'll ask for the… see I know, I
                  know David doesn't like the, the things that are
                  like more "woe is me," like you're badly
                  treated, but people should care but apparently
                  people, you know… but I think everything else.


RANIERE:          Well, it's not, it's not "woe is me", it's just
                  the craziness of even what happened.
                  Unfortunately, well fortunately David wasn't
                  here. But, uh, no, I mean, uh, people could know
                  that within the prison of the United States, you
                  know, this sort of thing could happen. It
                  doesn't mean you have to put those in. But the
                  purpose of those things is not "woe is me". The
                  purpose of those things is to illustrate
                  conditions that people wouldn't believe. That
                  are…


CHAKRAVORTY:      Right.


RANIERE:          And you can tell him that. That are… and you can
                  tell him this.  That are as fantastical as the
                  story against me. And I use that word
                  fantastical. You know what I mean?  It's much
                  harder to deflate a story with the banal, boring
                  truth. But if you take the crazy aspects of the
                  truth. People wanna… "Oh, my God that's even
                  crazier, you mean all that stuff is not true?."
                   "This is what's true!  Oh, my God". You know
                  what I mean?

---

EXHIBIT D-035

CHAKRAVORTY:    Yeah. Yeah.

RANIERE:        So, creating that effect might help. Maybe not.

CHAKRAVORTY:    O.K.  Cool.

RANIERE:        So, uh, I had another potential podcast thing I
                tried to [U/I]. Do you have anything on your
                side?

CHAKRAVORTY:    Um, on the podcast? Uh, not, uh, no.

RANIERE:        Judges? Anything?

CHAKRAVORTY:    Oh, uh, judges, we're speaking with Ashley today
                at 5:00, Marty [U/I], who was a formerly
                wrongfully-convicted lawyer tomorrow, ah, [U/I]
                just responded to me by email that she has some
                personal and professional tragedies right now
                and she'll write soon more….so I'll….

RANIERE:        She what?  What did she say? Some personal
                tragic…

CHAKRAVORTY:    She's been dealing with that and sorry for not
                responding and she'll write soon, she'll write
                more soon.  And then, we'll see. After that.

RANIERE:        Alright, alright, so it sounds like she's still
                open.

CHAKRAVORTY:    Sounds like she's still open and she said that
                she would need income, though, so we can maybe
                figure that out with her.

RANIERE:        Ah, O.K. Alright.

EXHIBIT D-036

CHAKRAVORTY:    And we're going to try to meet with Nicole sooner than, what we initially scheduled for a follow up.

RANIERE:        Good.

CHAKRAVORTY:    So that's all… that's all I'm…

RANIERE:        Well, we got, we have to have an urgency

CHAKRAVORTY:    Yes, absolutely.

RANIERE:        So.  Alright, um, should I do a little podcast?

CHAKRAVORTY:    Absolutely. I'll give you the countdown. 3-2-1. Go.

RANIERE:        This next part talks about fear and the "like me" disease. There's a system that's currently in and actually compromises…comprises most of our justice system. And that is the system of judges, prosecutors and defense attorneys. Often we've seen on T.V., you know, two attorneys are going at it in court, you know, one against the other, and then, afterwards, they go out and, you know, play tennis or have, you know, 18 rounds of golf or whatever it is together, 18 holes, and, uh, you know,  they're friends. And that is actually a wonderful demonstration that in a game, in a contest, you can be really opponents, going after each other the best you can within that contest and yet still be friends. And this is very, very important.

                But that can be perverted, that can be abused. When you're playing a game with someone, or in some sort of professional contest, and the person does something that is immoral. The person does something that demonstrates not their character within the game as being aggressive or strategic or whatever but

7

EXHIBIT D-037

literally their morality about the game. For example, if you're playing some sort of a game, say you're having a chess match with someone and you see that they cheat and there's actually a lot on the line.  Maybe even, you either put up money, or there's, I don't know, it's a big tournament and this person has illustrated to you that they're willing to sacrifice the honor of the game, just to win. That, by moral necessity, should change the way you treat them in the outside world. So, if there are two attorneys in a court of law and one attorney does something that is immoral that doesn't mean that outside of the court of law they're automatically friends and it's as if nothing had happened.

Because if you're in a contest with someone and you're both acting morally and you're both uphold…, and you're both upholding principles, that upholds the humanity and the connection between you.  I mean, for example if I have, you know, an opponent that's doing incredible things and really decimating me, you know, and strategically maybe duping me and doing all these things, but it's all within the way the game works, all within the rules, then I admire them more. And afterwards, it's fantastic, I'll just be in awe of them.  But by the same thing, the same token, if that opponent is doing things that are immoral, that are just really base, then after the game I…I don't really want to associate with them anymore.

But in the system of defense attorneys, prosecutors and judges, you know they go to conferences together. They often have parties together, Christmas parties together and things like that. And there is a "like me" disease. And it's interesting with, between prosecutors and defense attorneys, often defense attorneys were prosecutors and they have a type of horse-trading that goes on. In other words, if the defense attorney, if they have a client that's guilty and going to plea, they help that client, they make the whole thing go easier that makes the prosecution like them more, so that when

8

EXHIBIT D-038

they need another favor down the road, they can get that favor. This is because they start trading favors, and when you listen to them speak, when you listen… even defense attorneys speak, sometimes your mouth just drops open. When you start looking at, they're talking about favors, they're talking about horse trading, they're talking about having the prosecution like them, or upsetting the prosecution or things like that and the truth of the matter is the prosecution should not have emotions about the case. And there should be no fear of upsetting the prosecution.

Likewise, with the judge. Unfortunately, in our society now, judges, judges are seldom criticized, you seldom see them criticized in the media, people seldom talk about their errors and things like that. They are held in a position that is above even the President's type of power. It has very little check and balance, except for the appeals process. But it's interesting. There's a person, Preet Bharara, who was head of the Southern District at one point. He even said that there are corrupt judges. Some judges are corrupt. And some of the consultants we have had, had, said things along the lines that, it doesn't matter, we don't have to be able get to any judge.

The thing that people do that is dishonest is they get the case in front of a judge that they have positioned within each of the circuits. So, there are some judges that are corrupt, within the circuits, including in the appeals courts, and they just make sure that cases go in front of those judges. Those judges that are moveable or those judges that are even in some cases buyable and things like that and judges are never questioned.

Now if a judge is, I mean, if you look the way a judge is elected you know they're elected, they look at their backgrounds and things like that but there's not rigorous psychological testing done, moral testing, things along those lines.

EXHIBIT D-039

And especially… let's suppose you have a judge who's a very nice person, but very immature. When that judge gets on the bench 20 years later, they could become a little tyrant. And some judges are. My judge in particular shows a lot of emotion on the stand. And some people might say, "well, I don't know. That's maybe good." But think about it. A judge should be completely stoic. If there's a piece of evidence that comes up, and the judge, like in my case, with my judge shows the disgust, it almost looks like the judge is about to retch, what does that say to the jury? And that's not in the transcript, that's not anything that anyone measures at this point.

It should be that every single court case is videoed, it doesn't cost a lot right now and judges need to be evaluated. Because a judge is put in their seat, and it's a lifetime appointment, and they can really go astray. And some judges really have. So, we need to question judges and we need to stop the social nature between prosecutors, defense attorneys and judges and turn that into more of a moral interaction.

CHAKRAVORTY:    Hello?

RANIERE:        Hello? So, I was a little bit on a soapbox there, but then I realized we were running out of time.

                So, we have less than a minute. So I hope…I could go on about that subject; that's the social club of defense attorneys, prosecutors and judges.

                I might have called them prostitutes by accident [Laughs].  Prostitutes!  Well, yes, they are. So.  Thirty seconds.  Anything else?

                Did you get… did you get through to Marc?

10

EXHIBIT D-040

CHAKRAVORTY:    Uh, nothing… yes. So I got through to Marc. He's going to send me a motion he said today. He asked about the sentencing memo. I told him your [U/I] situation…

RANIERE:    Right.  We have 10 seconds. You may want to somehow become his client, so you'll have attorney client privilege. But I mentioned that in an email to him just a few minutes ago.

CHAKRAVORTY:    Roger that.

RANIERE:    Alright.  Goodbye.

[END OF CALL]

EXHIBIT D-041