**U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS**

**Justification Report**

| 1. Institution: FDC Philadelphia | | | |
|---|---|---|---|
| 2. Inmate's Name<br>   Bronfman, Clare | 3. Register Number<br>   91010-053 | 4. Date of Incident<br>   Daily | 5. Time<br>   N/A |
| 6. Place of Incident<br>   FDC Philadelphia | 7. Assignment<br>   Administrative Orderly | 8. Unit<br>   3 South | |
| 9. Positive Behavior Demonstrated in Institution<br><br>    **X Daily Living Skills**<br>    **X Interpersonal Skills**<br>    **X Vocational/Career Skills**<br>    **X Character Skills** | | | |

10. Justification (Description of Positive Behavior)

Ms. Bronfman arrived at FDC Philadelphia as a designated offender on December 28, 2020. From this time to May 2, 2022, she maintained jobs in various capacities where she exceled at each. These positions included Unit Orderly and Hospital Orderly. In both capacities trust level with staff was paramount as she was tasked with cleaning areas that contained sensitive information and personal effects of staff members that could have easily been introduced into the housing unit area without appropriate staff supervision or the trust of the offender. Ms. Bronfman transferred to FSL Danbury to participate in the FIT program where she was a successful participant. While at Danbury she worked as the FSL Admin Orderly and Law Library Clerk. Upon withdrawing from the FIT Program in anticipation to be transferred to a camp due to a decrease in custody level she was subsequently transferred back to FDC Philadelphia. On December 16, 2022, she was deemed to be OUT Custody appropriate and on November 16, 2023, she was scored as COMMUNITY Custody as she was referred for Home Confinement placement due to earning 365 FTC Credits toward her release date and an additional XXXXX (current) toward pre-release transfer to Home Confinement. Due to computer programming and the inability to use a projected Home Detention Eligibility Date she remains at FDC Philadelphia. Upon receiving COMMUNITY Custody she was tasked with the responsibility of being a Gate Pass inmate due to her custody level and trust level with staff. A Gate Pass is equivalent to being at a Camp. Ms. Bronfman is tasked with leaving the secure confines of the facility and cleaning the Administrative Areas on the 1st floor of the building. Recently she was tasked with snow removal after several inches of snow blanketed the Philadelphia area.

In addition to demonstrating a trust with staff Ms. Bronfman has also been a mentor to other offenders. On countless times she has been observed providing advice to newly incarcerated offenders. FDC Philadelphia is unique as it is a Pre-trial facility for approximately 900 male offenders with a very small Pre-trial population for female offenders and a designated cadre to perform the facilities functions. Many times, the female Pre-trial offenders are young and first time offenders with anxiety and apprehension. Through social and spiritual interactions Ms. Bronfman has connected with many of these offenders to guide them through tough times of uncertainty.

Ms. Bronfman has done her time extremely well at FDC Philadelphia and has been a pleasure to manage.

                                        C. Cole, Unit Manager
                                          FDC Philadelphia
                                          January 22, 2024


**This certificate is awarded in recognition of demonstrating notable reentry skills at the FDC Philadelphia, Pennsylvania.**