

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**FDC Philadelphia**

Philadelphia, PA 19106
November 5th, 2023

To Whom It May Concern:

It is my pleasure to introduce CLARE BRONFMAN REG#91010-053 who is in our custody and has worked with us for several months in the religious department at FDC Philadelphia, PA. She has showed herself to be a very dedicated, sincere and hard-working person. She has always completed the work she was asked to do and went above and beyond our expectations. She has proven herself to be an excellent Worker, a good Mentor for the inmates, a good organizer, self-motivated, honest, trustworthy, reliable, respectful, and courteous person. It is worthy to be mentioned that Ms. Bronfman could be a great asset as an employee/Worker for any institution or department.

As a chaplain, I provided few sessions of counseling to Ms. Bronfman and I found her to be very regretful for the past but very positive, having strong intention of further self-improvement, rectification and positive contribution to the outside society upon her release.

Time to time, she will request me for spiritual guidance and will keep me posted about her plans and positive intentions. I am confident that Ms. Bronfman is well capable to distinguish between right and wrong. She got her lesson, and she is ready to resume her responsibility as a contributory figure and a helpful individual for the society if a chance is given to her.

According to her promises and positive intentions, I pray that she further improves herself and abides by rules regulations and law of the country.

I pray that GOD bless her and wish her all the best in whatever she does and wherever she goes.

Dr. FARID FAROOQI (MD, DVM)
Supervisory chaplain
U.S. Department of justice
Federal Bureau of Prisons
FDC Philadelphia
700 Arch Street.
Philadelphia, PA 19106