# LAW OFFICE OF
# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
*aarongoldsmithlaw@gmail.com*

★ Admitted in NY, CT and TN

September 29, 2025

*Via ECF*
US DISTRICT COURT, EDNY
Hon. Nicholas G. Gaurafis, USDJ
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    United States v Clare Bronfman
                  Docket No: 18 CR 204 (NGG)

Dear Honorable Sir:

      I represent Defendant CLARE BRONFMAN for purposes of post-release supervision in the above-referenced matter. Please accept this correspondence as a request for Ms. Bronfman's permission to travel to the United Kingdom for the Christmas holiday to visit her family; with the approximate dates and locations of travel:

- December 15, 2025 through December 28, 2025 in London and Essex, UK

      I have conferred with the Government regarding this request, and AUSA Tanya Hajjar has no objection hereto. Further, Ms. Bronfman's supervising Probation Officer, Brianna Willborn has no objection hereto. We only seek the Court's intervention as US Probation does not have authority to grant permission for international travel.

      Travel arrangements will be formalized upon the Court's granting of permission. All dates, flight information and lodging information will provided to Probation immediately upon its confirmation. All travel is also subject to Ms. Bronfman's travel visa application approval, which will be confirmed with Probation as well.

      Accordingly, it is respectfully requested that this Court issue an Order granting CLARE BRONFMAN permission to travel to the United Kingdom during December, 2025 to visit with family for the Christmas holiday.

                                                         Respectfully submitted,

                                                         Aaron M. Goldsmith

Cc: Tanya Hajjar, AUSA
*Tanya.Hajjar@usdoj.gov*

Brianna Willborn, USPO
*Brianna_willborn@nysp.uscourts.gov*