# Deborah J. Blum, esq.
225 Broadway, Suite 715 • New York, NY 10007

Patrick Fan, MBA *Legal Intern*  
Ariella Ruben *Legal Assistant*

T • (646) 535-2586  
M• (845) 304-5312  
F • (212) 409-8279

October 31st, 2025

**Via CM/ECF**
The Hon. Judge Nicholas G. Garaufis
Senior District Court Judge
United States District Court for The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  KEITH ALAN RANIERE v. UNITED STATES OF AMERICA
Case No. 1:18-CR-00204
The Government Consents to Continuing to Hold the 28 U.S.C. § 2255 in Abeyance

Dear Judge Garaufis:

On October 27th, 2025, my office submitted a request to continue to hold Mr. Raniere's 2255 habeas corpus petition pending before Your Honor in abeyance. Yesterday, AUSA Tanya Hajjar consented so I am respectfully requesting that the Court do so until the Second Circuit makes a determination of Mr. Raniere's petition for FRAP 40 relief (which will be filed by or before November 10th).

Thank you. I can best be reached on my mobile phone, (845) 304-5312 or through email, deborah@deborahjblum.com.

Very truly yours,

Deborah J. Blum

Via Email
cc:    Joseph Reccoppa

1

Courtroom Deputy to
The Hon. Judge Nicholas G. Garaufis

AUSA Tanya Hajjar
United States Attorney's Office for The Eastern District of New York