# LAW OFFICE OF
# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
aarongoldsmithlaw@gmail.com

★ Admitted in NY, CT and TN

December 19, 2025

*Via ECF*
US DISTRICT COURT, EDNY
Hon. Nicholas G. Gaurafis, USDJ
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v Clare Bronfman
      Docket No: 18 CR 204 (NGG)

Dear Honorable Sir:

     I represent Defendant CLARE BRONFMAN for purposes of post-release supervision in the above-referenced matter.  Please accept this correspondence as a for Ms. Bronfman's permission to travel to Portugal to visit her family; with the approximate dates of travel:

-   January 22, 2026 through February 2, 2026;

     I have conferred with the Government regarding this request, and AUSA Tanya Hajjar has no objection hereto.  Further, Ms. Bronfman's supervising Probation Officer Ji'vonne H. Gilmore, LMSW, has no objection hereto.  We only seek the Court's intervention as US Probation does not have authority to grant permission for international travel.  Ms. Bronfman was unable to secure travel documentation in a timely fashion in order to go to the previously approved trip to the United Kingdom for Christmas.

     Travel arrangements will be formalized upon the Court's granting of permission.  All dates, flight information and lodging information will provided to Probation immediately upon its confirmation.  All travel is also subject to Ms. Bronfman's travel visa application approval, which will be confirmed with Probation as well.

      Accordingly, it is respectfully requested that this Court issue an Order granting CLARE BRONFMAN permission to travel to Portugal from January 22 through February 2, 2026 to visit with family.

                                                           Respectfully submitted,

                                                           Aaron M. Goldsmith

Cc:    Tanya Hajjar, AUSA
         *Tanya.Hajjar@usdoj.gov*

         Ji'vonne H. Gilmore, LMSW
         *Ji'vonne_Gilmore@nysp.uscourts,gov*