LAW OFFICE OF

# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
*aarongoldsmithlaw@gmail.com*

★ Admitted in NY, CT and TN

May 6, 2026

*Via ECF*
US DISTRICT COURT, EDNY
Hon. Nicholas G. Gaurafis, USDJ
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   United States v Clare Bronfman
> Docket No: 18 CR 204 (NGG)

Dear Honorable Sir:

I represent Defendant CLARE BRONFMAN for purposes of post-release supervision in the above-referenced matter. Please accept this correspondence as a request for Ms. Bronfman's permission to travel to Fiji for business, in the near term and in the future; with the approximate dates of travel:

- May 18, 2026 through June 8, 2026; as well as for occasional travel there in the future during the pendency of her supervision.

As the Court may recall, Ms. Bronfman owns a small resort in Fiji. She has not been there since the Indictment herein. Her travel there is required so that she can attend meetings with the accountants for the resort, as well as conduct meetings with staff and perform personal oversight on several improvement projects.

I have conferred with the Government regarding this request, and AUSA Tanya Hajjar has no objection hereto. Further, Ms. Bronfman's supervising Probation Officer Ji'vonne H. Gilmore, LMSW, has consented hereto. We only seek the Court's intervention as US Probation does not have authority to grant permission for international travel.

Travel arrangements will be formalized upon the Court's granting of permission. All dates, and flight information will be provided to Probation immediately upon its confirmation. All travel is also subject to Ms. Bronfman's travel visa application approval, which will be confirmed with Probation as well.

It is further requested that the Court grant permission for future business travel to Fiji as is necessary during the pendency of Ms. Bronfman's supervision, as approved by the Probation Department, so as to minimize the need for judicial intervention going forward.

Accordingly, it is respectfully requested that this Court issue an Order granting CLARE BRONFMAN permission to travel to Fiji, for the approximate dates of May 18 to June 8, 2026 for business operations; as well as travel there occasionally as needed during the pendency of her Post-Release Supervision, with advance notice and coordination with the Probation Department.

Respectfully submitted,

Aaron M. Goldsmith

Cc:   Tanya Hajjar, AUSA
      *Tanya.Hajjar@usdoj.gov*

      Ji'vonne H. Gilmore, LMSW
      *Ji'vonne_Gilmore@nysp.uscourts,gov*